**2013-1300**

In The

# United States Court Of Appeals

## For The Federal Circuit

## DEPENDABLE PACKAGING SOLUTIONS, INC.,

*Plaintiff-Appellant,*

v.

# UNITED STATES,

*Defendant-Appellee.*

Appeal from the United States Court of International Trade in case no.
10-CV-0330, Judge Richard K. Eaton.

––––––––––––

## JOINT APPENDIX

––––––––––––

Peter S. Herrick
PETER S. HERRICK, P.A.
3520 Crystal View Court
Miami, Florida 33133
(305) 858-2332

Edward F. Kenny
Barbara S. Williams
DEPARTMENT OF JUSTICE
INTERNATIONAL TRADE FIELD OFFICE
26 Federal Plaza
Suite 346
New York, NY 10278
(212) 264-0480

*Counsel for Appellant*

*Counsel for Appellee*

*Gibson*Moore Appellate Services, LLC
421 East Franklin Street ♦ Suite 230 ♦ Richmond, VA 23219
804-249-7770 ♦ www.gibsonmoore.net

# TABLE OF CONTENTS

**Page:**

**Opinion and Order of**
**The Honorable Richard K. Eaton,**
**With Appendix - Comparison Images of Vases,**
  filed February 20, 2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **A1**

**Judgment Order of**
**The Honorable Richard K. Eaton**
**Granting Defendant's Motion for Summary Judgment;**
**Denying Plaintiffs Cross-Motion for Summary Judgment;**
**Dismissing Case**
  filed February 20, 2013 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **A20**

**Docket Entries** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **A21**

**Selected Exhibits to**
**Defendant's Statement of Undisputed Facts**
  filed February 24, 2012:

  <u>**Selected Exhibits:**</u>

  **A.**  **Notice of Hand-Delivery of Samples to the Court**
      **[Physical Exhibits]** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  **A36**

  **B.**  **Excerpts of Rule 30(b)(6) Deposition of**
      **Andrew Grandio,**
      **With Selected Exhibits,**
          taken on October 13, 2011 . . . . . . . . . . . . . . . . . . . . . . . . . . .  **A46**

Selected Exhibits to
Defendant's Statement of Undisputed Facts
    filed February 24, 2012, Continued:

Selected Exhibits to
Rule 30(b)(6) Deposition of Andrew Grandio,
    taken on October 13, 2011:

2.      DPS Catalog .................................... A150

3.      DPS Flyer ..................................... A160

4.      Excerpts of Complaint
            dated November 15, 2010 .................. A172

6.      Selected Invoices and Documentation
        Regarding Costs for Main Bud Vases
            various dates ........................... A176

7.      Excerpts of Plaintiff's Answers and
        Responses to Defendant's
        First Set of Interrogatories and First Request for
        Production of Documents and Things
            dated September 27, 2011 ................. A194

Selected Exhibits to
Defendant's Statement of Undisputed Facts
      filed February 24, 2012, Continued:

E.      Declaration of Deborah Rozanski,
        With Selected Exhibits,
            sworn on February 22, 2012 . . . . . . . . . . . . . . . . . . . . .  A218

        Selected Exhibits:

      2.     Pictures of Flowers Displayed at Field of Flowers
          in Davie, Florida
            taken on January 27, 2012  . . . . . . . . . . . . . . . . .  A238

      3.     Printouts of Search Results from Target.com and
          ABCFlowers.com
            last visited February 6, 2012  . . . . . . . . . . . . . . .  A247

      4.     Photograph of Vase at Retail Stores
            undated  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  A251

      5.     Printouts of Inventory from SyndicateSales.com
            last visited February 17, 2012  . . . . . . . . . . . . . .  A253

HQ 954933
      dated June 26, 1994  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  A273

Slip. Op. 13-0023

UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |  |
|---|---|---|
| DEPENDABLE PACKAGING SOLUTIONS, INC., | : | |
| Plaintiff, | : | |
| v. | : | |
| UNITED STATES, | : | Before: Richard K. Eaton, Judge |
| Defendant. | : | Court No. 10-00330 |

OPINION and ORDER

[Defendant's motion for summary judgment is granted; plaintiff's cross-motion for summary judgment is denied; case dismissed.]

Dated: February 20, 2013

*Peter S. Herrick*, of Miami, FL, for plaintiff.

*Stuart F. Delery*, Acting Assistant Attorney General; *Barbara S. Williams*, Attorney in Charge, International Trade Field Office, Commercial Litigation Branch, Civil Division, United States Department of Justice (*Karen V. Goff*); Office of the Chief Counsel for Import Administration, United States Department of Commerce (*Sheryl A. French*), of counsel, for defendant.

Eaton, Judge: At issue is the proper classification of two articles of glass imported by

plaintiff Dependable Packaging Solutions, Inc. ("Dependable" or "plaintiff"). Before the court

are the cross-motions for summary judgment of plaintiff and of the United States ("defendant" or

"the Government") on behalf of U.S. Customs and Border Protection ("Customs"). Def.'s Mot.

Court No. 10-00330 2

for Summ. J. (ECF Dkt. No. 25); Pl.'s Cross Mot. for Summ. J. (ECF Dkt. No. 30) ("Pl's Mot.").

The court has jurisdiction pursuant to 28 U.S.C. § 1581(a) (2006).

For the reasons set forth below, defendant's motion for summary judgment is

GRANTED, plaintiff's cross-motion for summary judgment is DENIED, and the court finds that

plaintiff's merchandise is properly classified under Heading 7013 of the Harmonized Tariff

Schedule of the United States ("HTSUS").

## BACKGROUND

The facts described below have been taken from the parties' 2012 USCIT Rule 56(h)

statements and the record. Where no citation is provided, the statement has been admitted.[1]

Citation to the record is provided where a fact, although not admitted in the parties' papers, is

uncontroverted by record evidence.

On May 29, 2010, Dependable, an importer and distributor of packing, janitorial, floral,

and office supplies, imported the glass items, identifying them on their respective commercial

invoices as "Generic Bud Vases" for the smaller type ("bud vases") and "Generic Trumpet

Vases" ("trumpet vases") for the larger type (collectively, "the vases"). The vases are articles of

---

[1] At the time of filing, Plaintiff's Response to Defendant's Statement of Undisputed Facts ("Dependable's USCIT R. 56(h)(2) statement") failed to comply with the then-applicable requirements of USCIT R. 56(h)(4) (2012). That rule required that "[e]ach statement by the movant or opponent pursuant to Rule 56(h)(1) and (2), including each statement controverting any statement of material fact, will be followed by citation to evidence which would be admissible." Dependable's USCIT R. 56(h)(2) statement, however, summarily denied paragraphs 13, 17–26, 29, and 35–36, without providing any citation to admissible evidence supporting the denials. As a consequence, defendant has asked the court to disregard those denials and deem admitted the facts asserted in the controverted paragraphs. Because this case is one involving customs classification, the court declines to do so. *See Roche Vitamins, Inc. v. United States*, 35 CIT ___, ___, 791 F. Supp. 2d 1315, 1318 (2011) ("[D]eeming [denials without citations] admitted could preclude the 'correct result' that the Federal Circuit requires [the Court of International Trade] to reach in customs classification cases.").

Case: 13-1300    CASE-PROTICIBAUTSEON Document: 37    Filed: 03/04/2014 Page: 3 Page: 04/20 Filed: 03/04/2014

glass imported empty from the People's Republic of China. Both vases have an inexpensive
look and visible seams. At the time of importation, the bud vases were valued at no more than
\$0.30 and the trumpet vases at more than \$0.30 but no greater than \$3.00. Pictures of the vases,
as advertised in Dependable's brochure, are appended to this opinion.

The bud vases are eight inches in height, with a quarter-inch lip that the parties agree is
not designed for any sort of closure.[2] The lip surrounds an opening measuring one and one-half
inches in diameter. The bud vases have a narrow neck extending downward five inches from the
opening. The neck then widens into a bulbous shape, two and three-quarters inches in diameter
at its widest point, and ends in a slightly concave bottom two inches in diameter. The bud vases
also have deepening striations beginning one inch below the lip that continue to the bottom of the
article.

The trumpet vases are nine and three-quarter inches in height with a quarter-inch lip that
the parties agree is not designed for any sort of closure. The lip surrounds an opening measuring
three and three-quarter inches in diameter. The diameter of the opening gradually narrows (as
one moves two-thirds of the way down the vase) to a diameter of three inches, widening again
thereafter to end in a bottom measuring four and one-quarter inches in diameter.

After importation, Dependable sells the vases to mass-market flower packing houses that
fill them with flowers, water, and sometimes an additional nutrient solution from the grower.
The packing houses then ship the flower-packed vases to retailers, typically supermarkets or
similar stores, where the flowers and vases are displayed and sold as a unit. Dependable's vases
are not sold empty at retail, but vases similar in design are sold empty at retail. Rozanski Decl.

---

[2]    The measurements of the vases were determined by the court's examination of the
samples.

Court No. 10-00330                                                                                      4

¶¶ 14–15 (ECF Dkt. No. 25-9).[3] The vases can be reused. Grandio Dep. 41:7–41:10 (ECF Dkt.

No. 25-2)[4]; Rozanski Decl. ¶ 14.

At the time of entry, Dependable classified the vases under HTSUS 7018.90.50.[5] At

liquidation, Customs classified the bud vases under HTSUS 7013.99.40[6] and the trumpet vases

under HTSUS 7013.99.50.[7] After its timely filed protest was deemed denied[8] and the assessed

duties were paid, Dependable commenced this action, abandoning its entered classification under

HTSUS 7018.90.50 by arguing that both vases are properly classified under HTSUS

7010.90.30.[9] In its motion for summary judgment, the Government maintains that Customs'

---

[3]     Ms. Rozanski is a Senior Import Specialist for glass commodities with Customs. She was responsible for Customs' classification of the goods. Rozanski Decl. ¶¶ 1–2.

[4]     Mr. Grandio is in charge of Dependable Packaging's floral division. Grandio Dep. 7:7–7:11. He is identified in Dependable's interrogatory responses as the only person known to Dependable Packaging "to have personal knowledge of the factual matters" at issue in this litigation. Pl.'s Resp. to Interrog. & Req. 1(a) (ECF Dkt. No. 25-5, at 4).

[5]     HTSUS 7018.90.50 covers: "Glass beads, imitation pearls, imitation precious or semiprecious stones and similar glass smallwares and articles thereof other than imitation jewelry; glass eyes other than prosthetic articles; statuettes and other ornaments of lamp-worked glass, other than imitation jewelry; glass microspheres not exceeding 1 mm in diameter: Other: Other."

[6]     HTSUS 7013.99.40 covers: "Glassware of a kind used for table, kitchen, toilet, office, indoor decoration or similar purposes (other than that of heading 7010 or 7018): Other: Valued not over $0.30 each."

[7]     HTSUS 7013.99.50 covers: "Glassware of a kind used for table, kitchen, toilet, office, indoor decoration or similar purposes (other than that of heading 7010 or 7018): Other: Valued over $0.30 but not over $3 each."

[8]     Where, as here, a party requests accelerated disposition of a protest and Customs does not act within thirty days, the protest is deemed denied. 19 U.S.C. § 1515(b) (2006).

[9]     The parties disagree as to the language of HTSUS 7010.90.30. Plaintiff reads that subheading to cover: "Carboys, bottles, flasks, jars, pots, vials, ampoules and other containers of glass, of a kind used for the conveyance or packing of goods; preserving jars of glass; stopper lids and other closures of glass: Other: Other." Pl.'s Compl. ¶ 15 (ECF Dkt. No. 4). Customs

classifications were correct and Dependable continues to argue for classification under HTSUS

7010.90.30 in its cross-motion.

## STANDARD OF REVIEW

Summary judgment shall be granted "if the movant shows that there is no genuine dispute

as to any material fact and the movant is entitled to a judgment as a matter of law." USCIT R.

56(a); *see Anderson v. Liberty Lobby, Inc.,* 477 U.S. 242, 247 (1986). In the context of a

classification action, "summary judgment is appropriate when there is no genuine dispute as to

the underlying factual issue of exactly what the merchandise is." *Bausch & Lomb, Inc. v. United*

*States,* 148 F.3d 1363, 1365 (Fed. Cir. 1998) (citations omitted).

The court reviews Customs' classification decisions de novo, applying the HTSUS

General Rules of Interpretation ("GRIs") and the HTSUS Additional U.S. Rules of Interpretation

("ARIs").[10] *CamelBak Prods., LLC v. United States,* 649 F.3d 1361, 1364 (Fed. Cir. 2011). GRI

1 provides, in relevant part, that "classification shall be determined according to the terms of the

---

has consistently read HTSUS 7010.90.30 as: "Carboys, bottles, flasks, jars, pots, vials, ampoules
and other containers, of glass, of a kind used for the conveyance or packing of goods; preserving
jars of glass; stopper, lids and other closures, of glass: Other: Containers (with or without their
closures) of a kind used for the conveyance or packing of perfume or other toilet preparations;
other containers if fitted with or designed for use with ground glass stoppers: Other." *See*
Customs Ruling Letter NY N016987 (Oct. 4, 2007), *available at* 2007 WL 3124166; Customs
Ruling Letter NY L82356 (Feb. 23, 2005), *available at* 2005 WL 713874; Customs Ruling
Letter NY J86508 (July 18, 2003), *available at* 2003 WL 21916307. While the court agrees with
Customs' reading of the disputed subheading, that disagreement is ultimately irrelevant here
because Dependable's vases are not classifiable under Heading 7010 at the heading level,
eliminating any need for the court to reach the proper reading of HTSUS 7010.90.30.

[10]     Although referred to separately here, the GRIs and ARIs are part of the HTSUS
statute which "consists of '(A) the General Notes; (B) the General Rules of Interpretation; the
Additional U.S. Rules of Interpretation; (D) sections I to XXII, inclusive (encompassing chapters
1 to 99, and including all section and chapter notes, article provisions, and tariff and other
treatment accorded thereto); and (E) the Chemical Appendix." *Baxter Healthcare Corp. of*
*Puerto Rico v. United States,* 182 F.3d 1333, 1337 (Fed. Cir. 1999) (citing 19 U.S.C. § 3004(a)
(1994)).

Case: 13-1300 Case 1:10-cv-00330-RKE Document 37 Filed 02/20/13 Page 6 of 20 Filed: 03/04/2014

[HTSUS] headings and any relative section or chapter notes." GRI 1 (2009–2010). "Absent

contrary legislative intent, HTSUS terms are to be construed according to their common and

commercial meanings, which are presumed to be the same." *Carl Zeiss, Inc. v. United States*,

195 F.3d 1375, 1379 (Fed. Cir. 1999) (citing *Simod Am. Corp. v. United States*, 872 F.2d 1572,

1576 (Fed. Cir. 1989)). The court "is required to decide the correctness not only of the

importer's proposed classification but of the Government's classification as well." *See Jarvis*

*Clark Co. v. United States*, 733 F.2d 873, 874 (Fed. Cir. 1984).

        Here, there is no genuine dispute as to "exactly what the merchandise is" or as to its

actual use. *Bausch & Lomb*, 148 F.3d at 1365. The only factual disagreement between the

parties is to the "principal use" of the vases, and, as discussed below, this quarrel is not a

material dispute precluding summary judgment. *See Aromont USA, Inc. v. United States*, 671

F.3d 1310 (Fed. Cir. 2012) (making a principal use determination at summary judgment); *ENI*

*Tech. Inc. v. United States*, 33 CIT __, 641 F. Supp. 2d 1337 (2009) (granting summary

judgment on the issue of principal use); *Essex Mfg., Inc. v. United States*, 30 CIT 1 (2006)

(resolving a principal use issue on the record facts and the court's examination of the article at

summary judgment).

## DISCUSSION

### I.   Legal Framework

        Classification determinations are a two-step process by which "the court first ascertains

the correct meaning of the relevant tariff provisions and then determines the proper classification

for the merchandise at issue." *Pomeroy Collection, Ltd. v. United States*, 35 CIT __, __, 783 F.

**-A-6-**

Case: 13-1300    CASE-13-1300 ICIPANTSON 88   Document 37  Filed 03/04/2014   Page 11    Filed: 03/04/2014

Supp. 2d. 1257, 1259 (2011) (citation omitted). The first step is a question of law; the second is
a question of fact. *Id.* (citations omitted).

GRI 1 mandates that tariff classification initially "be determined according to the terms
of the headings and any relative section or chapter notes." "[A] court first construes the
language of the heading, and any section or chapter notes in question, to determine whether the
product at issue is classifiable under the heading. Only after determining that a product is
classifiable under the heading should the court look to the subheadings." *Orlando Food Corp. v.
United States*, 140 F.3d 1437, 1440 (Fed. Cir. 1998). In other words, tariff headings are
construed without reference to their subheadings. *See id.* Accordingly, a court should not look
to subheadings to either limit or broaden the scope of a heading.

## II.    The Construction of Headings 7010 and 7013

The court finds, and the parties agree, that the vases should be classified under HTSUS
chapter 70 ("Glass and glassware"). The parties disagree, however, as to the appropriate
heading. The parties agree—correctly—that the competing headings, 7010 and 7013, are
principal use provisions. *See Automatic Plastic Molding, Inc. v. United States*, 26 CIT 1201,
1205 n.4 (2002) (noting that the applicable regulation from Customs "concluded headings 7010
and 7013 are 'principal use' tariff provisions") (citation omitted); *Len-Ron Mfg. Co. v. United
States*, 334 F.3d 1304, 1313 n.7 (Fed. Cir. 2003) (observing that principal use provisions
"employ[] the language 'of a kind'") (citation omitted).

Principal use provisions, such as those at issue here, are governed by ARI 1(a), which the
Federal Circuit has stated "calls for a determination as to the group of goods that are
commercially fungible with the imported goods" so as to identify the "use which exceeds any

-A7-

other *single* use." *Aromont*, 671 F.3d at 1312 (quoting *Primal Lite, Inc. v. United States*, 182

F.3d 1362, 1365 (Fed. Cir. 1999); *Lenox Collections v. United States*, 20 CIT 194, 196 (1996)).

This Court customarily uses several factors, commonly referred to as the "*Carborundum*

Factors*", to inform its determination as to which goods are "commercially fungible with the

imported goods." *Id.* (quoting *Primal Lite*, 182 F.3d at 1365) (internal quotation marks omitted).

Those

> factors include: use in the same manner as merchandise which defines the class; the
> general physical characteristics of the merchandise; the economic practicality of so using
> the import; the expectation of the ultimate purchasers; the channels of trade in which the
> merchandise moves; the environment of the sale, such as accompanying accessories and
> the manner in which the merchandise is advertised and displayed; and the recognition in
> the trade of this use.

*Id.* (citing *United States v. Carborundum Co.*, 536 F.2d 373, 377 (Fed. Cir. 1976)). It is worth

mentioning that the actual use of the goods is "evidence of the principal use" but is still only

"one of a number of factors." *Id.*

### A. Heading 7010

HTSUS Heading 7010 covers "Carboys, bottles, flasks, jars, pots, vials, ampoules and

other containers, of glass, of a kind used for the conveyance or packing of goods; preserving jars

of glass; stoppers, lids and other closures, of glass." Glass articles that are not capable of

closure, while not expressly excluded by the language of the heading, are atypical of the type of

article covered by HTSUS 7010. The Explanatory Notes to the Harmonized Commodity

Description and Coding System, 4th ed., 70.10 (2007) ("Explanatory Notes") observe that

containers classified under HTSUS 7010 "are generally designed for some type of closure." The

Explanatory Notes, "while not legally binding, are 'persuasive' and are 'generally indicative' of

the proper interpretation of [a] tariff provision." *See Lemans Corp. v. United States*, 660 F.3d

Court No. 10-00330                                                                                         9

1311, 1316 (Fed. Cir. 2011) (quoting *Drygel, Inc. v. United States*, 541 F.3d 1129, 1134 (Fed. Cir. 2008)). Indeed, in *Automatic Plastic Molding*, this court considered the ability of an article to accept a secure, sanitary closure to be an important factor in determining whether an article of glass was properly classified in chapter 7010. *Automatic Plastic Molding*, 26 CIT at 1207 (citing *Kraft, Inc. v. United States*, 16 CIT 483, 487 (1992)). There, even though the article was not shipped with a closure that could form a sanitary seal, the fact that it was designed with a finish capable of closure was "probative as to its principal use as a container for the conveyance or packing of goods." *Id.* at 1204 n.3.

Although the vases are not designed to accept any kind of closure, plaintiff argues that they are properly categorized as "containers, of glass, of a kind used for the conveyance or packing of goods." HTSUS 7010. In making its claim, plaintiff notes that the articles are made of glass and insists that their principal use is as a packing container for the wet transportation of flowers.[11]  In other words, according to plaintiff, glass packing containers, rather than glass vases used for decoration, are "the group of goods that are commercially fungible with" the vases at issue. *Aromont*, 671 F.3d at 1312 (citation and internal quotation marks omitted).

---

[11]    Dependable is correct that if the vases are classifiable under this heading, they are unclassifiable under Heading 7013 by operation of the language in Heading 7013 excepting articles classifiable in Heading 7010. *See Midwest of Cannon Falls, Inc. v. United States*, 122 F.3d 1423, 1429 (Fed. Cir. 1997). That observation, however, means little here. Such "other than that of heading" provisions in the tariff schedule obviate the need to apply GRI 2 to determine under which of two competing headings an article is properly classified. These provisions, however, play no role in construing competing principal use provisions for the simple reason that an article can have only one principal use. Once that principal use is determined, only one of the competing headings can possibly cover the merchandise.

Case: 13-1300 CASE-13-PROTICIBACITSEON88 DoRaugee14 37 FilePdag03/04/20Filed: 03/04/2014

*B. Heading 7013*

HTSUS 7013 covers "[g]lassware of a kind used for table, kitchen, toilet, office, indoor decoration or similar purposes (other than that of heading 7010 or 7018)." Vases[12] are specifically identified in the Explanatory Notes to section 7013 as exemplary of items of glass used for indoor decoration that fall under this heading. Explanatory Notes 70.13 ("This heading covers . . . [g]lassware for indoor decoration and other glassware . . . such as vases."). As a matter of law, then, this heading properly covers items of glass which meet the common meaning of "vase" and are primarily used for decorative purposes.

Although plaintiff has avoided use of the term "vase" in its moving and responsive papers, the company identified the merchandise as vases on its entry documents. Further, an examination of the merchandise confirms that there can be no genuine factual dispute that the articles are vases. *See Peerless Clothing Int'l., Inc. v. United States*, 33 CIT ___, ___, 602 F. Supp. 2d 1309, 1315 (2009) ("An issue of fact is to be considered 'genuine' when 'the evidence is such that a reasonable jury could return a verdict for the nonmoving party.'") (quoting *Anderson*, 477 U.S. at 248); *Ricci v. DeStefano*, 557 U.S. 557, 586 (2009) ("Where the record taken as a whole could not lead a rational trier of fact to find for the nonmoving party, there is no genuine issue for trial.") (citation and internal quotation marks omitted).

---

[12]     The word "vase" is defined by the American Heritage Dictionary of the English Language as "An open container, as of glass or porcelain, used for holding flowers or for ornamentation" and by Merriam-Webster's Online Dictionary as "a usually round vessel of greater depth than width used chiefly as an ornament or for holding flowers." AMERICAN HERITAGE DICTIONARY OF THE ENGLISH LANGUAGE 1904 (4th ed. 2000); MERRIAM-WEBSTER'S ONLINE DICTIONARY, Vase, *available at* http://www.merriam-webster.com/dictionary/vase (last visited Feb. 5, 2013); *see also* OXFORD ENGLISH DICTIONARY (2d ed. 1989) ("A vessel, usually of an ornamental character, commonly of a circular section and made either of earthenware or metal, but varying greatly in actual form and use.")

Case: 13-1300 CaSeA 3E-E30RUTICIDANUTSeONN8N DcRamee 15 37 FileRag03/05/20 F4ed: 03/04/2014

Court No. 10-00330                                                                    11

Importantly, in addition to identifying the merchandise as vases on its entry documents,

the goods are advertised as vases on plaintiff's website (Def.'s Mot., Ex. D (ECF Dkt. No. 25-8,

at 24–25)), referred to as vases by plaintiff in its interrogatory responses (*e.g.,* Pl.'s Resp. to

Interrog. & Req. 6–10 (ECF Dkt. No. 25-5, at 10–14)), referred to by plaintiff's employee as

vases in his deposition testimony (*e.g.,* Grandio Dep. 9:15–9:21, 29:12–29:15, 35:3–35:9), and

the court's inspection of the samples attests that they are vases.

In its papers, the Government argues that the principal use of Dependable's vases is as

decoration because Dependable's vases are commercially fungible with other, physically similar,

glass vases that are sold empty at retail.

**III.   The Principal Use of the Vases**

*A.   The* Carborundum *Factors*

Application of the *Carborundum* Factors demonstrates that Dependable's vases are

commercially fungible with other clear glass vases that are primarily used for decorative

purposes.

*The General Physical Characteristics of the Merchandise*

The first *Carborundum* Factor, "the general physical characteristics of the merchandise,"

shows that the vases are commercially fungible with other clear glass vases that are sold empty at

retail and are used for decorative purposes. First, the record contains photographic evidence of

vases, identical to plaintiff's in all material respects, offered for sale empty at retail, both on the

shelves of stores and via the internet in bulk. Rozanski Decl., Ex. 2 (ECF Dkt. No. 25-9, at 25,

27–30); Ex. 3 (ECF Dkt. No. 25-9, at 3); Ex. 5 (ECF Dkt. No. 25-9, at 39, 41–42, 49–52, 54).

The design features of the vases that Dependable points to as indicating use as a packing material

**-A11-**

(narrow waists, long necks, small openings, inexpensive glass) are apparent in these other, virtually identical vases as well, indicating that the vases at issue here are commercially fungible with these other similarly priced vases that are sold empty at retail for decorative purposes. *See* Pl.'s Br. 12–13. Moreover, the record reflects that the designs of Dependable's vases are not new or unique to Dependable. Grandio Dep. 37:7–37:17 ("The trumpet, I designed that approximately [10 years before starting at Dependable]"; "The bud vase has been around forever.").

### *The Expectations of the Ultimate Purchasers*

The second *Carborundum* Factor, "the expectations of the ultimate purchasers" also favors the conclusion that the vases are primarily used for decorative purposes. First, the record contains evidence that the retail purchaser pays extra for the pairing of flowers and vase when compared to the cost of flowers alone.[13] Grandio Dep. 47:17–47:22 ("Q. . . . You take the exact same bouquet of roses, you buy it out of the bucket without a vase, it's less expensive than the bouquet in the vase[?] A. Yes. It's less cost for transport and product obviously.") Thus, the consumer is willing to pay more for the combination of the products (flowers plus vase) than for the flowers alone. The added cost to the price of the flowers in combination with the vase is probative, indicating that the "acquisition of the [vases] was [not] incidental" to the purchase of the flowers, as packing containers are generally expected to be. *Automatic Plastic Molding*, 26 CIT at 1208 (citation and internal quotation marks omitted). It is apparent, then, that the

---

[13]     At oral argument, Dependable took the position that the "ultimate purchaser" of the vases for *Carborundum* Factor purposes was not the retail purchaser, but packing houses who are Dependable's clients. Case law, however, makes clear that it is the retail consumer who is the "ultimate purchaser" when examining this factor. *See, e.g., Automatic Plastic Molding*, 26 CIT at 1208 (evaluating the expectations of the retail purchaser of a glass container as the "ultimate purchaser", not the wholesale packer); *Kraft*, 16 CIT at 489 (evaluating the expectations of the retail purchaser of packed food items).

purchaser is willing to pay something to obtain the vase and that the purchaser only does so in
order to use the vase to display the flowers.

Next, although there is some disagreement on the record as to whether the vases are
frequently reused, it is undisputed that the vases are capable of reuse and that the ultimate
purchaser would have the option to do so "based on personal preference." Grandio Dep. 40:10–
40:18. Indeed, despite arguing that the vases are used only for transport from the point of retail
purchase to the home or office of the ultimate purchaser and then typically discarded,
Dependable has offered no studies, testimony of consumers, or other objective evidence of the
behavior of final purchasers to support this proposition. Grandio Dep. 41:11–41:13 ("Q. Are
you aware of how any particular consumer uses the vase once they purchase it? A. No."). That
the vases are not of the finest quality is not probative on this point, as other nearly identical
empty vases are sold without flowers at retail.

Therefore, the undisputed record evidence indicates that the retail purchaser buys the
vases for decorative purposes.

*The Channels of Trade in Which the Merchandise Moves*

The third factor, "the channels of trade in which the merchandise moves," is not
particularly probative. As has been noted, the vases are imported empty, sold to a packer who
fills them with flowers, and then resold to a retailer. The weight of these facts as evidence that
the vases are principally used for the conveyance or packing of goods, however, is minimal.
This is because the record is clear that similar vases are sold unpacked at retail to be filled with
flowers by their purchasers. In other words, the movement of the vases in trade merely suggests
that Dependable's vases travel in an atypical manner to the final purchasers who employ them in
a typical manner.

Case: 13-1300 CaGASE-E3OPTICIDANUTSeON88 DoRangee1837 FileRag03/08/20F4ed: 03/04/2014

*The Environment of Sale*

Fourth, "the environment of sale" of the vases is also probative of a decorative purpose. The vases are displayed for sale to consumers packed with flowers, encouraging the retail customer to purchase both flowers and the vase for their combined decorative value. Moreover, Dependable's own advertising brochure places vases in a separate "floral" section, depicting both packed and unpacked vases. Def.'s Mot., Ex. B (ECF Dkt. 25-3, at 7, 8, 24.)

*Use in the Same Manner Which Defines the Class*

Fifth, the actual use or "use in the same manner which defines the class," favors classification with other glass vases primarily used for decorative purposes. Although plaintiff's vases are never sold empty at retail, indicating that they have some value as packing materials, the vases ultimate use, consistent with the manner in which other similar inexpensive glass vases are used, is decorative. It is also undisputed that the vases are displayed filled with flowers at the point of sale, command a higher price than either the vase or the flowers individually, that retail purchasers can display the accompanying flowers in the vases and reuse the vases to display later purchased flowers, all of which evidence a decorative purpose. Grandio Dep. 42:4–42:6 ("Q. So then would you say the vases aid in the sale of the flowers? A. Yes."); Compl. ¶ 31 ("The design of Dependable's glass containers are decorative in nature and aid in the sale of the flowers."). Moreover, where the "physical characteristics" factor so strongly favors one principal use, the actual use of an imported article will frequently not be controlling. *See Primal Lite*, 182 F.3d 1362, 1346 (1999) ("[A] classification covering vehicles principally used for automobile racing would cover a race car, even if the particular imported car was actually used solely in an advertising display.").

-A14-

Case: 13-1300 CaseA SE-P3/07 ICIDANGeriSeON8X DoPaugeri19 37 FilePta013/09/20Filed: 03/04/2014

Case 1:10-cv-00330-RKE   Document 37   Filed 02/20/13   Page 15 of 20
Court No. 10-00330                                                      15

*Economic Practicality of the Specified Use*

There is no admissible evidence on the record that the vases' use as packing containers is economically practical. Plaintiff argues that wet packing the flowers using the vases—a process that entails packing the vase with flowers and liquid, placing the filled vase in a plastic sleeve, placing the plastic sleeve in a partitioned box, and then covering the box with an additional plastic liner—is economically feasible because the end retailers need not employ florists, and thus wet packing saves them labor costs. The only evidence on the record for this proposition, however, are the interrogatory responses signed by Mr. Grandio and the deposition testimony of Mr. Grandio in which he states that his knowledge of this information is from having spoken to "random people" employed by a Miami supermarket. Grandio Dep. 83:13–85:5. As such, the assertion that wet packing saves labor costs is really that of the supermarket employees to whom Mr. Grandio apparently spoke, not that of Mr. Grandio himself, and is offered for the truth of the out of court assertion that wet packing saves labor costs. As a consequence, Mr. Grandio's testimony on this point is not based on personal knowledge and is derivative of inadmissible hearsay. Thus, it is not evidence upon which summary judgment can be either granted or denied. *See* Fed. R. Evid. 801(c), 802 (defining hearsay and indicating its general exclusion); Fed. R. Evid. 602 (requiring that witnesses have personal knowledge of the facts to which they testify).

There is, however, record evidence indicating that the use of plaintiff's vases in the same manner as other inexpensive glass vases is economically feasible (i.e., that empty vases could be sold profitably at retail). First, the pricing of Dependable's vases is compatible with the advertised retail prices of similar vases. In a sales e-mail produced by Dependable, and which was sent by Dependable employee Ross Borer to a potential customer, the pre-shipping price of the bud vases was quoted at "$.12–.125 FOB China per unit in clear" with a "[l]anded cost

[of] .225–.235" and the trumpet vases at "$.34 FOB China per unit in clear" with a "[l]anded cost [of] .615–.628." Def.'s Mot., Ex. B (ECF Dkt. No. 25-4 at 10). Dependable's invoices similarly reflect a unit price for the bud vases of between $0.30–.31 and $0.72 for the trumpet vases. Def.'s Mot. ., Ex. B (ECF Dkt. No. 25-4 at 12, 14).

Next, evidence on the record shows that similar glass vases are sold empty at retail for between $1 and $3.20 per unit. Rozanski Decl., Ex. 2 (ECF Dkt. No. 25-9, at 23–30); Ex. 3 (ECF Dkt. No. 25-9, at 32–33). Dependable's vases, therefore, could be sold profitably at retail when empty, as other similar vases are. Indeed, Mr. Grandio testified that there is a retail market for similar vases. Grandio Dep. 95:4–95:8 ("Q. . . . This particular utility vase that [D]ependable sells is not sold at retail. Is that correct? A. What we sell is not for retail. We might have competition, Syndicate Sales. That is their specialty. They sell vases to [be resold at] retail.").

Thus, the record contains evidence of the commercial practicability of selling Dependable's vases in a manner consistent with that of other similar glass vases sold empty at retail, and there is no admissible evidence of the commercial practicability of using the vases as a packing container. Accordingly, this factor supports classification of the plaintiff's vases with other similar inexpensive glass vases sold empty at retail.

*Recognition in the Trade of the Specified Use*

Finally, the factor of "recognition in the trade of this use" is not very probative. The only record evidence as to trade recognition of the vases being used to convey goods as packaging is Mr. Grandio's testimony that wet packing with "utility vases" is an accepted trade practice within the "mass market floral [industry]." Grandio Dep. 96:3–96:6. Close examination of Mr. Grandio's testimony indicates, however, that "mass market floral [industry]" means "[s]upermarkets and the vases in question which are our vases." Grandio Dep. 96:3–96:10. In

Court No. 10-00330                                                              17

other words, the "industry" referred to is limited to the actual use of Dependable's vases by its customers, rather than connoting any broad commercial meaning or industry practice. Grandio Dep. 38:22–39:4 ("Q. Is that a term of art, utility vase? A. Of art, no. Q. Is it something used in the industry, that term "utility vase"? A. They usually use utility vase as cheap."). Indeed, there is significant record evidence that vases virtually indistinguishable from Dependable's product are sold empty at retail to customers for decorative purposes. Rozanski Decl., Ex. 2 (ECF Dkt. No. 25-9, at 23–30); Ex. 3 (ECF Dkt. No. 25-9, at 32–54).

### B.    The Court's Examination of the Articles

The court has undertaken an examination of the samples of the bud vase and trumpet vase provided by the parties. *Simod*, 872 F.2d at 1578 ("[T]he merchandise itself is often a potent witness in classification cases."). To the court's eyes, Dependable's vases are indistinguishable from the other inexpensive clear glass vases depicted in the record, which are indisputably sold empty at retail and used for decorative purposes. *See* appendix *infra*.

### C.    The Vases' Principal Use is Decorative

In sum, based on the foregoing analysis of the *Carborundum* Factors—in particular the very weighty factor of the relevant physical characteristics of the vases—a reasonable jury could only conclude that the vases here are commercially fungible with other inexpensive clear glass vases whose principal use is decorative, rather than with glass packing containers. As such, the vases are not classifiable under Heading 7010, i.e., no reasonable jury could conclude that they are principally "used for the conveyance or packing of goods." Accordingly, Customs' classification of the vases under Heading 7013 was correct, as the vases are articles of glass which a reasonable jury could conclude are principally "used for table, kitchen, toilet, office, indoor decoration or similar purposes." Given the vases' respective values and the lack of any

Court No. 10-00330                                                    18

other appropriate subheadings under Heading 7013, Customs' selection of subheadings

7013.99.40 and 7013.99.50 was also correct.

## CONCLUSION

Based on the foregoing, it is hereby

ORDERED that defendant's Motion for Summary Judgment is GRANTED, plaintiff's

Cross-Motion for Summary Judgment is DENIED, and the case is dismissed.

_____/s/ Richard K. Eaton_____
                Richard K. Eaton

Dated: February 20, 2013
          New York, New York

Case: 13-1300 Case: 13-1300 PARTICIPANTS ONLY Document 37 Page 23 Filed 03/04/2014 Filed: 03/04/2014

## APPENDIX



Trumpet Vase



Budvases

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| DEPENDABLE PACKAGING<br>SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Before: Richard K. Eaton, Judge<br><br>Court No. 10-00330 |

## JUDGMENT

Upon consideration of the papers and proceedings had herein, and in conformity with the

court's decision in this matter, it is hereby

ORDERED that the defendant's Motion for Summary Judgment is GRANTED,

plaintiff's Cross-Motion for Summary Judgment is DENIED, and the case is dismissed.

_____/s/ Richard K. Eaton_____
Richard K. Eaton

Dated: February 20, 2013
New York, New York

Case: 13-1300 Case: 13-1300 CASE PARTICIPANTS ONLY Document: 37 Page: 25 Filed: 03/04/2014 Page: 25 Filed: 03/04/2014

U.S. Court of International Trade (LIVE Database) Case: 13-1300    Document: 1-3    Page: 3    Filed: 04/03/2013    Page 1 of 6 (5 of 30)

APPEAL,TERMINATED

## U.S. Court of International Trade
## LIVE Database (New York)
## CIT DOCKET FOR CASE #: 1:10-cv-00330-RKE
## Internal Use Only

Dependable Packaging Solutions, Inc. v. United States
**Assigned to:** Richard K. Eaton
**Lead Docket:**

**Jurisdiction:**
28USC § 1581(a) Denied Protest(s)

**Category:**
Classification 19USC § 1514(a)(2)

**Agency:**
U.S. Customs and Border Protection

**Date Filed:** 11/15/2010
**Jury Demand:** No

**Date Terminated:** 02/20/2013

**Date Reopened:**

**Does this action raise an issue of constitutionality?:** N

**Product Description:**
Glass Containers

**Export Country:**
(Not Applicable)

**Plaintiff**

**Dependable Packaging Solutions, Inc.**      represented by  **Peter Stanwood Herrick**
Peter S. Herrick, PA
3520 Crystal View Court
Miami, FL 33133
(305) 858-2332
Fax: (305) 858-6347
Email: pherrick1@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: ACTIVE*

```
United States Court of International Trade
One Federal Plaza
New York, New York 10278
I hereby certify that this is a true
copy of the original on file in this
office.
Date: 4/1/15
                    Tina Potuto Kimble
                    Clerk of the Court
           By:
                    Deputy Clerk
```

**Defendant**

**United States**      represented by  **Edward Francis Kenny**
U.S. Department of Justice
Commerical Litigation Branch - Civil
Division
26 Federal Plaza

Room 346
New York, NY 10278
(212) 264-0480
Fax: (212) 264-1916
Email: edward.kenny@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: ACTIVE**

**Karen Virginia Goff**
U.S. Department of Justice
International Trade Field Office
26 Federal Plaza
New York, NY 10278
(212) 264-9245
Fax: (212) 264-1916
Email: karen.goff@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: ACTIVE**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2010 | 1 | Summons. Filed by Peter Stanwood Herrick of Peter S. Herrick, PA on behalf of Dependable Packaging Solutions, Inc.. (Herrick, Peter) (Entered: 11/15/2010) |
| 11/15/2010 | 2 | Form 5 Information Statement. Filed by Peter Stanwood Herrick of Peter S. Herrick, PA on behalf of Dependable Packaging Solutions, Inc.. (Herrick, Peter) (Entered: 11/15/2010) |
| 11/15/2010 | 3 | Form 13 Corporate Disclosure Statement. Filed by Peter Stanwood Herrick of Peter S. Herrick, PA on behalf of Dependable Packaging Solutions, Inc.. (Herrick, Peter) (Entered: 11/15/2010) |
| 11/15/2010 | 4 | Complaint *For Damages* against United States. Answer due by 1/19/2011. Filed by Peter Stanwood Herrick of Peter S. Herrick, PA on behalf of Dependable Packaging Solutions, Inc..(Herrick, Peter) (Entered: 11/15/2010) |
| 11/16/2010 | 5 | Motion to Expedite *and Rule 3(g)(6) Motion Showing Good Cause* (related document(s) 4 ). Responses due by 12/6/2010. Filed by Peter Stanwood Herrick of Peter S. Herrick, PA on behalf of Dependable Packaging Solutions, Inc.. (Attachments: # 1 Order)(Herrick, Peter) (Entered: 11/16/2010) |
| 12/06/2010 | 6 | Response to motion *to grant precedence* (related document(s) 5 ). Filed by Karen Virginia Goff of U.S. Department of Justice on behalf of United States.(Goff, Karen) (Entered: 12/06/2010) |
| 12/07/2010 | 7 | Order entered on 12/7/2010,ORDERED that pltf's motion to grant |

Case: 13-1300 CASE PARTICIPANTS ONLY Document: 27 Page: 27 Filed: 03/04/2014

U.S. Court of International Trade (LIVE Database) Case: 13-1300 Document: 1-3 Page: 5 Filed: 04/03/2013 Page 3 of 6 (9 of 30)

| | | precedence pursuant to Rule 3(g)(6) is Denied. (Related Doc # 5 ). (Taronji, Steve) (Entered: 12/07/2010) |
|---|---|---|
| 12/07/2010 | 8 | Form 11 Notice of Appearance. Filed by Karen Virginia Goff of U.S. Department of Justice on behalf of United States.(Goff, Karen) (Entered: 12/07/2010) |
| 01/07/2011 | 9 | Summons served by Clerk's Office upon: Plaintiff, Defendant and U.S. Customs and Border Protection *for the port of Miami, FL*. (Benbow, Troy) (Entered: 01/07/2011) |
| 01/13/2011 | 10 | Consent Motion for extension of time until 2/18/2011 to respond complaint. Responses due by 2/1/2011. Filed by Karen Virginia Goff of U.S. Department of Justice on behalf of United States.(Goff, Karen) (Entered: 01/13/2011) |
| 01/13/2011 | 11 | Order entered on 1/13/2011 granting Motion for extension of time to file answer to complaint (Related Doc # 10 ). Answer due by 2/18/2011. (Benbow, Troy) (Entered: 01/13/2011) |
| 02/04/2011 | 🔒 | (Court only) Protests and entries received from the Port of *Miami, FL*. (Suero, Elena) (Entered: 02/04/2011) |
| 02/04/2011 | 🔒 | (Court only) Protests and entries checked against the Summons. (Suero, Elena) (Entered: 02/04/2011) |
| 02/16/2011 | 12 | Consent Motion for extension of time until 3/4/2011 to respond complaint. Responses due by 3/7/2011. Filed by Karen Virginia Goff of U.S. Department of Justice on behalf of United States.(Goff, Karen) (Entered: 02/16/2011) |
| 02/16/2011 | 13 | Order entered on 2/16/2011 granting Motion for extension of time to file answer to complaint (Related Doc # 12 ). Answer due by 3/4/2011. (Benbow, Troy) (Entered: 02/16/2011) |
| 03/03/2011 | 14 | Consent Motion for extension of time until 3/11/2011 to respond complaint. Responses due by 3/22/2011. Filed by Karen Virginia Goff of U.S. Department of Justice on behalf of United States.(Goff, Karen) (Entered: 03/03/2011) |
| 03/07/2011 | 15 | Order entered on 3/7/2011, Granting consent motion for extension of time to file answer to complaint (Related Doc # 14 ). Answer due by 3/11/2011. (Taronji, Steve) (Entered: 03/07/2011) |
| 03/11/2011 | 16 | Answer to Complaint. Filed by Karen Virginia Goff of U.S. Department of Justice on behalf of United States. (Goff, Karen) (Entered: 03/11/2011) |
| 03/23/2011 | 17 | Order entered on 3/23/2011 assigning action to Judge Richard K. Eaton. (Cheevers, Casey) (Entered: 03/23/2011) |
| 04/05/2011 | 18 | Rule 16 notice. (Attachments: # 1 Rule 16 Forms, # 2 Chambers Policies) (Cheevers, Casey) (Entered: 04/05/2011) |
| 04/25/2011 | 19 | Proposed scheduling order *agreed upon by the parties*. Filed by Karen Virginia Goff of U.S. Department of Justice on behalf of United States. |

| | | |
|---|---|---|
| | | (Goff, Karen) (Entered: 04/25/2011) |
| 04/25/2011 | 🔒 | (Court only) Documents have been submitted to chambers. *Proposed scheduling order agreed upon by the parties* (related document(s) 19 ). Documents are Non-Dispositive. Action required by 5/25/2011. (Love, Cynthia) (Entered: 04/25/2011) |
| 04/26/2011 | 20 | Scheduling Order entered on 4/26/2011: Discovery due by 10/28/2011. Dispositive motions, if any, due by 12/16/2011. If necessary, a pretrial conference shall be held on February 13, 2012...(Love, Cynthia) (Entered: 04/26/2011) |
| 04/26/2011 | 🔒 | (Court only) Action on documents submitted to chambers has been accomplished. *Scheduling Order entered on 4/26/2011* (related document (s) 20 ). (Love, Cynthia) (Entered: 04/26/2011) |
| 10/17/2011 | 21 | Consent Motion to Amend Scheduling Order. Responses due by 11/7/2011. Filed by Karen Virginia Goff of U.S. Department of Justice on behalf of United States.(Goff, Karen) (Entered: 10/17/2011) |
| 10/18/2011 | 22 | Amended Scheduling Order entered on 10/18/2011 granting Motion to Amend Scheduling Order (Related Doc # 21 ). Discovery due by 12/7/2011. Dispositive motions, if any, due by 1/25/2012. If necessary, a pretrial conference shall be held on 3/25/2012. Witness List due by 2/22/2012. Exhibits due by 2/22/2012. (Cheevers, Casey) (Entered: 10/18/2011) |
| 01/19/2012 | 23 | Consent Motion to Amend Scheduling Order . Responses due by 2/7/2012. Filed by Karen Virginia Goff of U.S. Department of Justice on behalf of United States.(Goff, Karen) (Entered: 01/19/2012) |
| 01/23/2012 | 24 | Order entered on 1/23/2012 granting Motion to Amend Scheduling Order (Related Doc # 23 ). ORDERED that Dispositive motions shall be filed by 2/24/2012. (Cheevers, Casey) (Entered: 01/23/2012) |
| 02/24/2012 | 25 | Motion for summary judgment . Response to Dispositive Motion due by 4/2/2012. Filed by Karen Virginia Goff of U.S. Department of Justice on behalf of United States. (Attachments: # 1 Exhibit Index to Exhibits and Exhibit A, # 2 Exhibit B (Part 1), # 3 Exhibit B (Part 2), # 4 Exhibit B (Part 3), # 5 Exhibit B (Parts 4-5), # 6 Exhibit C, # 7 Exhibit D (Part 1), # 8 Exhibit D (Part 2), # 9 Exhibit E) (Goff, Karen) (Entered: 02/24/2012) |
| 02/24/2012 | 26 | Exhibits *A and B (physical exhibits)*. (related document(s) 25 ). Filed by Karen Virginia Goff of U.S. Department of Justice on behalf of United States. (Cheevers, Casey) (Entered: 02/28/2012) |
| 02/24/2012 | 27 | Notice of Manual Filing. The document for Docket Entry *#26* has been filed manually. (related document(s) 26 ). Filed by Karen Virginia Goff of U.S. Department of Justice on behalf of United States.(Cheevers, Casey) (Entered: 02/28/2012) |
| 03/29/2012 | 28 | First Motion for extension of time until 5/8/2012 to . Responses due by 4/17/2012. Filed by Peter Stanwood Herrick of Peter S. Herrick, PA on behalf of Dependable Packaging Solutions, Inc.. (Attachments: # 1 Order |

Case: 13-1300 Case: 13-1300 DOCUMENTS: ON-17 DOCUMENTS: ON-17 Document: 37 Filed: 03/04/2014 Page: 29 Filed: 03/04/2014

U.S. Court of International Trade (LIVE Database) Case 1:11-cv-00188 Document 1-3 Page: 7 Filed: 04/03/2013 Page 5 of 6 (9 of 30)

| | | Order)(Herrick, Peter) (Entered: 03/29/2012) |
|---|---|---|
| 04/02/2012 | 29 | Order entered on 4/2/2012 granting Motion for extension of time (Related Doc # 28 ). ORDERED that plaintiff's time to respond to defendant's motion for summary judgment is extended by thirty-six (36) days, to and including, May 8, 2012. (Cheevers, Casey) (Entered: 04/02/2012) |
| 05/08/2012 | 30 | Cross Motion for summary judgment with response (related document(s) 25 ). Response to cross-motion due by 6/12/2012. Filed by Peter Stanwood Herrick of Peter S. Herrick, PA on behalf of Dependable Packaging Solutions, Inc.. (Attachments: # 1 Exhibit, # 2 Order)(Herrick, Peter) Modified on 5/22/2012 (Demb, Rebecca). (Entered: 05/08/2012) |
| 06/06/2012 | 31 | Consent Motion for extension of time until 7/3/2012 to respond to motion *for summary judgment and opposition to defendant's motion for summary judgment*. Responses due by 6/25/2012. Filed by Karen Virginia Goff of U.S. Department of Justice on behalf of United States.(Goff, Karen) (Entered: 06/06/2012) |
| 06/11/2012 | 32 | Amended Scheduling Order entered on 6/11/2012 granting Motion for extension of time to respond to motion. ORDERED that the defendant's response to plaintiff's cross-motion for summary judgment is due by 7/3/2012. (Related Doc # 31 ). (Cheevers, Casey) (Entered: 06/11/2012) |
| 07/03/2012 | 33 | Response to motion . *Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Opposition to Plaintiff's Cross-Motion for Summary Judgment.* (related document(s) 25 ). Replies due by 7/23/2012. Filed by Karen Virginia Goff of U.S. Department of Justice on behalf of United States.(Cheevers, Casey) (Entered: 07/05/2012) |
| 07/23/2012 | 34 | Reply (related document(s) 33 ). Filed by Peter Stanwood Herrick of Peter S. Herrick, PA on behalf of Dependable Packaging Solutions, Inc.. (Attachments: # 1 Order)(Herrick, Peter) (Entered: 07/23/2012) |
| 07/23/2012 | 🔒 | (Court only) Documents have been submitted to chambers. *motion/cross-motion for summary judgment* (related document(s) 25 ). (Documents are Dispositive. Action due by 9/21/2012). (Demb, Rebecca) (Entered: 07/23/2012) |
| 08/09/2012 | 35 | Order entered on 8/9/2012 Scheduling Order: An oral argument is scheduled for 12/11/2012 at 2:00 PM in Courtroom No. 1 at the U.S. Court of International Trade, New York, NY before the Honorable Richard K. Eaton.(Cheevers, Casey) (Entered: 08/09/2012) |
| 09/05/2012 | 🔒 | (Court only) Action on documents submitted to chambers has been accomplished. *Order scheduling oral argument was signed.* (related document(s) 35 ). (Cheevers, Casey) (Entered: 09/05/2012) |
| 12/10/2012 | 36 | Form 11 Notice of Appearance . Filed by Edward Francis Kenny of U.S. Department of Justice on behalf of United States.(Kenny, Edward) (Entered: 12/10/2012) |
| 12/11/2012 | 🔒 | (Court only) Documents have been submitted to chambers. *Oral argument held on motion for summary judgment. 45 day deadline is 1/25/2013* |

| | | (related document(s) 25 ). (Documents are Dispositive. Action due by 2/11/2013). (Cheevers, Casey) (Entered: 12/11/2012) |
|---|---|---|
| 02/20/2013 | 37 | Slip opinion: 13-23 entered on 2/20/2013. Defendant's motion for summary judgment is granted and Plaintiff's cross-motion for summary judgment is denied. Case is dismissed.(related document(s) 25 ) (Attachments: # 1 Cited Web Page).(Cheevers, Casey) (Cheevers, Casey). (Entered: 02/20/2013) |
| 02/20/2013 | 🔒 | (Court only) Action on documents submitted to chambers has been accomplished. *Slip Op. 13-23 entered dismissing case.* (related document (s) 37 ). (Cheevers, Casey) (Entered: 02/20/2013) |
| 04/01/2013 | 38 | Appeal filed. (related document(s) 37 ). Filed by Peter Stanwood Herrick of Peter S. Herrick, PA on behalf of Dependable Packaging Solutions, Inc.. (Attachments: # 1 Certificate of Service)(Herrick, Peter) Modified on 4/1/2013 (Demb, Rebecca). (Entered: 04/01/2013) |

EXHIBIT A
(Hand Delivered to Court)

8

1      A.    At Dependable for four-and-a-half years.

2      Q.    What did you do before your position in

3    national sales at Dependable?

4      A.    Previous before Dependable, I ran a Dutch

5    company in the same industry, floral industry, for 12

6    years doing all the same products with the exception of

7    the corrugated boxes.

8      Q.    What was the name of that company?

9      A.    The company was Dilpack.  D-i-l-p-a-c-k.

10     Q.    Thank you.  So as far as your position at DPS,

11   you have been in the same position for the entire time

12   you have been with DPS?

13     A.    Yes.

14     Q.    Do you have any degrees in institutions of

15   higher education?

16     A.    No.

17     Q.    Do you have any professional licenses?

18     A.    Licenses, no.

19     Q.    Now I will just ask you questions about

20   Dependable Packaging Solutions.  What is the nature of

21   Dependable's business?

22     A.    Packaging supplies.  That is 100 percent of

9

1    the business.  We supply packaging supplies to all

2    industries including floral.

3        Corrugated boxes, partitions, stretch film, tape,

4    glass containers, plastic containers.  Everything for

5    packaging we generally stock and supply.

6        Q.   Does Dependable manufacture the products that

7    it sells?

8        A.   No.

9        Q.   Where does Dependable obtain the products that

10   it sells?

11      A.   The glass containers are from China.  The

12   plastics come from China, from Thailand and also the

13   United States.  Corrugated boxes are produced in the

14   United States.

15      Q.   When you say glass containers, are you

16   referring to vases, like the vases that are at issue in

17   this case?

18      A.   Yes.

19      Q.   So the vases or glass containers are from --

20   imported from China?

21      A.   That's correct.

22      Q.   And a Chinese company manufactures those

10

```
 1    products?

 2         A.    Yes.

 3         Q.    Are Dependable's products sold in Florida?

 4         A.    In Florida and also nationally.

 5         Q.    Are the majority of Dependable's clients based

 6    in Florida or --

 7         A.    Yes.

 8         Q.    How long if you know has Dependable been in

 9    business?

10         A.    Five years, four-and-a-half years.

11         Q.    So you have been with the company as long as

12    it's been in existence, is that right?

13         A.    Almost.  They were in existence for six months

14    probably before I joined.

15         Q.    And has Dependable sold floral products for

16    the entire time I guess that it's been in existence?

17         A.    Yes.

18         Q.    Now, let's talk just specifically about the

19    floral products that Dependable sells.

20               You have named some of the products before

21    previously, but would you mind just going through again

22    a list of the products that you sell and in the floral
```

11

1   division?

2       A.    We sell plastic sleeves to wrap the flowers.

3   We sell paper to wrap the flowers.  We supply corrugated

4   boxes, corrugated partitions that is used to ship the

5   flowers.  The glass containers, plastic pots, ceramic

6   containers, labels for the coolers, stretch film, tape.

7   And that's pretty much it.  And picks, the decorative

8   picks.

9       Q.    What is stretch film?

10      A.    Stretch film is stretch wrap.  It's used to

11  wrap pallets so there is no tipping.

12      Q.    What are picks?

13      A.    Picks are -- they put them in a bouquet.  They

14  are seasonal.

15      For Christmas they will put a ball, like a

16  Christmas ball on a stick, or they will put a bird or

17  butterfly for spring just to enhance the flowers.

18      Q.    It goes in a vase with flowers?

19      A.    Correct.  In a vase or in a bouquet.

20      Q.    Thank you.  What type of companies purchase

21  the floral products from Dependable?

22      A.    They are packing houses and growers of

12

1    flowers.

2         Q.   What are packing houses?  Are packing houses

3    and growers, are those synonymous or do they mean the

4    same thing?

5         **A.   No.  They are the same owners, but the packing**

6    **houses are where they pack the flowers in Miami because**

7    **the growers are in Colombia and Ecuador.**

8         Q.   So do you only sell to the packing house in

9    Miami?

10        **A.   Mostly Miami.  80 percent I would say.**

11        **Then we also sell national to other packing houses**

12   **because they grow in California as well.  They grow**

13   **flowers.**

14        Q.   So you don't sell directly to the growers in

15   Colombia for example or other countries.

16        **A.   No.  We don't export.**

17        Q.   Going back to my original question, what are

18   packing houses?

19        **A.   Packing houses is where when the flowers are**

20   **imported, they are cooled and they separate them.  They**

21   **cut, hydrate and pack the flowers in a bouquet, in a**

22   **bucket, glass container, ceramic pot.**

13

1    They pack them in boxes with partitions and from

2    there they ship them throughout the country.  I have

3    pictures inside the pamphlet there.

4        Q.   I think you are referring to the pamphlet that

5    you provided me earlier.  We will go through those

6    pictures a little bit later.

7        So does Dependable sell any of its products to

8    florists?

9        A.   To florists, no.

10       Q.   Are any of Dependable's products sold, and

11   specifically the floral products, sold to customers

12   directly or consumers directly?

13       A.   No, they are not.

14       Q.   What about event planning companies?  Does

15   Dependable sell any of its floral products to event

16   planning companies?

17       A.   We don't have that, no.

18       Q.   What about wedding planners?

19       A.   No.  It's directly mostly for mass marketing.

20   It's for supermarket chains, for the people who supply

21   supermarket chains.  That's who we supply.

22       Q.   Those are packing houses?

14

1    **A.    Packing houses.**

2    Q.    So packing houses supply to mass markets and

3    in particular supermarket chains?

4    **A.    Correct.**

5    Q.    To your knowledge has Dependable ever sold to

6    florists or event planning companies?

7    **A.    No.**

8    Q.    Do any of Dependable's clients sell the glass

9    containers or vases at retail without any flowers in

10   them?

11   **A.    At retail, no.  Do our clients?**

12   Q.    Yes.

13   **A.    Most of them are for wholesale for mass market**

14   **chains.**

15   Q.    When you say most are for wholesale, what do

16   you mean?

17   **A.    Wholesale is we sell to the growers, and they**

18   **don't sell to individuals.  They sell to mass market.**

19   **So I consider that like wholesale.**

20   Q.    Do you know if your clients sell the vases,

21   glass containers at wholesale?

22   **A.    No.**

15

```
1       Q.   You don't know?

2       A.   No, they don't.  They sell the flowers.

3       Q.   They sell the flowers.

4       A.   And the flowers have a container, whether it's

5   ceramic or vase.

6       Q.   So to your knowledge none of Dependable's

7   clients ever sell the glass containers by themselves.

8       A.   To my knowledge, no.

9       Q.   What types of companies are competitors of

10  Dependable?  Specifically with regard to the floral

11  products.

12      A.   Our competitors?

13      Q.   Yes.

14      A.   Well, we have Giftwares that they are a

15  competitor.  Hills.

16      Q.   Are these specific companies you are naming?

17      A.   Yes.

18      Q.   Giftwares, Hills.

19      A.   Syndicate Sales.  IC Floral.  I'm not sure if

20  I have the list, but those are primarily the ones.  Pots

21  Company.

22      Q.   Are most of those based out of Miami as well?
```

Case: 13-1300 Case: 13-1300 Document: 88 Document: 37 Filed: 03/04/2014 Filed: 03/04/2014

16

1       **A.**    **No.**

2       Q.    They are based nationally?

3       **A.**    **Out of state some of them.  They don't all do**

4    **what we do.  Some of them specialize in selling**

5    **wholesale who do sell to retail florists, but they also**

6    **are I guess in our industry as well.**

7       Q.    Just to be clear, your company does not sell

8    wholesale to florists.

9       **A.**    **No.**

10      Q.    But other companies that are your competitors

11   do.

12      **A.**    **That's what they specialize in, yes.**

13      Q.    Can you name some of Dependable's clients that

14   purchase the floral products from Dependable?

15      **A.**    **USA Bouquet.  Falcon Farms.  Forever Blossoms.**

16   **Nature's Flowers.  Elite Flowers.  I'm naming the**

17   **largest ones that we supply weekly.**

18      Q.    Right.

19      **A.**    **B&H Flowers.  That is in California.  Golden**

20   **State Floral.  Those are the main ones.  Those are my**

21   **largest clients.  Do you want me to continue?  I have to**

22   **think about it.**

17

1　　　Q.　If you can think of any others right now, yes.

2　　　**A.　Some of the clients are not mine, so I have to**

3　　**think.　Superior Floral.　Stems Wholesale Flowers.**

4　　**Dutch Petals.　Bunzl.　Sun Valley Floral.　That's what I**

5　　**can think of right now.　I'm sorry.**

6　　　Q.　That's good.　Thank you.　Do any of those

7　　companies that you just named which are Dependable's

8　　clients, do they sell to companies other than grocery

9　　stores?

10　　　**A.　Not that I'm aware of.　Mostly no.**

11　　　Q.　Mostly they just sell to grocery stores?

12　　　**A.　Grocery stores.**

13　　　Q.　How do you know that information?

14　　　**A.　Because I see what they supply at the grocery**

15　　**stores in Florida, and we also travel and we see**

16　　**supermarkets that our clients ship to us as well.　I put**

17　　**pictures in the pamphlet today that show how they are**

18　　**shipped and displayed at the supermarkets.**

19　　　Q.　Do you have any access to your client's client

20　　lists?　In other words, do you have any access to the

21　　company that you sell to --

22　　　**A.　I don't have access to that client list, but**

18

1    some of them I do know who they sell to at some point

2    because they design a certain container for certain

3    needs.  We help design that product.

4         Q.   Okay.  Thank you.

5              MS. GOFF:  Could you mark this as Exhibit 2?

6         (Thereupon, Defendant's Exhibit No. 2 was marked

7    for identification.)

8         Q.   I'm handing you what has been marked as

9    Exhibit 2.  Do you recognize that document?

10        A.   Yes.

11        Q.   What is it?

12        A.   Our old catalog.

13        Q.   This is an old catalog?

14        A.   This is I guess from online, from the

15   computer.

16        Q.   You will notice it's not a complete catalog.

17   I printed off only the pages that pertain to the floral

18   products.

19        A.   Okay.

20        Q.   Do you know who created this catalog?

21        A.   Who created it, no.  I think we hired somebody

22   to take pictures, but I don't know who created it.

19

1     Q.   Did you participate in designing or creating

2  the section regarding the floral industry?

3     A.   I participated in I guess helping with the

4  pictures.  That's it.

5     Q.   Did you participate in listing the products

6  that Dependable sells?

7     A.   Well, the products came from our system which

8  shows the description and also the item code.

9     Q.   Would you mind turning to Page 24 of the

10  catalog?  I think it's the second to the last page.

11     A.   Okay.

12     Q.   I want to direct your attention to the gel ice

13  pack section.

14     A.   Okay.

15     Q.   What are gel ice packs?

16     A.   It's just a plastic bag filled with gel that

17  you freeze it so the flowers, if they are shipped

18  Fed Ex, they maintain the cold temperature so the

19  flowers don't get hot.

20     Q.   Okay.  Do you know how much you sell those

21  for?

22     A.   The ice packs?  I believe it's $13, $14 for a

20

1 **box of 80. Then the larger one is the same price, but**

2 **it's larger and packed less. So it's pretty much the**

3 **same.**

4  Q. When you say larger --

5  **A. There is 16-ounce and 8-ounce.**

6  Q. I'm sorry. Let me finish my question before

7 you respond, and I have to remember to do the same.

8  When you say larger, you are referring to Polar

9 16-ounce 40 pack?

10  **A. Yes.**

11  Q. So they are about the same price. Just larger

12 ice packs?

13  **A. Yes.**

14  Q. And there are fewer of them.

15  **A. Yes. The large one is double the size so they**

16 **are packed half the amount.**

17  Q. Let's look at the buckets section. What is

18 the purpose of the plastic buckets that you sell?

19  **A. That's to ship flowers in water to the**

20 **supermarkets as well. Mostly for consumer bunches, for**

21 **less expensive, less fragile flowers.**

22  **They ship the flowers in the bucket that goes in**

21

1    the box and that is also sold to the supermarket chains

2    nationally.

3        Q.   So is this picture on the right a picture of

4    the plastic buckets?

5        A.   Those are three of the ones we carry.  We have

6    two more styles.

7        Q.   Do they serve basically the same function as

8    the vases that you also sell?

9        A.   The vases, primarily they serve the same

10   function.  The flower is in water with a solution, but

11   the vases are actually for more delicate -- used mostly

12   for roses.  It's the same function.

13       Q.   You said there are bunches that go into the

14   buckets, is that correct?

15       A.   That's correct.

16       Q.   Bunches of flowers?

17       A.   Yes.

18       Q.   Then would the ultimate consumer purchase the

19   bunch of flowers inside the plastic bucket or would the

20   ultimate consumer just purchase the flowers?

21       A.   The ultimate consumer would purchase the

22   flowers.  The buckets are mostly made to fit in

Case: 13-1300 Case: 13-1300 Document: 88 Document: 46 37 Filed: 03/04/2014 Filed: 03/04/2014

22

1    supermarket displays.

2         So they just get to the supermarket, put the bucket

3    in their display with the water and the solution from

4    the grower.

5         And the bouquets are sold by bouquet, not by the

6    bucket.  I also put a picture in the pamphlet.

7         Q.    How much do you sell the buckets for?

8         A.    Depending on the size, some range from 44

9    cents, 33 cents, to 1 dollar.

10        Q.    Per bucket?

11        A.    Per bucket.

12        Q.    Do the buckets hydrate the flowers during

13   transportation?

14        A.    Yes, they do.

15        Q.    Do they provide protection for flowers during

16   transportation?

17        A.    Protection?  I would say yes, because of the

18   solution.

19        Q.    What do you mean because of the solution?

20        A.    The growers at the packing houses, they don't

21   just put water.  They put water and a solution to keep

22   the flowers from opening and it puts them into a coma

23

1    state so they do transport well.

2          Sometimes they transport for three or four days.

3    When they get to the store level, they are not dead.

4    They survive through a retail chain which could last

5    another five or six days before they are sold.

6          Q.    So do the buckets provide protection in terms

7    for the flowers so that they don't break or is the only

8    protection in terms of the food or whatever it is you

9    just mentioned they put inside the water?

10         A.    So they don't break.  That's what the sleeves

11   are for.

12         Q.    So the sleeves are providing protection so the

13   flowers don't break?

14         A.    Correct.

15         Q.    And the flowers are transported inside the

16   buckets in this case?

17         A.    Yes.

18         Q.    Turning your attention to the water globes.

19   What are water globes?

20         A.    It's actually a glass ball that you put into

21   the plant.  You fill it with water and you put it into

22   the plant, into the soil.

24

1    What it does, it hydrates the plant so you don't

2    have to hydrate it constantly.  As the plant needs it,

3    the water is injected.

4        Q.    Okay.

5        A.    It takes the water.

6        Q.    So the water globes I take it would not be

7    used with flowers that are transported in either vases

8    or buckets.

9        A.    Absolutely not.

10       Q.    Would you mind turning to Page 23?  This page

11   has sleeves and boxes.

12       A.    Correct.

13       Q.    You already talked a little bit about sleeves,

14   but would you mind elaborating?  What is a sleeve?

15       A.    The sleeves are used to protect the flowers so

16   they don't tangle up in shipping so they can separate.

17   So they could also put a UPC.

18       They usually put the UPC with the price at the

19   supermarket.  All the sizes range from a six-inch top to

20   what we carry, 24-inch top.  So you have a single rose

21   to a very large bouquet that is 24 inches in width at

22   the top.

25

```
 1        Then we have towards the bottom the sealed bottom

 2    ones which are used for the glass containers whether

 3    it's the vase, ceramic.  It's sealed on the bottom so

 4    the customer can carry it from the supermarket without

 5    any dripping so it doesn't fall.  It's just a way to

 6    carry it.

 7        Q.   So the ones that are sealed at the bottom,

 8    would the ultimate purchaser purchase the flowers in a

 9    vase or some other container, or did you just purchase

10    them in the sleeve that is sealed at the bottom?

11        A.   They use the sleeve that is sealed on the

12    bottom because that does carry the price.  Then they use

13    it to carry it.

14        That is nothing decorative or anything like that.

15    It's just recycled after they use it.

16        Q.   So the sleeve is just a plastic I imagine.

17        A.   Yes.

18        Q.   Tell me one more time.  I'm sorry.  What is

19    the difference between the sleeves that don't have the

20    bottoms and the ones that do?  Are they used for

21    different purposes?

22        A.   Yes.  The ones cut out at the bottom are the
```

26

1    ones that are used to ship in the buckets so the flowers

2    could get hydrated inside the bucket.  The ones sealed

3    on the bottom go with the glass containers, ceramic

4    containers that actually don't need to have the stems

5    exposed because the stems are in water from the

6    container.

7        Q.    I'm not following.  The ones sealed at the

8    bottom, those flowers go in the sleeve with the seal at

9    the bottom and then they go in a glass container?

10       A.    Glass container with water goes into the

11   sealed bottom sleeve.  That sleeve is pretty much just

12   to protect the flowers upon transport.

13       Q.    So there is water inside the sleeve?

14       A.    In the vase, whether it's glass or ceramic.

15   The reason they are sealed is they are not shipped in a

16   bucket.  The buckets as you saw before, the stems go

17   into the water.  That is how they are hydrated.

18       On the sealed bottom they don't need to be hydrated

19   because they are being hydrated from the container.

20   It's just to hold the container so that it doesn't fall

21   down.

22       Q.    I completely understand what you are saying

27

1    now.  For the ones that are sealed at the bottom, they

2    go all the way around the container?

3        A.   Yes.  We have samples here so you can see.

4        Q.   Thanks.  Sorry about that.  Do the ones that

5    go all the way around the glass containers or vase, do

6    those provide protection for the vases during

7    transportation?

8        A.   For the vases and the flowers.

9        Q.   The boxes that you have listed here, are the

10   vases packaged in those boxes?

11       A.   Yes, they are.

12       Q.   Are these boxes listed here for the vases only

13   or for the vases with flowers, or is there some of both?

14       A.   It's for the vases and also the plastic

15   buckets.

16       Q.   Are these boxes the boxes you use to ship your

17   vases to your clients or are these boxes the boxes used

18   for your clients to ship them to their supermarkets?

19       A.   For clients to ship to their supermarkets.

20       Q.   Are the boxes you use to ship your vases to

21   your clients listed in this catalog?

22       A.   Could you repeat that?

Case: 13-1300 Case: 13-1300 Document: 37 Page: 52 Filed: 03/04/2014

28

1      Q.   I imagine that Dependable Packaging ships the

2   vases to your clients in boxes, is that right?

3      **A.   Correct.**

4      Q.   Are those boxes listed in this catalog

5   anywhere?

6      **A.   No, because those are recycled.  They don't**

7   **use those boxes.**

8      Q.   And you don't sell the boxes to your clients.

9      **A.   Right.**

10      Q.   So the boxes listed here are boxes that your

11   clients purchased to ship the vases, glass containers.

12      **A.   And the plastic buckets, yes.**

13      Q.   Do these boxes provide protection to the vases

14   during transportation?

15      **A.   Yes.**

16      Q.   Do they provide protection to the flowers

17   during transportation?

18      **A.   Yes.**

19      Q.   Are these boxes specifically designed for

20   shipping flowers?

21      **A.   Yes.  These, yes.**

22      Q.   So what makes these boxes, the design of this

30(b)(6) Dependable Packaging Solutions (Grandio, Andrew)                    October 13, 2011

29

1    type of box different from other boxes that Dependable

2    Packaging sells?

3        A.    Well, they are made to carry -- we have

4    different heights, so if they are longer stems, they use

5    a taller box.

6        They are designed so you can fit more boxes on the

7    pallet so they get the most our of their money when

8    shipping.

9        Q.    The boxes you just were referring to, are

10   those listed on Page 23 of Exhibit 2?

11       A.    Boxes, yes, and also inserts.

12       Q.    How are the partitions or inserts used?

13       A.    That is used to separate the vases and the

14   flowers so the vases don't crash when shipping to the

15   supermarkets.

16       Q.    Is there anything else listed in this section

17   of boxes on Page 23 other than actual boxes and

18   partitions?

19       A.    This is all that is generic.  We carry a

20   couple boxes, but they are pretty much the same sizes.

21   They just have their logos on it.  We don't display them

22   in the catalog.

30

```
 1       Q.   The 19th and 20th items on this list under
 2   boxes, the description starts with the words "die cut."
 3       A.   Yes.
 4       Q.   What are those?
 5       A.   That is a special cut box.  It's not a regular
 6   box that just closes on the top and bottom.  Those are
 7   specially made that you fold them, and you have to
 8   staple them and then they also have a top that goes on
 9   it.  Just a different kind of shipping.  One of the
10   boxes listed here, we have the sample here.
11       Q.   Okay.
12       A.   COR757-40.
13       Q.   Thank you.
14            MS. GOFF:  Can you mark this as Exhibit 3?
15       (Thereupon, Defendant's Exhibit No. 3 was marked
16   for identification.)
17   BY MS. GOFF:
18       Q.   I'm handing you what has been marked by the
19   court reporter as Exhibit 3.  Do you recognize this
20   document?
21       A.   Yes.
22       Q.   What is it?
```

31

1  **A. This was just like a flier that we gave out to**

2 **clients. It wasn't a catalog. Just what we would take**

3 **to shows or to show the growers new products.**

4  Q. Did you participate in designing this

5 pamphlet?

6  **A. Maybe in some of the pictures, yes.**

7  Q. Is this a current pamphlet?

8  **A. No.**

9  Q. So you have more up-to-date versions of this

10 pamphlet?

11  **A. No.**

12  Q. What do you mean it's not current? You just

13 don't use this anymore?

14  **A. We don't use this anymore.**

15  Q. Is there a more up-to-date version of Exhibit

16 2?

17  **A. No.**

18  Q. I think you had said initially this was an

19 old -- Exhibit 2 was an old catalog.

20  **A. Correct.**

21  Q. So there is not a new catalog?

22  **A. We have a new catalog, but when it comes to**

32

1   **the floral products, it's outdated.**

2       Q.   So what you are saying is that some of the

3   products that you sell are not listed in either Exhibit

4   2 or Exhibit 3?

5       **A.    Some of the items in the catalogs have been**

6   **discontinued.**

7       Q.   Are all the products that you currently sell

8   listed in here, Exhibit 3, that you are looking at right

9   now?

10      **A.    We have a few more styles, but we also have**

11  **some styles here that are discontinued.**

12      Q.   The first five pages of this catalog show

13  pictures of various vases.  Unfortunately some of the

14  writing is really light and it's hard to read, but

15  that's okay.  We don't need to read it for the purposes

16  of this deposition.

17      What I wanted to ask you is, are the vases listed

18  in here or the vases that Dependable sells generally,

19  are they all according to Dependable used for packaging

20  and conveying goods?

21      **A.    Yes.**

22      Q.   So Dependable believes that all of the vases

33

1    are used principally for packaging and conveying?

2        **A.   Yes.  A lot of these vases were never brought**

3    **in.  That's the thing you can't really see well.**

4        **On the bottom it says some are available for**

5    **special order.  The companies that used to convey them**

6    **don't -- some of these products were not able to be**

7    **used.**

8        Q.   So the articles that are at issue in this case

9    are the bud vases and the trumpet vases as I'm sure you

10   are aware.

11       So approximately how much does it cost Dependable

12   to purchase the bud vases?  How much do they cost?

13       **A.   FOB China, 12 and a half to 13 and a half**

14   **cents.**

15       Q.   For each vase?

16       **A.   For each vase in clear.**

17       Q.   So are colored vases more expensive?

18       **A.   A little bit more.**

19       Q.   How much do they cost?

20       **A.   18 cents, 19 cents.**

21       Q.   Does it vary based on color or the difference

22   is all the colored are the same price and the clear is a

Case: 13-1300 Case: 13-1300 PARTICIPANTS ONLY Document: 58 37 Filed: 03/04/2014 Page: 58 Filed: 03/04/2014

34

```
1    different price?

2        A.    They are all the same in the colors.

3        Q.    How much does Dependable sell the vases to its

4    clients for?

5        A.    The clear ones in question, 31 cents to 34

6    cents.  35 cents maybe.

7        Q.    Per vase?

8        A.    Yes.

9        Q.    What about the colored ones?

10       A.    The colored ones could go from 40 cents to 44

11   cents.

12       Q.    And I will ask the same question about the

13   trumpet vase.  How much does Dependable pay for the

14   vases?

15       A.    FOB China, 34 cents.

16       Q.    That's the clear?

17       A.    Yes.

18       Q.    What about the colored?

19       A.    45 cents, 48 cents.

20       Q.    How much does Dependable sell these vases to

21   your clients for?

22       A.    Clear, 69 cents to 74 or 75 cents.
```

35

1    Q.   And color?

2    **A.   90 cents to a dollar.**

3    Q.   That is all per vase?

4    **A.   Per vase.  That is FOB China.  We have all the**

5  **other charges that we have to add to that.  Transport,**

6  **container, delivery, storage, unloading, advertising.**

7    Q.   That is just for the vase itself?

8    **A.   That is for the vase without shipping.**

9    Q.   I believe the vases at issue in this case are

10  only the clear vases.  Is that your understanding?

11    **A.   Yes, which is the most volume.**

12    Q.   That is the most volume that Dependable sells?

13    **A.   Yes.**

14    Q.   How are the vases at issue in this case

15  manufactured?

16    **A.   It's man-made.  They have a mold and the glass**

17  **is pressed into the mold and then it comes out and then**

18  **they pack it.**

19    Q.   Does Dependable also sell hand blown vases?

20    **A.   We sell some hand blown.**

21    Q.   Do you sell any hand blown bud vases or

22  trumpet vases?

36

1       **A.    No.**

2       Q.    Are hand blown vases more expensive for

3    Dependable to purchase?

4       **A.    Yes.**

5       Q.    Significantly more expensive?

6       **A.    Yes.**

7       Q.    Can you give me an example of how much one

8    might cost?

9       **A.    On a vase like the trumpet, that would be 34**

10   **cents to FOB China.**

11   **    If we were to do the same vase, blown it would cost**

12   **1.50.  We don't do that vase in particular, but that's**

13   **what the cost would be.**

14      Q.    So 1.50 would be the hand blown cost?

15      **A.    Yes.**

16      Q.    Does Dependable request specific designs of

17   vases from your manufacturers in China?

18      **A.    Can you repeat that?**

19      Q.    Does Dependable put in a request for a certain

20   design of a vase to your manufacturers in China?

21      **A.    We don't put in the design.  We design for**

22   **them.**

37

1    Q.    You say, "This is the design that Dependable

2    would like.  Please make it."

3    A.    Yes.  I draw it up.  Depending on how it's

4    going to be shipped, most of the vases you will see have

5    tops that are smaller so the water doesn't spill during

6    transport.  It's all made with transport in mind.

7    Q.    So you actually draw and design the vases?

8    A.    Most of the times, yes.  The trumpet, I

9    designed that approximately 15 years ago.

10    Q.    What about the bud vase?

11    A.    The bud vase has been around forever, before I

12    even started.  But the spiral bud vase on the top, that

13    one was designed to hold more water so the flowers are

14    hydrated longer at the supermarket so they don't have to

15    fill it with water.  It always uses the hydrating

16    solution that they had.  That's why it has the bubbles,

17    just to hold more water.

18    Q.    It says in the catalog on the page we're

19    looking at which is the fourth page of Exhibit 3, glass

20    trumpet vases, 9.5 inches and glass bud vase, 8 inches.

21    For the trumpet vase, 9.5 inches.  Is that the

22    circumference of the top of the base?

38

1      **A.    That is the height.**

2      Q.    So do you know how large the opening at the

3   top is?

4      **A.    Four inches.**

5      Q.    The glass bud vase is eight inches.  That is

6   the height as well?

7      **A.    Yes.**

8      Q.    How long is the opening at the top of those

9   vases?

10     **A.    Inch and a half, inch and a quarter.**

11     Q.    Thanks.  Do you know what kind of glass is

12  used in these vases?

13     **A.    They use a lot of recycled glass.  That's why**

14  **it's not as clear because we need inexpensive product.**

15     Q.    Would you consider these vases to be utility

16  vases?

17     I notice in response to interrogatories that

18  Dependable submitted that we will look at later, but the

19  term utility vases was used a few times.

20     **A.    Yes.  Utility meaning they are rugged.  They**

21  **are strong.  They don't break easily.**

22     Q.    Is that a term of art, utility vase?

39

```
1        A.    Of art, no.

2        Q.    Is it something used in the industry, that

3   term "utility vase"?

4        A.    They usually use utility vase as cheap.

5        Q.    How much do the bud vases weigh if you know?

6        A.    25 pounds for a case of 48.

7        Q.    What about the trumpet vases?

8        A.    About 35 to 40 pounds for a case of 20.

9        Q.    Is that including boxing and all that?

10        A.    Yes.

11        Q.    Are the bud vases at issue in this case fitted

12   with any stoppers?

13        A.    Stoppers, no.  Not that I know of.

14        Q.    Or are they fitted with any closure at the

15   top?

16        A.    No.

17        Q.    Are they designed for use with a closure at

18   the top?

19        A.    No.

20        Q.    I will ask the same for trumpet vases.  Are

21   they fitted with any stoppers?

22        A.    No.
```

40

1      Q.   Were they fitted with any closures?

2      **A.   No.**

3      Q.   Were they designed for use with a closure?

4      **A.   No.**

5      Q.   Do the vases perform any functions other than

6  holding flowers?

7      **A.   Depends what people want to do with them.**

8  **After they can throw coins in them as a bank if they**

9  **want.**

10     Q.   That's fair.  Would you expect the vase to be

11  reused by the ultimate consumer?

12     **A.   I would expect it to be recycled, thrown out.**

13     Q.   That is what you would expect?

14     **A.   Yes.**

15     Q.   Is that based on any studies that you have

16  done?

17     **A.   It's based on personal preference and also**

18  **what I have seen.  I don't know of anybody that would**

19  **want to have a 30 cent vase in their house decorative.**

20  **The paint, it's not injected in the glass.  It's**

21  **sprayed, so it scratches.  It's only pretty much used to**

22  **help sell the flowers, but after that it gets scratched**

41

1    easily.

2        Q.   So they are not very high quality vases?

3        A.   No.

4        Q.   So the colored ones I assume is what you are

5    referring to.  Those are spray painted?

6        A.   Yes.

7        Q.   In terms of reusing it, can it be reused?  Can

8    a vase be used again for other flowers by the end

9    consumer?

10       A.   It can be.

11       Q.   Are you aware of how any particular consumer

12   uses the vase once they purchase it?

13       A.   No.

14       Q.   Are the vases decorative in nature?

15       A.   They can be, yes.

16       Q.   When you say they can be, what do you mean?

17       A.   With the colors.  The colors are a lot of

18   times designed for seasons.

19       I will give you an example.  For Valentine's,

20   Valentine's is red.  There is always a shortage of red

21   flowers for Valentine's because everybody in the country

22   wants to buy red flowers.  So when there is no red

42

1    flowers in the market, they use white flowers, pink

2    flowers and they use a red vase so you still get the

3    theme for the flowers.

4         Q.    I see.  So then would you say the vases aid in

5    the sale of the flowers?

6         A.    Yes.

7         Q.    How are the vases at issue in this case

8    packaged and sold to Dependable's customers?

9         A.    They are packaged from Asia.  Which vase in

10   particular?

11        Q.    We will take the bud vases.

12        A.    The bud vases come packaged 48 per carton in a

13   box with partitions.  That's exactly how we sell them.

14   We don't break any cartons.  We sell it to people who

15   buy in bulk and pack the flowers.

16        Q.    Do you know how the vases are packaged and

17   sold to the ultimate customers generally speaking?

18        A.    At the packing houses where we ship most of

19   the product, they open the tops of the boxes and they

20   keep them as they are with the partitions.

21        They put the water and solution in the vases and

22   then they take it to the end of the production line.

43

1    After the flowers are cut and processed, they are put in

2    the vase and then they are packed inside the box to

3    ship.

4        Q.   Those are packed in different boxes?

5        A.   Yes.

6        Q.   And are they packed with a protective sleeve?

7        A.   Yes, and a corrugated partition so they don't

8    crush.

9        Q.   Is there any other part of the packaging that

10   we're missing in terms from the vases being taken from

11   the packing houses to the grocery stores?

12       A.   At the packing house they have the flowers

13   that are cut, processed.  They are sleeved, UPC'ed with

14   the price of the flowers and then they go into the

15   container whether it's glass or ceramic.  Put a sleeve

16   on the bottom with a seal and then they are put in the

17   boxes with a partition.

18       Q.   Are there two sleeves then?

19       A.   There is one sleeve for the flowers and then

20   there is a big liner that goes around the whole box in

21   case there is breakage on shipping, it will hold the

22   water and not make all the boxes collapse.

44

```
1      Q.   You said that the second sleeve -- there is a

2   sleeve that goes around the flowers and then there is

3   another sleeve.  You said that goes around the whole

4   box?

5      A.   It's a bag, a liner.

6      Q.   Around each individual container with flowers

7   or around the whole box?

8      A.   Inside the whole box, not around each

9   individual.

10     Q.   Okay.  Interesting.

11     A.   We also brought --

12     Q.   Examples of that?

13     A.   Yes.

14     Q.   We can look at that later.  Are Dependable's

15  vases used to display flowers?

16     A.   Yes.

17     Q.   And are they used to hydrate flowers as well

18  on display?

19     A.   Correct.

20     Q.   Is there any reason why the vases would not be

21  suitable for reuse by the ultimate purchaser?

22          If the ultimate purchaser wanted to use the vase
```

45

1    again, there is no reason why it couldn't, or is there

2    that you know of?

3        **A.    Again, they can use it if they want to, but**

4    **it's not sold for that reason.  It's sold with the**

5    **flowers, only for the flowers.**

6        Q.    Okay.  Are there any physical characteristics

7    of these particular vases -- we can take the bud vases

8    first.  Is there any particular characteristics of that

9    vase that makes it easier to transport as opposed to any

10   other vase?

11       **A.    Yes.**

12       Q.    What are those characteristics?

13       **A.    They are machine grade, very heavy, thick, and**

14   **they don't break very easy.**

15       Q.    Is the answer the same for the trumpet vases?

16       **A.    Yes.**

17       Q.    For the flowers that go in the plastic

18   buckets, I think you mentioned earlier that the ultimate

19   consumer wouldn't purchase the plastic bucket.  They

20   would just purchase the flowers inside the bucket?

21       **A.    Yes.**

22       Q.    Are those sold at a lower price than flowers,

46

1    than the same flowers in a vase?

2        **A.    The same flowers in a vase are usually more**

3    **upscale.   There are arrangements where the flowers in**

4    **the buckets are bouquets.**

5        Q.    So are you saying that to your knowledge the

6    flowers in the buckets and the flowers in the vases

7    would not usually be the same types of flowers?

8        **A.    They can be the same type.   The bouquets**

9    **usually have a certain type of flower and the**

10   **arrangements that come in the vase are different types**

11   **of flowers arranged to a more upscale price.**

12       Q.    So they are more expensive then, the flowers

13   that go in the vase?

14       **A.    Yes.**

15       Q.    And the flowers that -- if you take the same

16   group of flowers and you purchase it in the vase versus

17   the same group of flowers purchased out of the bucket

18   with no vase, is there a price difference?

19       **A.    Yes, mostly because of transport.   You get**

20   **more flowers in a bucket than you do when you ship**

21   **vases.**

22       Q.    The price difference, which is more expensive?

47

1      A.    Depends on the product.  If you have a bud

2  vase for example, they usually put three roses.  Sells

3  for 7.99 to 9.99.  You can get a bouquet of mixed

4  flowers for the same price.

5      But if you go for the trumpet vase, it goes up in

6  cost because you usually get a dozen roses with fillers,

7  greens.  It's more upscale.

8      More goes into it than just a simple bouquet they

9  sells for $10 for the bucket.

10     Q.    Do your clients to your knowledge ever ship

11 the roses that you are referring to, roses and bouquets

12 in the buckets?

13     A.    Yes, they do.

14     Q.    Would that bouquet be more or less than the

15 same bouquet in the trumpet vase?

16     A.    It would be less.

17     Q.    I think we're on the same page.  You take the

18 exact same bouquet of roses, you buy it out of the

19 bucket without a vase, it's less expensive than the

20 bouquet in the vase.

21     A.    Yes.  It's less cost for transport and product

22 obviously.

48

1      Q.    Okay.  Thank you.  Have you ever heard the

2  term wet pack?

3      **A.    Yes.**

4      Q.    What does that mean?

5      **A.    That is the name that they have been using for**

6  **years for shipping flowers in water, mostly with the**

7  **plastic buckets.**

8      Q.    Okay.

9      **A.    So they say we are wet packing it, shipping**

10 **the flowers in water in a bucket.**

11     Q.    Are you aware of whether there are other means

12 of transporting flowers other than putting them in some

13 sort of bucket or a vase?

14     **A.    Yes.**

15     Q.    How else can you transport them?

16     **A.    You can transport them dry which is how they**

17 **come from the farms, but supermarkets usually don't have**

18 **a florist to be able to handle them, cut them, clean**

19 **them, hydrate them.  So that's why they are usually wet**

20 **packed.  So supermarkets take them out of the box and**

21 **display them.**

22     Q.    Is there any other way to transport flowers

49

```
1    and keep them wet other than in a vase or in a bucket?

2         A.    Ceramic container.  Besides that, no.

3         Q.    Not that you know of?

4         A.    Not that I'm aware of.

5         Q.    We have been going for about an hour.  If you

6    would like to take a short break, or we can keep going.

7         A.    We can keep going.

8         Q.    We can go for a few more minutes and then take

9    a break.

10           MS. GOFF:  Can you mark that as Exhibit 4

11       please?

12       (Thereupon, Defendant's Exhibit No. 4 was marked

13   for identification.)

14   BY MS. GOFF:

15       Q.    I'm handing you what has been marked as

16   Exhibit 4.  It's the complaint that was filed in this

17   case.  I want to ask you a couple questions about it.

18   First of all, have you seen this document before?

19       A.    I looked it over, yes.

20       Q.    Again, I believe I may have already asked you

21   this.  Are you aware of what products that Dependable

22   sells that are the subject of this litigation?
```

50

1     **A.   Yes.**

2        Q.   Which products are those?

3     **A.   The bud vases and the trumpet vases.**

4        Q.   Is it only the clear ones if you know?

5     **A.   I'm not sure.**

6        Q.   According to Dependable, would the vases of

7     color be classified under the same tariff section as the

8     clear vases?

9     **A.   Yes.**

10       Q.   Looking at Paragraph 29 of the complaint on

11    Page 5.  It states that "The expectation of the ultimate

12    consumer at retail was the purchase of flowers inside a

13    glass container and the glass container with the flowers

14    was incidental to the flowers."

15       What facts does Dependable know of that supports

16    that allegation?

17    **A.   That's how they ship from the packing houses.**

18    **That vase does carry the water and the solution that is**

19    **needed to sell these flowers.**

20       Q.   I'm wonder how Dependable knows the

21    expectation of the ultimate consumers.

22       Do you know if Dependable performed any studies to

51

1    determine the expectation of the ultimate consumers of

2    these vases and flowers?

3        A.    We visited some supermarkets with our

4    customers so we know how they are used.

5        Q.    Which particular supermarkets have you

6    visited?

7        A.    Publix.  Super Value.  Giant Eagle.  Wal-Mart

8    Super Centers that sell flowers because the regular

9    Wal-Marts don't.  Whole Foods.  Fresh Market.

10       Q.    So you visited those grocery stores that you

11   are mentioning and discussed how the flowers are sold in

12   those markets?

13       A.    I have seen how they are sold.

14       Q.    You have observed.

15       A.    Correct.

16       Q.    Have you gone to any of the Whole Foods or

17   Wal-Marts or Giant Eagles in the northeast?

18       A.    In the northeast.  Giant Eagle in the

19   northeast yes.  The other ones, no.

20       Q.    Is that in Pennsylvania, the Giant Eagle that

21   you visited?

22       A.    Yes.

52

1      Q.    The next paragraph in the complaint says that

2    "The empty glass containers were never sold empty at

3    retail or offered for sale to the public."

4      Again, does Dependable have knowledge of whether

5    Dependable's clients might have sold the empty vase

6    glasses at retail?  Is it possible that clients might

7    have sold them at retail?

8      **A.    It could be possible if the flowers are not**

9    **sold.  Maybe they might offer them, but the intention is**

10   **to sell the flowers.**

11     Q.    Is there any way for you to -- any evidence

12   that you would be able to have that the empty glass

13   containers were never sold by your clients empty?

14     **A.    Never sold?  No.**

15     Q.    Is there any reason why the vases wouldn't be

16   suitable for sale as just plain empty vases?

17     **A.    The utility vases that we offer, they are very**

18   **inexpensive.  So over here they don't sell them to sell**

19   **the vase.**

20     Q.    When you say over here, what do you mean over

21   here?

22     **A.    In South Florida at least.**

53

```
 1        Q.    You don't follow up with your consumers to

 2    make sure that these vases are never sold at retail.

 3        A.    We see how they are shipped and we see how

 4    they are sold.  The flowers --

 5        The bud vase has been in the industry for years.

 6    If people were reusing the vases, we probably wouldn't

 7    sell the volume that we do.

 8        But typically if somebody has a bud vase at their

 9    house that they kept, they wouldn't buy the flowers in

10    the bud vase at the supermarket continually.  That's the

11    volume product.

12        Q.    That example was for the bud vase in

13    particular.  Is there any reason why the flowers that go

14    in the bud vase can't be put in a different kind of

15    vase?

16        A.    They can be put in a different kind of vase

17    when they get to their house, but the bud vase was

18    designed so they don't move around during transport.

19    That's why the neck is so small so they don't move

20    around.

21        Q.    The trumpet vase, the neck is bigger?

22        A.    The neck is bigger because they put more
```

54

1   **flowers in.  But the waist is tighter so they don't move**

2   **around.**

3       Q.   There is no reason why the flowers that go in

4   the trumpet vase couldn't be put in a different vase

5   that someone has at home, is there?

6       **A.   No reason.**

7       Q.   Paragraph 31 states that "The environment of

8   sale was having the glass containers filled with

9   flowers.  It was sold in gift areas with other flowers."

10      Is this true for all of the glass vases that

11  Dependable sells?

12      **A.   Yes.**

13      Q.   How do you know?

14      **A.   Which I have pictures in the pamphlet.  You**

15  **see the floral area for Publix.**

16      Q.   Right.

17      **A.   They have the wet packing area.  They have the**

18  **bouquet area.  They have the arrangement area.  They all**

19  **go together at different price points.  The vases aid in**

20  **the sale of the flowers.**

21      Q.   Why do the vases aid in the sale of the

22  flowers?

55

1        **A.    It keeps them hydrated.  They look nicer.**
2    **It's more presentable.**
3        **When we get into the colors, that's where the**
4    **seasons take place.  The last time we said for**
5    **Valentine's, but every season.  Fall color flowers you**
6    **put in an orange or yellow vase.**
7        Q.    I assume that Dependable has not been able to
8    go to every store where the vases are sold.  Is that
9    accurate?
10        **A.    Yes.**
11        Q.    This statement that the flowers were sold in
12    gift areas with other flowers, is that just based on
13    stores that you know that you have been to?
14        **A.    Yes.**
15        Q.    Why don't we look at the pictures we have been
16    discussing.
17        (Thereupon, a brief recess was taken.)
18    BY MS. GOFF:
19        Q.    We have here a set of pictures that you
20    provided here at this deposition.  First off, did you
21    take all of these pictures?
22        **A.    Yes.**

56

1       Q.    Then some of them are labeled.  Did you write

2   these labels at the top?

3       A.    Yes.

4       Q.    Maybe you can just take me through each

5   picture and tell me why you took the picture and what

6   it's a picture of.

7       The first picture on the front cover, it says

8   "Flowers being precooled which takes out hot air and

9   brings down to 33 degrees temp after air traveled from

10  South America/Europe."

11      A.    Those are our primary clients.  The growers.

12  That is the pack house.

13      The flowers when they -- once they are cut from the

14  farm, they are tied, packed, strapped into boxes and

15  they are shipped by air to Miami or other parts of the

16  country.  Mostly Miami.

17      When they get to the facility, they are hot.  The

18  flowers are dehydrated.  What they do is put them in

19  that area called precooler.  That rapidly with the vent

20  holes on the boxes sucks all the hot air from the

21  airline heat that it's been through.

22      After it sucks out the hot air, it injects really

57

1    cold air to get it to the 33 or 34 degree temperature

2    that the cooler has.  From there they put them in the

3    racks to precool them as well.

4        Q.   Okay.  This picture, where was this picture

5    taken?

6        A.   Falcon Farms.

7        Q.   Is that one of your clients?

8        A.   That's one of the clients, yes.

9        Q.   Is Falcon Farms a packing house?

10       A.   Yes.

11       Q.   The next picture, it looks like a similar

12   picture.

13       A.   Yes.  Those are -- that's the warehouse.  That

14   is part of the warehouse where they store the flowers

15   after they are cooled.

16       Q.   Is that also at Falcon Farms?

17       A.   Yes.

18       Q.   The top of the picture we're looking at is

19   called "Cooler of Flowers at 33 Degrees."

20       A.   Yes.

21       Q.   The next picture says, "Flowers at Production

22   Line."

58

1    A.    Yes.

2    Q.    Is this also at Falcon Farms?

3    A.    Yes.

4    Q.    What is this a picture of?

5    A.    That's a picture of the flowers like you see

6    in the original picture of the precooler.  That's how

7    they come from the farms dry.

8        Then from there they go to the line, which you see

9    people working and you see a conveyor belt that has

10   flowers.  That's where they open the boxes and they have

11   different people that their responsibility is arranging

12   the flowers that are going to be sold.

13       They go on the conveyor line to the back.  And at

14   the back of the line, that's where they are cut and put

15   into a wet pack bucket in a box or container with the

16   solution for shipping.

17   Q.    The next page says, "Production Line."  Is

18   this one also at Falcon Farms?

19   A.    Yes.  Elite Flowers and pretty much all of

20   them have the same set-up.  They might set it up

21   differently in their warehouse.

22       This is just a further picture, the same as the

59

1    previous one, but further back so you can see the

2    production line.  In the back you see where corrugated

3    boxes are already set up.

4        So it goes from the front to the back and that's

5    where they are palleted.  On the left you see final

6    boxes being stacked on a pallet.  That is how they are

7    going to be shipped to the supermarkets.

8        Q.   The next image says, "Sunglass Containers with

9    Water Solution."  This is also at Falcon Farms?

10       A.   Yes.

11       Q.   Are these vases ones that came from Dependable

12   Packaging?

13       A.   No.

14       Q.   These vases in this picture are not your

15   actual vases?

16       A.   No.  They buy from other suppliers as well,

17   but in this case this day they were not packaging our

18   vases.

19       But that is exactly how they pack our vases.  They

20   put them in bulk, put water with the solution, and they

21   get them ready for shipping.

22       Q.   Do you know whose vases these are?  Who sold

60

1    the vases to Falcon Farm?

2        A.    One of our competitors.  Giftwares.

3        Q.    You are not sure?

4        A.    No.

5        Q.    I notice there is some garland raffia.

6        A.    Burlap.

7        Q.    What is the purpose of it?

8        A.    Decoration.  Anything to aid with the sale.

9        Q.    So it's not for protection for the vases?

10       A.    No.

11       Q.    Do you sell garland?

12       A.    No.

13       Q.    The next page says, "Corrugated Box Prep Area.

14   Elite Flowers."  Tell me about this picture.

15       A.    Elite Flowers is similar to the production

16   area for Falcon, but that's where all the boxes are

17   already set up because for volume they need to move

18   quick.  That's how they pack the boxes.

19       They open the boxes.  They put a plastic liner and

20   get ready for when flowers come off the conveyor.  They

21   are palletized quickly.

22       Q.    Did you take all of these picture on the same

61

1   day?

2       **A.    No.**

3       Q.    Going back to the pictures that were taken at

4   Falcon Farms, did you take all of those on the same day?

5       **A.    Yes.**

6       Q.    What day was that?  Do you remember?

7       **A.    Yesterday and the day before.  The same day --**

8   **Falcon yesterday and Elite the day before.**

9       Q.    So yesterday being October 12?

10      **A.    Yes.**

11      Q.    And that's when you took the pictures at

12  Falcon Farms.  The pictures from Elite Flowers you took

13  on October 11th?

14      **A.    That's correct.**

15      Q.    Tell me about the corrugated prep area for

16  Elite Flowers.  Are the boxes in this picture boxes you

17  sold to Elite Flowers?

18      **A.    We sell the boxes as well as PCA, Packaging**

19  **Corporation of America.  We are not their sole supplier.**

20      Q.    Do you know whether the boxes in the picture

21  are yours?

22      **A.    Some are and some are not.  That's their**

62

1　design, their logo.  So it's not a generic box.  We have

2　the print dies for that as well as our competition.

3　　　Q.　I notice in this picture there is some plastic

4　inside the box.

5　　　A.　Yes.

6　　　Q.　Is that plastic a sleeve?

7　　　A.　That's the plastic bag that is used.  In case

8　there is breakage from the plastic bucket, from the

9　glass container, ceramic container, the water won't

10　escape and damage the box.  That is the reason.

11　　　It also helps when it gets to the final destination

12　at the supermarket.  When they open the box, they use

13　that bag to put the other flowers.

14　　　Q.　The plastic in this picture is not a sleeve.

15　　　A.　No.

16　　　Q.　The next page is titled "Floral Arrangements

17　Prepared to Ship."  Is this at Elite Flowers?

18　　　A.　No.  This is at Falcon Farms, but this is

19　another division.  This is a separate company in Falcon

20　Farms warehouse.

21　　　Falcon Farms has their area.  They handle flowers

22　for other companies such as Stems, which you see here,

30(b)(6) Dependable Packaging Solutions (Grandio, Andrew)　　　　　October 13, 2011

63

1　and Empire Bouquet.  They just use the Falcon facility

2　and the Falcon Farms staff to prepare the flowers and

3　ship.

4　　　Q.　What is this picture of?

5　　　A.　This is a picture of boxes with vases inside

6　that are going to the Publix supermarket.  We do supply

7　these boxes.

8　　　Q.　The vases have flowers inside the boxes?

9　　　A.　Yes.

10　　　Q.　The next page?

11　　　A.　Close-up of the label for that pallet that was

12　already packed before which shows it's going to the

13　Publix supermarket.

14　　　On the bottom it says, "Premium Dozen Rose

15　Arrangement."  It has the PO from Publix.

16　　　Q.　So this close-up is on the page that's labeled

17　"Shipping Label on Box to Publix for Flowers."

18　　　A.　Yes.

19　　　Q.　Let's look at the next page.  It's entitled,

20　"Elite Shipping Area for Arrangements."  What is this a

21　picture of?

22　　　A.　That is just a picture of the pallets after

64

1    **they are wrapped.  As you see, they are wrapped, but**

2    **they leave space in between the plastic.  That's so when**

3    **they are shipped in cooler trucks, the air circulates**

4    **and keeps them at the temperature needed.**

5        **That shows six pallets prepared to ship to**

6    **supermarkets nationally.**

7    Q.   And this plastic, do you sell plastic like

8    this?

9    A.   **We sell the plastic like that.**

10    Q.   What is it called?

11    A.   **Stretch wrap.  Stretch film.**

12    Q.   Stretch film which we talked about earlier.

13    A.   **Yes.**

14    Q.   The next page, "Flowers for Sale at

15    Supermarket."

16    A.   **Correct.**

17    Q.   What supermarket is this?

18    A.   **This was Publix.**

19    Q.   When did you take this picture?

20    A.   **Yesterday.**

21    Q.   Are these your vases pictured in this picture?

22    A.   **Those are the bud vases, yes.**

65

1      Q.   So there are some other clay pots also and

2   then there are vases in the picture.

3      A.   Correct.

4      Q.   Do you sell those clay pots as well?

5      **A.   Not those.  I think I may have a close-up.**

6   **That's where you see the price tag of the flowers for**

7   **sale.  They are not selling --**

8      **It's 9.99 in this case and you get three roses with**

9   **the filler, greens and gyp.  Short for gypsophila.**

10     Q.   The next page says, "Retail Sale of Flowers in

11  Water.  Containers of Glass, Buckets and Ceramic."

12  Where is this picture taken?

13     **A.   Publix as well.  It's a different Publix.  You**

14  **see here, just a further image to show how it's**

15  **displayed.  This is a cooler where the flowers are**

16  **maintained cool.  It has --**

17     **All Publixes pretty much carry the same product.**

18  **You have ceramic containers there with the flowers.  You**

19  **have a picture of the trumpet vase in the middle.  That**

20  **has a price tag for flowers.**

21     **Then you have bud vases.  On the bottom it shows**

22  **the buckets which is the wet packing.  You have pretty**

66

1    much all the different angles.

2        Q.    Are these Dependable's buckets at the bottom?

3        A.    Some of them are.  Some are them are not.

4        Q.    Are the gold ones Dependable's buckets?

5        A.    Gold?

6        Q.    Maybe those aren't gold.

7        A.    That is a flash maybe.  They are all black.

8        Q.    So it's hard to differentiate which ones are

9    yours and which ones are not yours from the picture.

10       A.    I guess.  Competition has the same size.  They

11   are all standard.  We have several competitors that sell

12   the same.

13       Q.    Are those your trumpet vases and bud vases?

14       A.    Yes.

15       Q.    Are the trumpet vases all standard also?

16       A.    The trumpet vase is just one kind of vase.

17       Q.    Do your competitors sell the same type of vase

18   also?

19       A.    Some of them do.  They copy them.

20       Q.    Which competitors sell the same vase if you

21   know?

22       A.    I believe Giftwares, IC Floral.  Maybe

67

1    Syndicate.

2        Q.    Then the bud vase.  Do your competitors sell

3    that as well?

4        A.    Yes.

5        Q.    Which competitors sell the bud vase?

6        A.    IC Floral, Giftwares, Pots.  All of them.

7    That is a generic, standard, inexpensive, high-volume

8    vase.

9        Q.    Would you say the same thing about the trumpet

10   vase?

11       A.    Yes.

12       Q.    Generic, standard, high volume?

13       A.    Utility, yes.

14       Q.    I think that's all for that page.  The next

15   page is not labeled, but perhaps you can just describe

16   it.

17       A.    Just a different image of how they are sold.

18   You see on the top it has the larger vase.  It says

19   24.99.  That is what they are selling the flowers for on

20   the tag.

21       On the left you have -- that's a colored bud vase

22   which is frosted white.  It's three stems.  They sell it

68

1  for the same price, 9.99, as the clear ones on the

2  right.

3      Q.  Was this picture taken at Publix also?

4      A.  Yes.

5      Q.  Then the next picture is also now labeled --

6  not labeled, but where was picture taken?

7      A.  Wal-Mart Super Center.

8      Q.  So this picture is a picture with some

9  balloons and flowers.

10     A.  I'm sorry.  That one is Publix.  The one you

11 are looking at now is Publix, different area.  That is

12 not the cooler.

13     Q.  This is the 13th image we are looking at in

14 this packet.  This you said was at Publix?

15     A.  Yes.

16     Q.  Why did you take this picture?

17     A.  Just to show how they are displayed at the

18 supermarket.  The other ones where they have the

19 arrangements are mostly cooler areas.  That is just a

20 separate area where they have the less expensive

21 bouquets.

22     Q.  Are these bouquets if you remember in plastic

69

1    buckets?

2         A.    Yes, with the water and solution.

3         Q.    Were these buckets -- were they your buckets?

4         A.    Some of them.  Some of them competitors.

5         Q.    Any idea how much these were sold for, these

6    bouquets of flowers?

7         A.    They have three for 10 that are inexpensive

8    ones, and they have 10.99, 12.99.  There is different

9    price points depending on the size.  They have some

10   three for 10 programs which are just inexpensive bulk

11   items.

12        Q.    "Bucket Wet Pack at Store Level."  Where was

13   this picture taken?

14        A.    At the Wal-Mart Super Center.

15        Q.    These are what we discussed earlier.  Wet

16   packs.

17        A.    Correct.

18        Q.    Which are what?

19        A.    The plastic buckets and that's how they ship

20   with the flowers to the stores.  Those displays, the

21   bucket fits the displays at the store.

22             So they were made to be able to ship to the stores

70

1    and then the stores just put the buckets into the

2    display without having to handle the flowers.  They

3    don't have the time or manpower to do that.

4         Q.   Are these Dependable's buckets?

5         A.   Some of them are and some are not.  The

6    competition has also the same size molds and buckets.

7         Q.   These flowers are also wrapped in plastic in

8    the sleeves?

9         A.   That's correct.

10        Q.   The next picture says, "Wet Pack Display in

11   Basket at 3.4 Percent Duty Rate."  Again, what is this a

12   picture of?

13        A.   That's a further image of the previous page

14   that just shows the display of the bucket, wet pack

15   buckets with the flowers.  Those are the buckets we were

16   saying have the duty rate.

17        Q.   This was the Wal-Mart Super Center also?

18        A.   Yes.

19        Q.   Ceramic containers at 6 to 6.6 percent duty

20   rate.  Are these Dependable's ceramic containers?

21        A.   No, but we were bringing in ceramic and we

22   looked into it and that's the duty rate.  That is at

30(b)(6) Dependable Packaging Solutions (Grandio, Andrew)                    October 13, 2011

71

1    **Publix.**

2        Q.    Thank you.  The next picture says three rose

3    bud vase arrangements.  Where was this picture taken?

4        **A.    Publix.  That shows the price of the flowers**

5    **that they are selling.**

6        Q.    Which is 9.99 I believe.

7        **A.    Yes.**

8        Q.    Finally there is an e-mail, copy of an e-mail.

9    Did you send this e-mail?

10       **A.    Ross and I sent an e-mail.  It's further down.**

11   **It has the date.  I printed it out yesterday.**

12       **That shows the breakdown of cost for the vases in**

13   **question which are the bud vase and the trumpet vase**

14   **which show all the costs involved to bring them to our**

15   **facility and also shows the sale price which you have**

16   **copies of some of those invoices that show the sale**

17   **price.**

18           MR. HERRICK:  Are you going to make this an

19       exhibit?

20           MS. GOFF:  I don't know.  She obviously can't

21       take it and attach it to the deposition.  Off the

22       record.

72

```
 1        (Thereupon, there was a discussion held off the
 2   record.)
 3            MS. GOFF:  So we will mark the exhibit that we
 4        just looked through with all of the pictures as
 5        Exhibit 5.
 6        (Thereupon, Defendant's Exhibit No. 5 was marked
 7   for identification.)
 8   BY MS. GOFF:
 9        Q.   Did you take all of the pictures in this
10   exhibit?
11        A.   Yes.
12        Q.   And I'm handing you what was is marked
13   Exhibit 6.
14        (Thereupon, Defendant's Exhibit No. 6 was marked
15   for identification.)
16        Q.   Do you recognize this?
17        A.   Yes.
18        Q.   What is it?
19        A.   This is a detailed breakdown of the cost
20   involved for the clear bud vases and clear trumpet vases
21   which show the FOB China cost, and then below shows all
22   the costs involved to bring it in; the shipping of the
```

-A110-

73

```
 1    container, surcharge for container fee, inland freight,

 2    clearance charges, temporary service to unload the

 3    containers because they come on boxes on the floor.

 4        They are not palletized because the wood, we can't

 5    bring it from Asia.  The cost of the actual wooden

 6    pallets we purchase here.  The cost to wrap and label.

 7    Forklift gas that we need to load into our warehouse.

 8    Then the current duty which we pay at the time.

 9        On the bottom it shows the landed cost and the

10    price we sell it for which you have invoices.  On the

11    bud vase clear it's about 24 to 25 percent.

12        Q.   I believe the invoices are attached to the

13    back of this exhibit.  Are these the invoices you are

14    referring to?

15        A.   Yes.

16        Q.   This e-mail was for Mr. Ross Borer, but did

17    you participate in drafting this e-mail or did you see

18    this e-mail before?

19        A.   Yes.  Together we did all the breakdowns.

20        Q.   It's your understanding that all of the

21    numbers in this e-mail and all of the information is

22    correct?
```

-A111-

74

1      **A.    Yes.   There could be some additional cost**

2      **sometimes.   It depends on customs holds, if they want to**

3      **look at the containers or scan the container, which that**

4      **is additional to the cost.   That is only at certain**

5      **times of the year.**

6          Q.    In terms of the invoices that are attached to

7      this exhibit, have you seen these invoices before?

8          **A.    Yes.**

9          Q.    Were they prepared in the ordinary course of

10     business?

11         **A.    Yes.**

12         Q.    Were they prepared by you?

13         **A.    They were prepared by our company and then**

14     **these, I just scanned them to send them to you.**

15         Q.    So you personally did not prepare these.

16         **A.    No.**

17         Q.    But they were prepared by Dependable

18     Packaging?

19         **A.    Yes.   Some of them show just the bud vases and**

20     **others I gave a more detailed invoice which shows the**

21     **other products that are used on the packaging.**

22         **There is a Falcon Farms one.   That is the one that**

75

1    shows 2918.30.  They are buying the generic, the bud

2    vase clear, trumpet vase clear.  It shows the liners

3    they put inside the boxes and shows the bottom sealed

4    sleeves.  And then it also shows regular sleeves that

5    they use to wrap the flowers.

6        Q.    Which page are you on, if you count from the

7    front page?

8        A.    Five.  The top item is bud vase clear, 31

9    cents.  Trumpet, 72 cents.  Under that is the liner bag

10   which you will see in the samples we brought.  19.50 for

11   a case of 500.  All the -- 61.32, that is the sealed

12   bottom sleeve for the bud vase.

13        You see the items SLE52415, BOP2.  That is the

14   description.  52415 which is the bottom width, the

15   height.  BOP is the material, plastic.  Two means the

16   mill, the gauge.

17        On the very bottom it shows the one used for

18   trumpet vase or larger ones.  7 by 24 by 20.  That's the

19   larger size for the larger vase.

20        Q.    That is the larger side sleeve?

21        A.    Yes.  Sealed on the bottom to protect the

22   flowers and the vase.

76

1    Q.  The third item on this list I believe you said

2 are liner bags.

3    **A.  Yes.**

4    Q.  Are those the bags that go in the entire box?

5    **A.  Yes.  Just in case of breakage.**

6    Q.  Are these prices typical of how much

7 Dependable charges for these items?

8    **A.  Yes.**

9    Q.  If you go to the seventh page of this

10 Exhibit 6.  Our previous discussion was about Page 5 of

11 Exhibit 6.  Now I want to ask you a question about

12 Page 7 of Exhibit 6.  It says rubber bands.

13    **A.  Yes.**

14    Q.  What are rubber bands used for?

15    **A.  They use them at the packing houses.  When the**

16 **flowers come from the production line that we showed you**

17 **where all the people are standing in the line putting**

18 **the flowers together, they band them before going to the**

19 **end.  They go into the vase or wet bucket.**

20    Q.  So the rubber bands hold a bunch of flowers

21 all together?

22    **A.  Yes.  They hold the flowers together so they**

77

1    don't come out of the vase or the ceramic.  So they stay

2    in place.

3        Q.   If you go to the last page of Exhibit 6 which

4    is Page 9, the first two are partitions.

5        A.   The partitions, yes.

6        Q.   What are those?

7        A.   The partitions are used which we have samples

8    here as well.  That is used to separate the vases in the

9    box so they don't bang against each other and break.

10       One of them is 7 by 12.  That is for the larger

11   vases.  The 7 by 9 is for the smaller vases.  The one

12   for the larger vases holds five vases in a box and the

13   smaller one is for nine vases.  That is for bud vases.

14       Under that you see the COR101022R.  That is the

15   box, 10 by 10.  That is where they pack the nine bud

16   vases.

17       The box under that is the box they use, 15 by 12 by

18   24, for the five vases, trumpet ones.

19       Q.   Okay.

20       A.   Here you have the box and partitions for both

21   the trumpet and the bud.

22       Q.   Are these prices typical for how much

78

1    Dependable charges for these items?

2        A.    They are typical, yes.

3        Q.    Is that true for all of the invoices in this

4    exhibit?

5        A.    Yes.

6        (Thereupon, Defendant's Exhibit No. 7 was marked

7    for identification.)

8    BY MS. GOFF:

9        Q.    I'm handing you Exhibit 7 which is plaintiff's

10   answers and responses to defendant's first

11   interrogatories and first request for production of

12   documents and things.  Did you participate in drafting

13   these responses?

14       A.    Yes.

15       Q.    I want to go through and ask you some

16   questions.

17       On Page 11, the answer to interrogatory request

18   No. 7, answer A, states that the vases are usually

19   manufactured by an automatic machine that injects glass

20   into a mold.

21       We talked about this earlier, but how else are

22   vases manufactured?  The response only says usually.  Is

79

1   there another way that the vases are manufactured?

2       A.   Yes.  Hand blown glass.  And also there is

3   different types of automatic.  There is semi-automatic

4   and fully automatic machines.

5       Q.   Okay.  Are the bud vases at issue in this case

6   manufactured with a semi-automatic or an automatic?

7       A.   They are automatic.

8       Q.   I guess is the response the same for the

9   trumpet vases?

10      A.   Yes.

11      Q.   What is a semi-automatic machine?

12      A.   Semi-automatic is for less volume items that

13  they don't -- It's more manual.  More expensive, less

14  volume.  Fully automatic.  They have the mold and it

15  just produces in mass and keeps the cost down.

16      Q.   The next sentence states that "Designs are

17  based upon the needs of supermarkets."  What does that

18  mean?

19      A.   It's to get the flowers to the supermarkets,

20  we need to design the vase so it does ship well.  If you

21  see a vase that is too open on the top, the water with

22  the hydration solution can spill out.

80

```
 1          So we designed the vases so that it does ship well

 2    to the supermarkets.  It holds the water in and keeps

 3    the stems in place so they don't break, and it just

 4    transports easier.

 5          Q.    Dependable actually designs the vases in this

 6    case?

 7          A.    Some of the designs.

 8          Q.    For the trumpet vase and bud vase?

 9          A.    For the trumpet vase, yes.  I designed that

10    vase before I was with Dependable.  The bud vase has

11    been around.  The generic bud vase has been around way

12    before I was around.

13          Q.    So the bud vase --

14          A.    -- is a standard in the industry.

15          Q.    And you say the trumpet base is standard in

16    the industry too?

17          A.    It has become, yes.

18          Q.    Based on your design?

19          A.    Yes.

20          Q.    Did you or Dependable consult with the

21    supermarkets before designing the vases?

22          A.    No.  The supermarkets are not our clients.  We
```

81

1    deal with the growers.  We make the vases around their

2    needs.

3        Q.    Did you consult with the growers in the design

4    of the vase?

5        A.    Yes.

6        Q.    I guess that is only for the trumpet vase, the

7    one that you designed?

8        A.    For the trumpet and also the spiral bud vase

9    which is the other one there that shows the bubbles just

10   to hold more water.

11       Q.    The spiral bud vase isn't at issue in this

12   particular litigation, correct?

13       A.    Right.  Actually we are getting bills --

14   letters from Customs now for I believe all the vases.

15   The trumpet and the bud vase were the initial target and

16   then after that they are just sending invoices for all

17   of the vases.  At the time it was only the bud and the

18   trumpet.

19       Q.    Is the glass used in these vases thicker and

20   stronger than glass used in other everyday vases you see

21   in stores?

22       A.    These vases, they use -- the molds are made

82

1    thick and they use less quality material because they

2    are inexpensive.  That's why usually the clarity is not

3    like a blown vase that you see through it perfectly.

4    It's not what you would buy at Pottery Barn or Crate &

5    Barrel that's very clear, high end.  Ours is a little

6    more cloudy.  It's just used to convey and ship the

7    stuff cheaply.

8         Q.    Because it's made from recycled glass I think

9    you said before.

10        A.    Part of it is recycled glass.

11        Q.    On Page 20 of Exhibit 7, it's Dependable's

12   response to Interrogatory 14.  The response to No. A

13   discusses how the flowers are packed and delivered by

14   Dependable's customers.  You discussed a lot of that

15   today as well.

16        Did you talk to anyone in particular to obtain this

17   information?

18        A.    I have learned about this information in the

19   last 18 years in the business.

20        Q.    In terms of answering this interrogatory, you

21   didn't speak with anyone specifically, with any of your

22   clients for example?

83

1    **A.   I have spoken throughout the years to the**

2    **growers.  I have been to some of the farms.  I have seen**

3    **how it's done and I know what the procedures are for the**

4    **flowers.**

5        Q.   I guess this description -- response to

6    interrogatory 14A describes the process that we saw in

7    the pictures in Exhibit 5.  Is that right?

8        **A.   Yes.**

9        Q.   This is how all of Dependable's customers use

10   the vases?  Is that your understanding?

11       **A.   Yes.  Our customers are the growers who pack**

12   **these things, yes.**

13       Q.   On the next page, Page 21, the response to

14   interrogatory 15A states that "Supermarkets do not have

15   the capabilities to have florists handle their delicate

16   flowers."

17       How does Dependable know this information?

18       **A.   Well, we supply the flowers.  We have been to**

19   **supermarkets.  We have seen --**

20       **Some supermarkets might have an in-house florist,**

21   **but the majority that we supply, for example, Wal-Mart**

22   **Super Centers, Publixes, most of the supermarkets that**

-A121-

84

1    we supply, the growers we supply to, don't have

2    florists.  They have staff that work in the supermarket

3    and they take the flowers out of the box and put them

4    for display for sale.

5        Q.   Did Dependable talk to any particular

6    supermarket to obtain this information?

7        A.   Yes.

8        Q.   Which one?

9        A.   Publix.

10       Q.   Which Publix?

11       A.   Publix on 37th Avenue and 16th Street.

12       Q.   In Miami?

13       A.   Yes.

14       Q.   Did you speak with anyone at that Publix

15   recently within the past six months?

16       A.   Yes.

17       Q.   Did you speak with anyone specifically to

18   answer this interrogatory?

19       A.   No.  I spoke to them -- when I go to the

20   supermarket for my own personal purchases of flowers or

21   groceries, I usually speak to the people in the

22   supermarket to see how we can better supply the product

-A122-

85

1    or if anything is bad or what we can do better to make

2    the sale easier of the flowers.

3         Q.   Do you know the name of the person that you

4    spoke with?

5         A.   No.  Random people.

6         Q.   On Page 24 the response to interrogatory 18A

7    states that "Utility vases are the most economically

8    feasible way to ship the flowers to the supermarkets."

9    What is the basis for that statement?

10        A.   It's all to save labor.  The supermarket when

11   they get the flowers dry packed, which is like we

12   brought a sample of, they would have to take out the

13   wrapping.  They would have to cut the flowers.  They

14   would have to clean them.  They would have to hydrate

15   them.  They would have to take care of them.

16        And they are not experts in the field.  They simply

17   use the roses with the vases to be able to get them in

18   the store and display them for sale.  It's all to save

19   labor at the growing level and pack houses.

20        Q.   But flowers can be transported in boxes for

21   example?

22        A.   Yes.

86

```
1       Q.    Are there other ways to transport flowers
2   other than in vases the way that your clients transport
3   them?
4       A.    Our clients have several different customers.
5   The supermarkets, which get the flowers in the wet pack
6   buckets that you see, and also the vases.  They ship
7   also to wholesalers throughout the country in dry pack
8   boxes.  These wholesalers are the ones, that they know
9   how to handle the flowers and they sell to florists
10  throughout the country.  But we don't have any product
11  that those people use.
12      Q.    In the case where your client ships to
13  wholesalers, they are just shipping the flowers without
14  vases, is that correct?
15      A.    Exactly how they come from the farm, yes.
16      Q.    In boxes and dry?
17      A.    Yes.
18      Q.    Your clients do ship to wholesale outfits.
19  Your clients don't just ship to grocery stores.
20      A.    Correct.
21      Q.    When you say wholesale, what do you mean?
22      A.    Wholesale companies that just sell flowers to
```

-A124-

87

1 retail.  In the middle of the country there might not

2 be -- florists get their flowers.  They go to the

3 wholesale house and that wholesale house sells them the

4 roses, carnations, all types of products they need for

5 weddings or funerals.

6   Those wholesale houses know how to hydrate the

7 flowers.  That's what they specialize in.  They get the

8 flowers directly from the boxes from the farm in bulk.

9   When you have a dry pack box, you can have 300

10 roses in a box.  When you get a wet pack like the

11 supermarket gets it, they have five vases with 12 roses.

12 So you get a lot less volume inside the box.  So

13 wholesale specializes in volume.

14  Q.   In this particular answer where Dependable

15 states, "The utility vases are the most economically

16 feasible way to ship the flowers to the supermarkets,"

17 you are really only referring to the supermarkets.

18  A.   Yes.

19  Q.   In other words, it's possible and economically

20 feasible to ship flowers in other ways other than in

21 vases to wholesale outfits.

22  A.   Yes, but we don't supply those wholesale

88

1   outfits.

2       Q.   I understand.  Have you specifically been

3   trained in the floral business at all?

4       A.   In the floral business?  No.  Training with

5   the flowers?

6       Q.   Yes.

7       A.   No.  I have learned from the customers, but

8   how to handle them myself, no.

9       Q.   So the next sentence states, "Roses are

10  extremely fragile and need to be hydrated at all times."

11  Where did Dependable obtain that information?

12      A.   From Sam's Club for example.  Sam's Club

13  receives most of their product dry, but all the roses

14  have to ship wet.  Because they are extremely fragile,

15  they need to hydrate well.  If not they won't last and

16  have the shelf life.  So when you go to a Sam's Club

17  they sell -- they sometimes cut the flowers and put them

18  in the buckets that they have displays, but all the

19  roses have to go wet.

20      Q.   Interesting.  Are there other grocery stores

21  that do the same thing?

22      Are there other grocery stories that have florists

-A126-

89

1    that they cut their own flowers and put them in bunches

2    and hydrate themselves on site?

3        A.    Some of them might, but not the customers we

4    supply.  And the Sam's Club, the reason I know that is

5    because we make the Sam's Club bucket as well.

6        Q.    You sell the plastic bucket to Sam's Club?

7        A.    We sell the growers the Sam's Club bucket who

8    ship the roses in water to the stores.

9        Q.    Is that all Sam's Club or just ones local down

10   here?

11       A.    Most of the Sam's Club.

12       Q.    In the country?

13       A.    Yes.  We also sell the dry pack box as well as

14   our competition that ship the other flowers that can go

15   dry.

16       Q.    How much does the dry pack boxes cost?

17       A.    For a half box just like the sample here, it's

18   67 cents for the top and 67 sents for the bottom

19   approximately.

20       Q.    How much do the boxes that ship the wet packs

21   cost or the roses and vases?

22       A.    Depending on the size, typically they range

90

```
 1    from 70 cents to 1.30 depending on the size, color,

 2    print.

 3        Q.    So they are more expensive than the dry pack

 4    boxes?

 5        A.    Yes, because they are larger.

 6        Q.    Do you call the other boxes that aren't dry

 7    pack boxes, wet boxes?  Is there a name for them?

 8        A.    We call them wet pack boxes, but in the

 9    industry there are some standards.  For example, the one

10    we gave you earlier, COC757-40.  In the industry it's

11    known as Kroger box.  Kroger was one of the initial

12    companies to use that box and designed the size.  That

13    name stuck.

14        Q.    Okay.

15        A.    Kroger 24 is the 24-inch tall.  Kroger 27 is

16    27-inch tall.  Everybody uses it even if it's not for

17    Kroger.  It's just the size.

18        Q.    What is the basis for this statement?  It

19    says, "Utility vase which is sold helps the sale of

20    flowers that are sold in increments of single stem bud

21    bouquet, three rows bud bouquet, half dozen rose

22    bouquets and full dozen rose bouquets?
```

91

1      **A.**   **For example, that bud vase in question here,**

2  **depending on the time of the year when they are more**

3  **expensive for Valentine's, they will sell.**

4      **In the same bud vase they will put one rose with**

5  **fillers to sell at that price.  Then they will put three**

6  **roses to get more money.  Then you have a half dozen.**

7  **They put six roses with filler in a vase, and then the**

8  **dozen which is the 12 stem.**

9      Q.   How does the utility vase aid or help the sale

10  of the flowers?

11      **A.**   **They make them look nice obviously.  They have**

12  **the water and the hydration solution.  The hydration**

13  **solution, it's by Floral Life or Crystal.  They provide**

14  **the hydration solution for the flowers.**

15      **So those flowers are absorbing the solution.  They**

16  **are shipped in cold water and that helps aid -- They**

17  **hold the flowers in place, how they are supposed to**

18  **display.**

19      Q.   So the vase helps keep the flowers hydrated

20  and in the solution that keeps the flowers looking good.

21      **A.**   **Yes.**

22      Q.   But a bucket could perform the same function,

92

1   right?

2       A.   Not for that particular product.  The way they

3   display the flowers in the vase, it stays in place.  In

4   the bucket the bouquets flop over.  It's just not --

5       The bucket is made for more volume.  The vase is

6   for an arrangement.  It stays in place exactly how it's

7   done.  It looks more florist like.

8       Q.   In terms of the flowers staying hydrated and

9   in the solution to help the length of their life, the

10  plastic bucket would serve the same function as the

11  vase, right?

12      A.   Yes.

13      Q.   In your complaint you said, "The economic

14  practicality of using these glass containers is there is

15  no other product that could be substituted."  Is that

16  true?

17      A.   For what they sell at the store, yes.  You

18  have a single stem bud vase.  You have the three rose

19  bud vase.  If they ship those flowers, they will not

20  stay the same.  If you notice in the wet packing, they

21  are all the same level.  When they are in the vases,

22  they are multi-level.  They look more --

93

1    Q.    The display is better?

2    **A.    Yes.**

3    Q.    I understand.

4    **A.    You can't ship wet pack in the bucket and give**

5    **the different levels that are shown that they put in the**

6    **vase.**

7    Q.    So they serve similar functions as the buckets

8    in terms of keeping the flowers hydrated and in

9    solution.

10    **A.    Correct.**

11    Q.    But different functions than the functions in

12    terms of the way the flowers are displayed for purchase.

13    **A.    The way they are displayed and designed, yes.**

14    Q.    Is it your understanding that flowers that are

15    purchased out of the plastic buckets, that they are

16    taken home by the ultimate consumer and put in a vase

17    that they might have at home?

18    **A.    Yes.**

19    Q.    Generally.

20    **A.    They have to put it in a vase at home.**

21    Q.    They have to put it in some container with

22    water?

94

1       A.   A cup with water.  You can use anything for a

2    vase if you put water in it.

3       Q.   Page 25, response to Interrogatory 19B.  It

4    mentions in the last sentence, "Mr. Grandio will bring a

5    vase to the deposition that he bought at the Go To

6    Pottery Barn to bring as an example."

7       First of all, what is the Go To Pottery Barn?

8       A.   That actually was a note for me to go to the

9    Pottery Barn.  That was just put in there.  That does

10   not make any sense.

11      Q.   Are you saying there is some kind of

12   difference between vases at Pottery Barn and your vases,

13   or are you saying your vases are the same as those at

14   Pottery Barn?

15      A.   I'm saying when you buy a bouquet from a wet

16   pack at a supermarket, when you do take it home you cut

17   the stems.  Those flowers do come with a packet of

18   hydration solution that you add to your vase or cup or

19   whatever you want to use.

20      Most people at their houses put them in a nice vase

21   that they would get at Pottery Barn or Crate & Barrel or

22   Target or wherever.

95

1　　　Q.　In your response to Interrogatory A,

2　"Dependable states that the utility vase is not sold at

3　retail level," I think we discussed that.

4　　　This particular utility vase that Dependable sells

5　is not sold at retail.  Is that correct?

6　　**A.　What we sell is not for retail.  We might have**

7　**competition, Syndicate Sales.  That is their specialty.**

8　**They sell vases to sell retail.**

9　　　Q.　My next question was going to be, your

10　competitors do sell vases at retail.  You have seen

11　vases sold at retail, is that right?

12　　**A.　Yes.**

13　　　**(Thereupon, there was a discussion held off the**

14　**record.)**

15　BY MS. GOFF:

16　　　Q.　I have one quick question about Exhibit 7.  On

17　Page 26, the response to interrogatory request 20B, A

18　and B.  A says, "The principal use of the import

19　merchandise is to be sold to flower growers for

20　conveyance and hydration.  This is ultimately sold to

21　the national supermarket chains."

22　　　The next response to letter B states, "This is

96

```
1    accepted trade practice.  The utility vase is not sold

2    at retail."

3        My question is, what trade are you referring to

4    when you say this is accepted trade practice?

5        A.   When it comes to the mass market floral.  From

6    the floral in that area.

7        Q.   Now, when you say mass market, does that

8    include wholesale flower sales or just supermarkets?

9        A.   Supermarkets and the vases in question which

10   are our vases.

11       Q.   I believe you brought to the deposition

12   samples of your boxes with the vases in them, is that

13   correct?

14       A.   Yes.

15       Q.   Could you tell me -- we can go through each

16   one and just tell me the item number for each box.  We

17   can start at the top.

18       A.   The top box is not our packaging at all.  On

19   Exhibit 5, the main page, that is one box that shows how

20   they come from the farm and how they are packed.

21           When you open them up, you see that there are roses

22   all strapped.  They are wrapped in a heavy plastic to
```

97

1    protect the stem.

2         This shows how they come from the farm to the

3    packing houses.  They come strapped down and dehydrated

4    because they come from the farm.

5         At this point this is why it has the holes in the

6    front and back.  When they get to the precool area, the

7    hot air is sucked out of it and they inject it with the

8    cold air to get it to the temperature of the cooler.

9         From here we go to the packing line where they open

10   that up.  They cut them.  They sleeve them.  They

11   hydrate them.  Then they pack them in the arrangement

12   boxes which show here.

13        We have one that has the plastic liner which is

14   used in case there is breakage, that it doesn't spill

15   into the box.  And also so they can pull it out at the

16   storage level.

17        Here you see how they are shipped which shows the

18   sealed bottom sleeve where you can pick it up.  That is

19   the flower with the hydration solution, protective

20   sleeve, care instructions, a card.  And then they

21   usually have the UPC which is what they sell it for.

22   Just the flowers.

98

1        Here on the bottom you see the partition which

2     separates the vase so they don't crash together or break

3     when they are in transport.

4        So this is the trumpet one.  You see there is a

5     little bit of labor.  The store opens the box, pulls

6     them out, and displays them on the shelf or in the

7     cooler.

8        The next box is the other vase in question which is

9     the generic bud vase, which is the same box, but they

10    have a different insert which holds nine vases, nine

11    arrangements.  It's the same thing.

12       This is a partition that you saw.  Remember the one

13    on the invoice, which is pack nine.  The partition

14    separates the vases so they don't crash.  Sealed bottom

15    so they can carry it, no leaking.  Then they display it.

16       Here it shows the 9.99 price, the three levels

17    which they don't have in the regular wet pack.  The wet

18    pack usually has a dozen roses or just fillers.

19       This type of arrangement has the roses.  They are

20    staggered with decorative fillers.  Then you see it's

21    9.99, the price tag.

22       Q.   Thank you very much.







## ABOUT US

Dependable Packaging Solutions is currently Florida's largest privately owned distributor of corrugated products and packaging supplies. Our commitment to our customers is what distinguishes us from our competitors. This commitment is to provide the highest quality packaging materials at the most competitive price with superior service. Dependable Packaging delivers what you need when you need it!

Our technicians and professional staff help control and reduce inventory, reduce material handling costs and improve efficiency. This results in increased cash flow and substantial savings to our customers.

Dependable Packaging Solutions is dedicated to the environment. As part of our sustainability strategy, Dependable Packaging Solutions has committed to using "eco friendly" suppliers and products whenever possible. Dependable Packaging Solutions is proud to be a part of this worthy global initiative.

**-A151-**



## TABLE OF CONTENTS

| | |
|---|---|
| Stretch Wrap | 3 |
| Tape | 4 |
| Boxes | 7 |
| Moving and Storage | 9 |
| Bubble Wrap | 11 |
| Peanuts | 11 |
| Poly Foam | 11 |
| Air Plus | 11 |
| Newsprint | 12 |
| Tissue | 12 |
| Kraft | 12 |
| Bubble Mailer | 12 |
| Packing Slip | 12 |
| Rubber Band | 12 |
| Twine | 12 |
| Single Faced Corrugated | 13 |
| Edgeboards | 13 |
| Poly Bags | 14 |
| Janitorial | 15 |
| Food Services | 18 |
| Garment Center | 18 |
| Floral | 21 |



Spiral Vases

Urn Vases

Budvases

Gathering Vase

Square Vase

Genie Vase

Trumpet Vase

**FLORAL INDUSTRY**

**Our vases are made from the highest quality, hand blown or machine made glass vases can also be custom made to your specifications. Just call our office or use our Quote Request Form to describe your items or packaging needs.**

**-A153-**

## FLORAL



Cube Vase



Sweetheart & Ivy Vases



Square Vase

**DPS maintains a broad inventory of boxes, buckets, sleeves, and packaging accessories at exceptional prices for the Floral, Plant and Produce Industries. Couple that with the decades of experience within out team of Industry Specialists, and you can rest assured that we have your packaging solution.**

## VASES

| Item Number | Description | Case Pack |
|---|---|---|
| GLASSTWR6 | TOWER VASE BLOWN GLASS 6"Tx4" | 16 |
| GLASSTWR6LIME | LIME TOWER VASE BLOWN GLASS 6X4X3.75 | 16 |
| GLASSTWR6PINK | TOWER VASE BLOWN PINK GLASS 6 X4X3.75 | 16 |
| GLASSTWR6PURP | TOWER VASE BLOWN PURPLE GLASS 6X4X3.75 | 16 |
| GLASSTWR6RED | RED TOWER VASE BLOWN GLASS 6X4X3.75 | 16 |
| GLASSTWR6YELL | TOWER VASE BLOWN YELLOW GLASS 6X4X3.75 | 16 |
| | | |
| GLASSURN10CLEAR | URN VASE CLEAR 10.5" | 16 |
| GLASSURN10GRN | URN VASE TRANSLUSCENT GREEN 10.5" | 16 |
| GLASSURN10PINK | URN VASE TRANSLUSCENT PINK 10.5" | 16 |
| GLASSURN10PURP | URN VASE TRANSLUSCENT PURPLE 10.5" | 16 |
| GLASSURN10RED | URN VASE TRANSLUSCENT RED 10.5" | 16 |
| GLASSURN10YELL | URN VASE TRANSLUSCENT YELLOW 10.5" | 16 |
| | | |
| GLASSSQUARECLR9 | SQUARE VASE CLEAR | 12 |
| GLASSSQUAREGRN | SQUARE VASE TRANSLUSCENT GREEN | 12 |
| GLASSSQUAREPINK | SQUARE VASE TRANSLUSCENT PINK | 12 |
| GLASSSQUAREPURP | SQUARE VASE TRANSLUSCENT PURPLE | 12 |
| GLASSSQUARERED | SQUARE VASE TRANSLUSCENT RED | 12 |
| GLASSSQUAREWHIT | GLASS SQUARE 9" WHITE FROSTED | 12 |
| GLASSSQUAREYELL | SQUARE VASE TRANSLUSCENT YELLOW | 12 |
| | | |
| GLASSTRUMPCLR | TRUMPET VASE CLEAR 9.5" | 20 |
| GLASSTRUMPGREEN | TRUMPET VASE FROSTED GREEN 9.5 | 20 |
| GLASSTRUMPLIME | TRUMPET VASE FROSTED LIME 9.5" | 20 |
| GLASSTRUMPPINK | TRUMPET VASE FROSTED PINK 9.5" | 20 |
| GLASSTRUMPPURPL | TRUMPET VASE FROSTED PURPLE 9.5" | 20 |
| GLASSTRUMPRED | TRUMPET VASE FROSTED RED 9.5" | 20 |
| GLASSTRUMPWHT | TRUMPET VASE FROSTED WHITE 9.5" | 20 |
| GLASSTRUMPYELL | TRUMPET VASE FROSTED YELLOW 9.5" | 20 |

# FLORAL

## VASES

| Item Number | Description | Case Pack |
|---|---|---|
| GLASS444CUBE | CLEAR GLASS CUBIC VASE 10X10X1 | 12 |
| GLASS555CUBE | CLEAR GLASS CUBIC VASE 12.5X12 | 8 |
| GLASS643CLR | RECTANGULAR BLOWN GLASS 6"Tx4"WX3"D CLEAR | 16 |
| GLASS643MAC | RECT CLR GLASS MACHINE VASE, 1 | 24 |
| GLASS666CUBE | GLASS VASE H:15 CLEAR GLASS CU | 8 |
| GLASS843CLR | RECTANGULAR BLOWN GLASS 8.5"Tx4"Wx3"D CLEAR | 16 |
| | | |
| GLASSBUDCLR | GENERIC BUD VASE CLEAR | 48 |
| GLASSBUDGREEN | GENERIC BUD VASE FROSTED GREEN | 48 |
| GLASSBUDLIME | GENERIC BUD VASE FROSTED LIME | 48 |
| GLASSBUDORANGE | GENERIC BUD VASE FROSTED ORANG | 48 |
| GLASSBUDPINK | GENERIC BUD VASE FROSTED PINK | 48 |
| GLASSBUDPURPLE | GENERIC BUD VASE FROSTED PURPLE | 48 |
| GLASSBUDRED | GENERIC BUD VASE FROSTED RED | 48 |
| GLASSBUDWHITE | GENERIC BUD VASE FROSTED WHITE | 48 |
| GLASSBUDYELLOW | GENERIC BUD VASE FROSTED YELLOW | 48 |
| | | |
| GLASSTWR6 | TOWER VASE BLOWN GLASS 6"Tx4" | 16 |
| GLASSTWR6LIME | LIME TOWER VASE BLOWN GLASS  6X4X3.75 | 16 |
| GLASSTWR6PINK | TOWER VASE BLOWN PINK GLASS 6 X4X3.75 | 16 |
| GLASSTWR6PURP | TOWER VASE BLOWN PURPLE  GLASS 6X4X3.75 | 16 |
| GLASSTWR6RED | RED TOWER VASE BLOWN GLASS 6X4X3.75 | 16 |
| GLASSTWR6YELL | TOWER VASE BLOWN YELLOW GLASS  6X4X3.75 | 16 |
| | | |
| GLASSIVYCLEAR | IVY CLEAR VASE BLOWN 5.5" | 24 |
| GLASSSSWEET | SWEETHEART VASES 5" | 48 |
| | | |
| GLASSGATHER7 | GATHERING VASE 6.5" SLENDER CLEAR | 24 |
| GLASSGATHER8 | GATHERING VASE 8" SLENDER CLEAR | 24 |
| | | |
| GLASSGENIECLR | GLASS GENIE VASE CLEAR | 25 |
| GLASSGENIEORN | GENIE VASE TRANSLUCENT ORANGE | 25 |
| GLASSGENIEPINK | GENIE VASE TRANSLUSCENT PINK | 25 |
| GLASSGENIEPURPL | GENIE VASE TRANSLUSCENT PURPLE | 25 |
| GLASSGENIERED | GENIE VASE TRANSLUSCENT RED | 25 |
| | | |
| GLASSSPICLR | SPIRAL 9" CLEAR BUD | 40 |
| GLASSSPILIME | SPIRAL 9" LIME BUD | 40 |
| GLASSSPIPINK | SPIRAL 9" PINK BUD | 40 |
| GLASSSPIPUR | SPIRAL 9" PURPLE BUD | 40 |
| GLASSSPIRED | SPIRAL 9" RED BUD | 40 |
| GLASSSPIYEL | SPIRAL 9" YELLOW BUD | 40 |

# FLORAL

## SLEEVES

| Item Number | Description | Case Pack |
|---|---|---|
| CLRSLE2166BOP2 | 2X16X6 CLEAR BOPP 2 MIL SLEEVE | 3000 |
| CLRSLE2168BOP2 | CLEAR SLEEVE 2.5X16X8" BOPP 2 MIL | 3000 |
| CLRSLE31513BOP2 | CLEAR SLEEVE 3.5X15X13" BOPP 2 MIL | 2000 |
| CLRSLE31610BOP2 | 3 X 16 X10 CLEAR BOPP 2 MIL SL | 2000 |
| CLRSLE31612BOP2 | CLEAR SLEEVE 3.25X16X12" BOPP 2 MIL | 2000 |
| CLRSLE41612BOP2 | CLEAR SLEEVE 4 X 16 X 12 BOPP 2 MIL | 2000 |
| CLRSLE41614BOP2 | CLEAR SLEEVE 4X16X14" BOPP 2 MIL | 2000 |
| CLRSLE41616BOP2 | CLEAR SLEEVE 4X16X16 BOPP 2 MIL | 1500 |
| CLRSLE41817BO16 | CLEAR SLEEVE 4X18X17 BOPP 1.6 | 1500 |
| CLRSLE41817BOP2 | CLEAR SLEEVE 4X18X17 BOPP 2MIL | 1500 |
| CLRSLE42018BOP2 | 4 X 20 X 18 BOP 2 M CLEAR SLEEVE | 1000 |
| CLRSLE51820BOP1 | CLEAR SLEEVE 5X18X20" BOPP 1.6 | 1000 |
| CLRSLE51820BOP2 | CLEAR SLEEVE 5X18X20" BOPP 2 M | 1000 |
| CLRSLE52412BOP2 | BOPP SEALED BOTTOM WITH HANDLE 5X24X12" 2MIL | 1000 |
| CLRSLE52415BOP2 | BOPP SEALED BOTTOM WITH HANDLE 5X24X15" 2 MIL | 1000 |
| CLRSLE61822BO16 | CLEAR SLEEVE 6X18X22 BOP 1.6 M | 1000 |
| CLRSLE61822BOP2 | CLEAR SLEEVE 6X18X22" BOPP 2MI | 1000 |
| CLRSLE61824BOP2 | CLEAR SLEEVE 6X18X24" BOPP 2MI | 1000 |
| CLRSLE62216BOP2 | 6 X 22 X 16 BOPP 2 M CLEAR SLEEVE | 1500 |
| CLRSLE62218BOP1 | CLEAR SLEEVE 6 X 22 X 18 BOPP | 1500 |
| CLRSLE72420BOP2 | BOPP SEALED BOTTOM WITH HANDLE 7X24X20" 2 MIL | 1000 |
| SLV15SLDBT | 4.5X23X15.5 SEALED BOTTOM NO HOLE | 1000 |
| SLV17SLDBTFRSTB | 4.25X24.75X17 SEALED BTM/FROSTED BACK/CLR FRONT | 1000 |
| SLV17SLDBTPRLBK | 5.75X25.25X17.25 SEALED BOTTOM PEARL BACK/ CLR FRONT | 1000 |

## BOXES

| Item Number | Description | Case Pack |
|---|---|---|
| COR101022 | RSC 10 X 10 X 22 | 150 |
| COR131224 | MAXICUBE 13-9/16 X 12-1/16 X 24-2/16 | 125 |
| COR131333 | 13 X 13 X 33 2/16 NO PRINT | 250 |
| COR141223 | RSC 13-1/2 X 11-9/16 X 22-1/2 | 250 |
| COR191124 | CASE DOUBLE 19-3/8 X 11-9/16 X 24-1/2 | |
| COR221515MED | MEDIUM ARRANGEMENT RSC 22-3/16 X 15-1/2 X 15-3/8 | 250 |
| COR241818 | 24 X 18 X 18 KRAFT | 125 |
| COR41104B | 1/4 BOTTOM TRAY PLAIN BLANK 11-1/2 X 47-15/16 | 550 |
| COR41104T | 1/4 TOP TRAY 17 X 48-1/16 | 550 |
| COR41107B | 1/2 BOTTOM TRAY 22-1/2 X 54 | 550 |
| COR41107T | 1/2 TOP TRAY 23 X 54-7/16 | 550 |
| COR750-40 | 13 X 13 X 26 | 250 |
| COR757-40 | 15-5/8 X 12-7/8 X 27 WITH AIR & HAND HOLES | 250 |
| CORK-24 | K-24 | 250 |
| INSERT4HLARGE | INSERT 4 LARGE | |
| INSERT6HLARGE | INSERT 6 LARGE | |
| INSERTHMEDIUM | INSERT MEDIUM | |
| COR750-40 | 750-40 | |
| CORSAMSDRYBOT | DIE CUT 18-1/16 X 35-8/16 C ECT32 PLAIN DBT | |
| CORSAMSDRYTOP | DIE CUT 17-2/16 X 35-4/16 C ECT32 MOTTLE WHITE | |
| PART12CELL4X15 | PARTITION 12 CELL 4X15 | |

**-A156-**

# FLORAL

## CABLES TIES

| Item Number | Description | Case Pack |
|---|---|---|
| TIE15FTD | CABLE TIE 15" WHITE | 5000 |
| TIE17B.50 | CABLE TIE 17" BLACK 50# TENSILE | 10000 |

## WATERGLOBE

| | | |
|---|---|---|
| WATERGLOBEBLU | WATER GLOBE BLUE 12/CASE | 12 |
| WATERGLOBEGRE | WATER GLOBE GREEN 12/CASE | 12 |
| WATERGLOVEORA | WATER GLOBE ORANGE 12/CASE | 12 |

## GEL ICE PACKS

| Item Number | Description | Case Pack |
|---|---|---|
| POLAR16OZ | GEL ICE 16 OZ. POLAR PACKS..40 | 40 |
| POLAR8OZ | GEL ICE 8 OZ. POLAR PACKS..80 | 80 |

## BUCKETS

| | | |
|---|---|---|
| RMP10CONLIP | 10" CONICAL BUCKET 4140/PALLET | 4140 |
| DPSBUCKET | BUCKET 3 GAL | 1920 |









**Dependable Packaging Solutions**

*Serving You Nationwide.*

1361 NW 155th Drive
Miami Gardens, Fl 33169
P: 305-624-8338 F: 305-624-8929
www.buydps.com

# QUOTE REQUEST FORM

| Item Number | Description | Qty. |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Notes:

_____

_____

_____

**-A158-**





COURT # 1C-00330

Δπ EXHIBIT 3
Deponent Grandio
Date 10/13/14 Rptr. JM
WWW.DEPOBOOK.COM

dps
Dependable Packaging Solutions

Details on back cover



Square Vase



Mod Cubes*



Mod Vases*

Our vases are made from the highest
quality, hand blown glass or machine
made and can be custom made to
your specifications.

Mod Square Vases 9"







Glass Urn Vases 8"

Spiral Vases 8"



Glass Trumpet Vases 9.5"



Glass Budvases 8"

www.buydps.com

**-A163-**







Glass Gathering Vases 6 1/4 & 8"

Glass Rectangular Vases 6"

Glass Genie Vases



DJS maintains a broad inventory of boxes, buckets, sleeves, and packaging accessories at exceptional prices for the Floral, Plant and Produce industries. From kraft paper, tape, stretchwrap and bubblewrap we carry various sizes to meet your needs. Our salespeople are experienced and committed to helping you find the right packaging solution.

Recycling reduces greenhouse gas emissions from landfill, can reduce deforestation, saves energy and produces more energy-efficient products. This is why we are committed to using 100% recycled boxes.



DPS is proud to offer Pratt Industries 100% recycled boxes. Pratt Industries and DPS' commitment to the environment saves over 34,000 trees daily, reduces the need for landfills, and limits harmful manufacturing byproducts. With over 82 boxes in stock, our Custom Printing and Made to Order Box program, you can rest assured that we can meet your packaging needs. Our superboard boxes will exceed your expectations for strength and durability.

Floral Boxes





Tower Vases 6"

Glass Cube Vases 3" 4" 6"

For more information contact Andi Varela at avarela@busdps.com or Ross Berez at ross@busdps.com



26. The principal use of the class or kind of goods to which an import belongs is controlling, [and] not the principal use of the specific import.

27. Applying the *Carborundum* factors to Dependable's glass containers leads to the conclusion that the glass containers are properly classified pursuant to HTSUS subheading 7010.90.30.

28.. The general physical characteristics of the glass containers demonstrate its capacity to be used as a container for the conveyance or packing of goods.

29. The expectation of the ultimate consumer at retail was the purchase of flowers inside a glass container and the glass container with the flowers was incidental to the flowers.

30. The channels of trade for the empty glass containers was from Dependable to packing houses. The empty glass containers were never sold empty at retail or offered for sale to the public.

31. The environment of the sale was having the glass containers filled with flowers. It was sold in gift areas with other flowers. The design of Dependable's glass containers are decorative in nature and aid in the sale of the flowers.

32. It is undisputed that the glass containers were actually used as containers into which flowers were packed and conveyed. How Dependable's glass containers are actually put to use is probative of the class to which they belong.

33. The economic practically of using these glass containers is there is no other product that could be substituted.

5

**Goff, Karen (CIV)**

EXHIBIT 6
Deponent _____
Date _____ Rptr ____
WWW.DEPOBOOK.COM

| | |
|---|---|
| From: | rossborer@aol.com |
| Sent: | Tuesday, September 27, 2011 5:26 PM |
| To: | Goff, Karen (CIV) |
| Subject: | Fwd: Invoices and cost explanition for main vases |
| Attachments: | forever_bud_vase.pdf; forever_boxes.pdf; forever_partitions.pdf; forever_bands.pdf; falcon_vases_and_packing_items.pdf; falcon_bud_vases.pdf; quality_logistics_boxes_and_partitions.pdf |

-----Original Message-----
From: Ross <ross@buydps.com>
To: Ross Borer <rossborer@aol.com>
Cc: avarela <avarela@buydps.com>
Sent: Tue, Sep 27, 2011 5:18 pm
Subject: Invoices and cost explinition for main vases

Hello

Here you have several invoices from a few different clients showing the sell price of the bud vases in clear and trumpet vases which are the highest volume movers.
I also included invoices which show product which go along with the vases ( boxes to ship, partitions to separate glass upon shipping, sleeves to cover vases and flowers for protection, bags to cover the vase, and liners to go in box which hold water leaking and help with unpacking flower bouquets ) We will take a full box to deposition.

Cost for the bud vases are as follows:
$.12-.125          FOB China per unit in clear

Below are all cost associated with importing the Generic bud vase item GLASSBUDCLR:
$3500.00          container from port to port only with insurance
$300-450.00       Peak surcharge ( Seasonal, not all year round )
$400-500          Inland freight and clearance charges
$400.00           Temp services for unloading containers which are Floor Loaded ( temps for appx 7-8 hours )
$140.00           28 pallets x 5 each pallet
$50.00            Misc Cost for wrapping, labeling and forklift gas
$528.00           current duty paid at 6.6% for container

**52,800 bud vases per container ( 1100 cases x 48 per case )**

.105 cost associated with freight, duties, unload, etc EXCLUDING the vases.
.12-.125 cost of the vases
Landed cost is .225-.235

As you see our most common vase we sell is the generic bud vase for .30-.32 which leaves a profit of 24-25%.

Cost for the Trumpet vases are as follows:
$.34              FOB China per unit in clear

Below are all cost associated with importing the Generic Trumpet vase item GLASSTRUMPCLR:
$3500.00          container from port to port only with insurance
$300-450.00       Peak surcharge ( Seasonal, not all year round )

1

| | |
|---|---|
| $400-500 | Inland freight and clearance charges |
| $500.00 | Temp services for unloading containers which are Floor Loaded ( temps for appx 7-8 hours ) |
| $140.00 | 28 pallets x 5 each pallet |
| $50.00 | Misc Cost for wrapping, labeling and forklift gas |
| $427.00 | current duty paid at 6.6% for container |

**19,000 trumpet vases per container ( 950 boxes packed 20 floor loaded )**

.27-.288 cost associated with freight, duties, unload, etc EXCLUDING the vases.
.34 cost of the vase
Landed cost is .615-.628

As you can see we sell the generic trumpet vase from .71-.73 cents which leaves a profit of approximately 15%.

Dependable Packaging also pays commission which runs between 5-7 % depending on profit margin.
Raising the duty rate to 30-38% as intended would be more than our clients are paying now with us and our current competition and would leave us out of the business.

We then finance the clients 60-90 days and deliver for free.  Our terms for buying are paid upon delivery so ALL our stock is paid for in full.  We also warehouse the vases which is at a cost and hold an average of 90 days' supply.


Thank you ,

--
Ross Borer, CEO
Dependable Packaging Solutions

1361 NW 155th Drive
Miami Gardens, FL  33169
Tel:  305-624-8338
Fax: 305-624-8929
Cell: 305-532-8711
www.buydps.com

2

**-A177-**

1

Dependable Packaging Solutions, Inc
1361 NW 155TH DRIVE
Miami, Florida  33169
3056248338

1115085-IN
7/21/2011

0093569
7/20/2011
AV
FOR7081

FOREVER BLOSSOMS
DAVID
7974 NW 14TH ST
MIAMI, FL  33172

FOREVER BLOSSOMS-RMP
DAVID/MARIO
7974 NW 14TH ST
MIAMI, FL  33172

| DPS-11013-20 | TRUCK | | | | NET 30 | | |
|---|---|---|---|---|---|---|---|
| DL7003900 | | EACH | 1,920.00 | 1,920.00 | 0.00 | 0.300 | 576.00 |
| Vase Clear Bud DL016 1.5x8.5x2 LO | | | Whse:   000 | | | | |

| | |
|---|---|
| Net Invoice: | 576.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 576.00 |
| Less Deposit: | 0.00 |
| | 576.00 |

1

Dependable Packaging Solutions, Inc
1361 NW 155TH DRIVE
Miami, Florida 33169
3056248338

1119623-IN
9/22/2011

0098650
9/22/2011
AV
FAL8088

FALCON FARMS, INC
2330 NW 82nd AVENUE
MIAMI, FL 33122

FALCON FARMS, INC
2330 NW 82nd AVENUE
MIAMI, FL 33122

JULIAN HOYOS

| 20040 | | TRUCK | | | | NET 60 | | |
|---|---|---|---|---|---|---|---|---|
| GLASSBUDCLR | | EACH | 1,920.00 | | 1,920.00 | 0.00 | 0.310 | 595.20 |
| BUD VASE GENERIC CLEAR 48/CS | | | | Whse: | 000 | | | |
| GLASSTRUMPCLR | | EACH | 800.00 | | 800.00 | 0.00 | 0.720 | 576.00 |
| TRUMPET VASE CLEAR 9.5" 20/CS | | | | Whse: | 000 | | | |
| CL303712 | | CASE | 50.00 | | 50.00 | 0.00 | 19.500 | 975.00 |
| HDPE 12MIC STARSEAL NATURAL BA | | | | Whse: | 000 | | | |
| BAGVSFRSTWSMAL | | EACH | 1,500.00 | | 1,500.00 | 0.00 | 0.185 | 277.50 |
| 3.25X3X9.75 TALL FRST WHITE SM | | | | Whse: | 000 | | | |
| CLRSLE52415BOP2 | | M | 2.00 | | 2.00 | 0.00 | 61.320 | 122.64 |
| BOPP 50 SEALED BOTTOM 61 X 38. | | | | Whse: | 000 | | | |
| CLRSLE41817BOP1 | | M | 3.00 | | 3.00 | 0.00 | 39.320 | 117.96 |
| CLEAR SLEEVE 4X18X17 BOPP 1.6M | | | | Whse: | 000 | | | |
| CLRSLE61822BOP1 | | M | 2.00 | | 2.00 | 0.00 | 45.000 | 90.00 |
| CLEAR SLEEVE 6X18X22" BOPP 1.6 | | | | Whse: | 000 | | | |
| CLRSLE72420BOP2 | | M | 2.00 | | 2.00 | 0.00 | 82.000 | 164.00 |
| BOPP 50 SEALED BOTTOM 60 X 51 LO | | | | Whse: | 000 | | | |

| | |
|---|---|
| Net Invoice: | 2,918.30 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 2,918.30 |
| Less Deposit: | 0.00 |
| | 2,918.30 |

**-A180-**

1

Dependable Packaging Solutions, Inc
1361 NW 155TH DRIVE
Miami, Florida 33169
3056243338

1119293-IN
9/19/2011

0098224
9/16/2011
AV
FAL8083

FALCON FARMS, INC
2330 NW 82nd AVENUE
MIAMI, FL 33122

FALCON FARMS, INC
2330 NW 82nd AVENUE
MIAMI, FL 33122

JULIAN HOYOS

| 20018/julian | TRUCK AM MONDAY | | | | NET 60 | | |
|---|---|---|---|---|---|---|---|
| GLASSBUDCLR<br>BUD VASE GENERIC CLEAR 48/CS<br>monday am delivery | EACH | 3,840.00<br>Whse: 000 | | 3,840.00 | 0.00 | 0.310 | 1,190.40 |

| | |
|---|---|
| Net Invoice: | 1,190.40 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 1,190.40 |
| Less Deposit: | 0.00 |
| | 1,190.40 |

**-A183-**

**INTERROGATORY & REQUEST NO.: 6**

(a)    Describe in detail all physical characteristics including, but no limited to the length, width, depth, height, weight, material composition, function, etc., of the merchandise at issue.

(b)    Produce a copy of all documents which contain the facts upon which the plaintiff's response(s) to this interrogatory is based, and any other facts pertaining to this interrogatory response(s), regardless of whether plaintiff relied upon them.

**ANSWERS/RESPONSES:**

(a)    The vases vary in size, shape, height and weight depending on the intentions of the flower grower. For example, the flower grower may use a one stem budvase for a single flower; on the other hand, the flower grower may use a larger vase for more stems. The size of the glass depends on the amount of flower stems the grower intends to sell which vary from a single flower stem to two dozen flowers, all at different price points.

(b)    A catalog will be produced at the deposition of Mr. Grandio.

10

**INTERROGATORY & REQUEST NO.: 14**

(a) Explain the basis, and provide all facts, for the statement, "The general physical characteristics of the glass containers demonstrate its capacity to be used as a container fo the conveyance or packing of goods," in paragraph 28 of your complaint.

(b) Identify and product a copy of all documents, including, but not limited to, business records, correspondence, invoices, internal memoranda, sales literature, marketing materials, computer print-outs, *etc.* which contain the facts upon which plaintiff's response(s) to this interrogatory is based, and any other facts pertaining to this interrogatory response(s), regardless of whether plaintiff relied upon them.

**ANSWERS/RESPONSES**

(a) Dependable delivers the vases to a bouquet maker/flower grower. Please see Dependable's Interrogatory Answer 12(a). The grower unpacks the boxes that were shipped from farm level, they are then cooled to the needed 34-39 degree temperature, the flowers are cut and hydrated with preservatives, fill the utility vase with water and hydrating solution, pack the vase in a protective sleeve, then it is packed in corrugated boxes with corrugated partitions, labeled, palletized, then finally the product is shipped to national supermarket chains where they simply open the box and display flowers for sale.

(b) Mr. Grandio will supply invoices at the deposition.

20

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. RICHARD K. EATON, JUDGE

DEPENDABLE PACKAGING                    :
SOLUTIONS, INC.,                        :
                                        :
              Plaintiff,                :
                                        :       Court No. 10-00330
                                        :
              v.                        :
                                        :
UNITED STATES,                          :
                                        :
              Defendant.                :

## DECLARATION OF DEBORAH ROZANSKI

DEBORAH ROZANSKI declares and says:

1.  I am a Senior Import Specialist with U.S. Customs and Border Protection
    (CBP), located at the Miami, Florida Cargo Clearance Center. I have been
    employed by CBP (legacy U.S. Customs) since June 20, 1988, and I have
    been a Senior Import Specialist since August 1, 2002.

2.  As a Senior Import Specialist for glass commodities classified in Chapter 70
    of the Harmonized Tariff Schedule of the United States (HTSUS) on Import
    Specialist Team 473 (IST-473), I was responsible for the classification and
    valuation of glass products from all countries that were being imported into
    the United States through the Miami Service Port for the period August 1,
    2002 through December 16, 2011.

3.  I am familiar with the classification of merchandise according to the
    Harmonized Tariff Schedule of the United States (HTSUS).

4.  I am familiar with the merchandise and the issues in this case which involve
    two entries of glass products filed at the Port of Miami on May 29, 2010. The
    merchandise under Entry AL6-0046898-0 was described on the commercial
    invoice as "Generic Bud Vases," and the merchandise under Entry AL6-
    0046899-8 was described on the commercial invoice as "Generic Trumpet
    Vases."

5.  Upon entry, plaintiff classified this merchandise under HTSUS subheading
    7018.90.50. Heading 7018 provides for glass beads, imitation pearls,
    imitation precious or semiprecious stones and similar glass smallwares and

articles thereof other than imitation jewelry; glass eyes other than prosthetic articles; statuettes and other ornaments of lamp-worked glass, other than imitation jewelry; glass microspheres not exceeding 1 mm in diameter.

6. The merchandise in the subject entries consists of glass vases. Thus, plaintiff improperly classified the merchandise under HTSUS subheading 7018.90.50.

7. I determined, with the concurrence of my supervisor, that this merchandise should be classified under HTSUS subheading 7013.99. This classification is for "Glassware of a kind used for table, kitchen, toilet, office, indoor decoration or similar purposes (other than that of heading 7010 or 7018): Other glassware: Other."

8. Customs classified the merchandise under Entry AL6-0046898-0, described on the commercial invoice as "Generic Bud Vases," under HTSUS subheading 7013.99.40 ("Glassware of a kind used for table, kitchen, toilet, office, indoor decoration or similar purposes (other than that of heading 7010 or 7018): Other glassware: Other: Other: Valued not over $0.30 each").

9. Customs classified the merchandise under Entry AL6-0046899-8, described on the commercial invoice as "Generic Trumpet Vases," under HTSUS subheading 7013.99.50 ("Glassware of a kind used for table, kitchen, toilet, office, indoor decoration or similar purposes (other than that of heading 7010 or 7018): Other glassware: Other: Other: Valued over $0.30 but not over $3 each").

10. Plaintiff now is arguing that its glass vases are glass containers of the kind used for conveyance or packing of goods classifiable under HTSUS subheading 7010.90.30 ("Carboys, bottles, flasks, jars, pots, vials, ampoules and other containers, of glass, of a kind used for the conveyance or packing of goods...: Other: Containers (with or without their closures) of a kind used for the conveyance of packing of perfume or other toilet preparations; other containers if fitted with or designed for use with ground glass stoppers: Other").

11. Customs has consistently classified glass vases (plain and fancy) as decorative glassware in subheading 7013.99, not as conveyance containers in subheading 7010. See for example, HQ 953016 (April 28, 1993), HQ 955857 (August 11, 1994) and HQ 955951 (April 15, 1994). Copies attached, (Exhibit 1).

12. The class or kind of goods to which the subject glass commodity belongs is vases. The principal use of the class or kind of merchandise, which was

2

Case: 13-1300 CaGASB-P3FUTICIDANTSEOIN88 DoCagee1537 FiRagee3164/20E4ed: 03/04/2014

FEB 22 2012 16:46 FR 3058692699        3058692699 TO 912122641326        P.04/05

determined to be vases, is as indoor decorative items for holding and
displaying flowers.

13. On January 27, 2012, I visited two retail stores, Publix in Pembroke Pines,
Florida, and Dollar Tree in Cooper City, Florida. On January 29, 2012, I
visited another retail store, Walmart, in Delray Beach, Florida. On January
27, 2012 I visited a flower market, Field of Flowers, in Davie, Florida. In each
of these establishments, similar vases are being sold to the public without
water and flowers. The vases clearly are being sold to the consumer to be
used as decorative vases. They were displayed for sale with other vases.
Pictures of the vases are attached and labeled (Exhibit 2). The consumer
has an array of indoor decorative glass vases to choose from, including
these plain, generic, inexpensive vases.

14. On Friday, February 3, 2012, I received the samples of vases (one bud vase
and one trumpet vase) related to this case from the Department of Justice. I
have examined these samples and found them to be made of clear glass.
The trumpet vase is almost identical to the trumpet vases I photographed in
Walmart. The bud vase is similar to a bud vase that is sold with fake daisies
in it that "never need watering." Plaintiff's samples are not fragile, do not
appear cheap, and are reusable vases.

15. There is nothing special about the subject vases in their imported (or after
importation) condition that distinguishes them from generic indoor decorative
vases. Plaintiff sells other vases that I have also seen in the same or similar
design and material in retail establishments.

16. The material of the sample vases and the vases sold in the four stores is
plain clear glass. There were in Dollar Tree and Field of Flowers, some
vases that were blue or burgundy hued, as well as clear. Plaintiff's catalogs
also depict vases in various hues.

17. On February 6, 2012, I found clear glass vases similar to the subject vases
on the Internet:
http://www.target.com/s?searchTerm=bud+vases&category=0%7CAll%7Cm
atchallany%7CCall+categories and
http://www.abcglassware.com/index.php?cPath=1_41. Printouts are attached
(Exhibit 3). All of these vases are described as for decorative purposes.

18. I, personally, have a clear glass vase that a florist delivered to me with
flowers in it. My vase appears to be of the same glass quality as the subject
samples. My vase also has two seams, as do the samples. The sample
vases have lips at the top opening of the vases. If you look at the attached
printouts and pictures in my exhibits, you will notice that some of the vases
being sold at retail do have lips. My personal vase, picture attached (Exhibit
4) does have a lip. I have reused the vase many times. The subject vases

3

-A220-

are of the same type of vases that are reused many times for indoor decorative purposes.

19. Plaintiff's competition sells similar vases at retail to customers. For example, Syndicate Sales sells vases at retail as depicted in the attached printouts. (Exhibit 5).

20. The plaintiff's marketing materials depict its vases as being used as indoor decoration.

21. The subject glass vases are imported packed in boxes. Plaintiff transports the vases packed in boxes to packing houses.

22. Though the subject vases may be sold by a "packaging" company and used by flower "packing houses" in the U.S., this is a fugitive use of the vases. There is nothing special about these vases that distinguishes them from generic indoor decorative vases that are being sold to the public by retail stores. Since the imported glass vases are indistinguishable from the class or kind of glass vases used as indoor decoration, they are considered part of the same class or kind of goods.

23. It is the boxes that the imported vases are shipped in, or the boxes that the flowers-in-vases are packed in for delivery to retail stores/customers that are containers of the kind used for conveyance or packing of goods, not the vases.

24. I declare under penalty of perjury that the foregoing is true and correct. Executed on February 22, 2012

*Deborah L. Rozanski*
Deborah L. Rozanski

4

EXHIBIT 1

EXHIBIT 2

















EXHIBIT 3

Everyday Vases Glass Vases,Wedding Centerpieces,Containers, Vase Fillers,Ceramic Va...    Page 1 of 1



Everyday Vases Glass Vases,Wedding Centerpieces,Containers, Vase Fillers,Ceramic Va...    Page 1 of 1



bud vases at Target                                                    Page 1 of 1



EVERYDAY **FREE SHIPPING.**  EASY **IN-STORE RETURNS.**         buy 2, save 10%. buy 3+
some restrictions apply. **get details on free shipping**        **shop all deals**

sign in   new guest?   my account

**women   men   baby   kids   home   furniture   patio   electronics   entertainment   toys**

find a store   Weekly Ad   Gift

# search.

**products**

**clearance (1)**           **you searched for "bud vases"**

**narrow by:**         views:  small   medium   large   details        sort by:  relevance

**price**

☐ $0 – $14 (6)

☐ $15 – $24 (3)

☐ $25 – $49 (7)

☐ set custom range

$ from   – $ to



**guest rating**        $38.99              $1.99 store price      $19.99            $2.
                        white Lila Flower 5 Bud   BUD VASE ELITE 7 1/2   Set of Wooden Block   Ass
0 or more stars (3)     Vase                IN                     Bud Vases         Vas
                        Spend $75 Save 15%   Spend $75 Save 15%     Spend $75 Save 15%   Sper
                        Spend $50, get free sh...

**deals**

☐ Clearance (1)

☐ Free Ship Eligible
   (9)
                        compare             compare                compare           c

**color**

**in store, online**

EXHIBIT 4





EXHIBIT 5



Let *Syndicate Sales* Start the Conversation of



L♥VE







7" Regency Vase
3027-12-09
case: 12

6½" Gathering Vase
4102-12-09
case: 12

7" Classic Urn
4035-12-09
case:12

ZBR-CGH-2011



Manufacturer of Floral Supplies and Floral Foam - Syndicate Sales, Inc.           Page 1 of 1

GLASS | PLASTIC | CREATIVE ACCESSORIES | WEDDING & EVENT | SYMPATHY | CANDLES | AQUAPLUS | AQUAFOAM | SUPPLIES | NATURALS

Page 1    of 3  Next >  10

VIEW by COLLECTION
What's New
All Occasion
Color
Event
Recycled Glass

VIEW by COLOR
  ASSORTMENTS
  SOLID

PHOTO GALLERY
VIDEO


**ORG940**
(Glass)
8" Gathering Vase - Translucent Orange
Pack Size: 6


**ORG999**
(Glass)
8" Rose Vase - Translucent Orange
Pack Size: 6


**3027-12-295**
(Glass)
7" Regency Vase - Breeze Assortment
Pack Size: 12
4-color assortment


**3095-16-295**
(Glass)
5" Gathered Square Vase - Breeze Assortment
Pack Size: 16
4-color assortment


**3097-12-295**
(Glass)
6 3/4" Gathered Square Vase - Breeze Assortment
Pack Size: 12
4-color assortment


**3098-12-295**
(Glass)
8 1/4" Gathered Square Vase - Breeze Assortment
Pack Size: 12
4 color assortment


**3155-12-09**
(Glass)
5" Plateau Vase - Crystal
Pack Size: 12


**3158-06-09**
(Glass)
8 1/2" Plateau Vase - Crystal
Pack Size: 6


**3159-06-09**
(Glass)
9" Plateau Vase - Crystal
Pack Size: 6


**4030-12-09**
(Glass)
8 3/4" Sophia Vase - Crystal
Pack Size: 12




Home | Privacy Notice | Contact Us | About Us
Copyright © 2012 Syndicate Sales, Inc. All Rights Reserved

**-A256-**

Manufacturer of Floral Supplies and Floral Foam - Syndicate Sales, Inc.          Page 1 of 1

home  wholesalers login   retailers login   tools   catalog search

GLASS | PLASTIC | CREATIVE ACCESSORIES | WEDDING & EVENT | SYMPATHY | CANDLES | AQUAPLUS | AQUAFOAM | SUPPLIES | NATURALS

< Back  Page 2____ of 21  Next > 10

VIEW by COLLECTION
What's New
All Occasion
Color
Event
Recycled Glass

VIEW by COLOR
ASSORTMENTS
SOLID

VIEW by STYLE
PHOTO GALLERY
VIDEO



**C209**
(Glass)
8" Urn - Crystal
Pack Size: 12

**C210**
(Glass)
8 1/2" Rose Vase - Crystal
Pack Size: 24

 **C220**
(Glass)
9" Multi-Stem Bud Vase - Crystal
Pack Size: 24

 **C225**
(Glass)
9" Midi Vase - Crystal
Pack Size: 24

 **C409**
(Glass)
6" Urn - Crystal
Pack Size: 12

**00837**
(Glass)
7" Illusions Vase - Crystal
Pack Size: 12



**C900**
(Glass)
9" Swirl Bud Vase - Crystal
Pack Size: 48

**C903**
(Glass)
7 1/4" Ginger Vase - Crystal
Pack Size: 12

**C905**
(Glass)
11" Spring Garden Vase - Crystal
Pack Size: 9

**C907**
(Glass)
9" Spring Garden Vase - Crystal
Pack Size: 12

Syndicate
sales inc.
Home | Privacy Notice | Contact Us | About Us
Copyright © 2012 Syndicate Sales, Inc. All Rights Reserved

Manufacturer of Floral Supplies and Floral Foam - Syndicate Sales, Inc.                    Page 1 of 1

GLASS | PLASTIC | CREATIVE ACCESSORIES | WEDDING & EVENT | SYMPATHY | CANDLES | AQUAPLUS | AQUAFOAM | SUPPLIES | NATURALS

< Back Page 3 of 21 Next > 10

VIEW by COLLECTION
What's New
All Occasion
Color
Event
Recycled Glass

VIEW by COLOR
ASSORTMENTS
SOLID

VIEW by STYLE
PHOTO GALLERY
VIDEO



**C915**
(Glass)
4 3/4" Footed Rose Bowl - Crystal
Pack Size: 24

**C922**
(Glass)
5 1/2" Fluted Ivy Bowl - Crystal
Pack Size: 36

**C929**
(Glass)
12" Riviera Vase - Crystal
Pack Size: 4

**C940**
(Glass)
8" Small Gathering Vase - Crystal
Pack Size: 6





**C950**
(Glass)
5" Ginger Vase - Crystal
Pack Size: 12

**C951**
(Glass)
6 1/4" Ginger Vase - Crystal
Pack Size: 12





**C952**
(Glass)
7" Spring Garden Vase - Crystal
Pack Size: 12

**C954**
(Glass)
7 7/8" Midi Vase - Crystal
Pack Size: 12

**C967**
(Glass)
6" Rose Bowl - Crystal
Pack Size: 12

**C972**
(Glass)
8 1/2" Rose Vase Asst. - Crystal
Pack Size: 24
Random Pack



Home | Privacy Notice | Contact Us | About Us
Copyright © 2012 Syndicate Sales, Inc. All Rights Reserved

Manufacturer of Floral Supplies and Floral Foam - Syndicate Sales, Inc.                    Page 1 of 1

GLASS  | PLASTIC | CREATIVE ACCESSORIES | WEDDING & EVENT | SYMPATHY | CANDLES | AQUAPLUS | AQUAFOAM | SUPPLIES | NATURALS

< Back  Page  4    of 21  Next >  10

**VIEW by COLLECTION**
What's New
All Occasion
Color
Event
Recycled Glass

**VIEW by COLOR**
ASSORTMENTS
SOLID

**VIEW by STYLE**
PHOTO GALLERY
VIDEO


**C972-12**
(Glass)
8 1/2" Rose Vase Asst. - Crystal
Pack Size: 12
Random Pack


**C973**
(Glass)
9 3/8" Rose Vase Asst. - Crystal
Pack Size: 24
Random Pack


**C973-12**
(Glass)
9 3/8" Rose Vase Asst. - Crystal
Pack Size: 12
Random Pack


**C974**
(Glass)
6" Cylinder Vase - Crystal
Pack Size: 12


**C975**
(Glass)
9" Cylinder Vase - Crystal
Pack Size: 12


**C976**
(Glass)
10 1/2" Cylinder Vase - Crystal
Pack Size: 12


**C979**
(Glass)
8" Cinched Hurricane Vase - Crystal
Pack Size: 4


**C991**
(Glass)
5" Mini Spring Garden Vase - Crystal
Pack Size: 18

**C992**
(Glass)
5" Tropical Garden Vase - Crystal
Pack Size: 18

**C999**
(Glass)
8" Rose Vase - Crystal
Pack Size: 12



Home | Privacy Notice | Contact Us | About Us
Copyright © 2012 Syndicate Sales, Inc. All Rights Reserved

-A259-

Manufacturer of Floral Supplies and Floral Foam - Syndicate Sales, Inc.                    Page 1 of 1

GLASS | PLASTIC | CREATIVE ACCESSORIES | WEDDING & EVENT | SYMPATHY | CANDLES | AQUAPLUS | AQUAFOAM | SUPPLIES | NATURALS

< Back   Page 5   of 21   Next >   10

**VIEW by COLLECTION**
What's New
All Occasion
Color
Event
Recycled Glass

**VIEW by COLOR**
ASSORTMENTS
SOLID

**VIEW by STYLE**
PHOTO GALLERY
VIDEO



**01004**
(Glass)
8" Illusions Vase - Crystal
Pack Size: 6

**C1408**
(Glass)
8 1/2" Bud Vase - Crystal
Pack Size: 48

**3020-12-09**
(Glass)
12 3/4" Pyramid Vase - Crystal
Pack Size: 13



**3027-12-09**
(Glass)
7" Regency Vase - Crystal
Pack Size: 12

**3037-12-09**
(Glass)
5" x 5" Cylinder - Crystal
Pack Size: 12

**3049-18-09**
(Glass)
5" Flared Square - Crystal
Pack Size: 18



**3059-12-09**
(Glass)
4" x 4" x 4" Square - Crystal
Pack Size: 12



**3060-12-09**
(Glass)
5" x 5" x 5" Square - Crystal
Pack Size: 12

**3062-24-09**
(Glass)
2" x 2" x 2" Square Votive - Crystal
Pack Size: 24

**3063-12-09**
(Glass)
3" x 3" x 3" Square Votive - Crystal
Pack Size: 12



Home | Privacy Notice | Contact Us | About Us
Copyright © 2012 Syndicate Sales, Inc. All Rights Reserved

**-A260-**

Manufacturer of Floral Supplies and Floral Foam - Syndicate Sales, Inc.                    Page 1 of 1

GLASS | PLASTIC | CREATIVE ACCESSORIES | WEDDING & EVENT | SYMPATHY | CANDLES | AQUAPLUS | AQUAFOAM | SUPPLIES | NATURALS

VIEW by COLLECTION

What's New                                   < Back  Page 7   of 21  Next >  10

All Occasion

Color

Event

Recycled Glass

VIEW by COLOR

ASSORTMENTS

SOLID

VIEW by STYLE

PHOTO GALLERY

VIDEO


**3074-06-09**
(Glass)
7 1/4" Rectangular Vase - Crystal
Pack Size: 6


**3077-12-09**
(Glass)
6" Rectangle Vase - Crystal
Pack Size: 12


**3078-24-09**
(Glass)
7 1/2" Flared Square Bud Vase - Crystal
Pack Size: 24


**3079-12-09**
(Glass)
8 1/2" Flared Square - Crystal
Pack Size: 12


**3079-12-209**
(Glass)
8 1/2" Flared Square - Crystal Frost
Pack Size: 12


**3080-12-09**
(Glass)
8 3/4" Flared Square - Crystal
Pack Size: 12


**3080-12-209**
(Glass)
8 3/4" Flared Square - Crystal Frost
Pack Size: 12


**3095-18-09**
(Glass)
5" Gathered Square Vase - Crystal
Pack Size: 18


**3097-12-09**
(Glass)
6 3/4" Gathered Square Vase - Crystal
Pack Size: 12


**3098-12-09**
(Glass)
8 1/4" Gathered Square Vase - Crystal
Pack Size: 12



Home | Privacy Notice | Contact Us | About Us
Copyright © 2012 Syndicate Sales, Inc. All Rights Reserved

Manufacturer of Floral Supplies and Floral Foam - Syndicate Sales, Inc.          Page 1 of 1

GLASS | PLASTIC | CREATIVE ACCESSORIES | WEDDING & EVENT | SYMPATHY | CANDLES | AQUAPLUS | AQUAFOAM | SUPPLIES | NATURALS

< Back   Page  8    of 21  Next >   10 ⚙

**VIEW by COLLECTION**
What's New
All Occasion
Color
Event
Recycled Glass

**VIEW by COLOR**
ASSORTMENTS
SOLID

**VIEW by STYLE**
PHOTO GALLERY
VIDEO


**3099-12-09**
(Glass)
9" Gathered Square Vase - Crystal
Pack Size: 12


**3122-06-09**
(Glass)
10" Shapely Vase - Crystal
Pack Size: 6


**3155-12-09**
(Glass)
5" Plateau Vase - Crystal
Pack Size: 12


**3158-06-09**
(Glass)
8 1/2" Plateau Vase - Crystal
Pack Size: 6


**3159-06-09**
(Glass)
9" Plateau Vase - Crystal
Pack Size: 6

**3366-24-245**
(Glass)
7 1/2" Square Bud Vase - Frost/Clear Assortment
Pack Size: 24

**3367-12-245**
(Glass)
8 1/2" Tapered Square Vase - Frost/Clear Assortment
Pack Size: 12

**3368-12-09**
(Glass)
9" Tapered Square Vase - Crystal
Pack Size: 12

**3373-12-09**
(Glass)
6 1/2" Reception Vase - Crystal
Pack Size: 12

**3374-06-09**
(Glass)
9" Reception Vase - Crystal
Pack Size: 6



Home | Privacy Notice | Contact Us | About Us
Copyright © 2012 Syndicate Sales, Inc. All Rights Reserved

Manufacturer of Floral Supplies and Floral Foam - Syndicate Sales, Inc.        Page 1 of 1

GLASS | PLASTIC | CREATIVE ACCESSORIES | WEDDING & EVENT | SYMPATHY | CANDLES | AQUAPLUS | AQUAFOAM | SUPPLIES | NATURALS

< Back  Page 9 _____ of 21  Next >  10 ▶

VIEW by COLLECTION
What's New
All Occasion
Color
Event
Recycled Glass

VIEW by COLOR
   ASSORTMENTS
   SOLID

VIEW by STYLE
PHOTO GALLERY
VIDEO



**3376-12-09**
(Glass)
4" x 4" Cylinder - Crystal
Pack Size: 12

**3377-06-09**
(Glass)
5" x 8" Cylinder - Crystal
Pack Size: 6

**3378-06-09**
(Glass)
6" x 6" Cylinder - Crystal
Pack Size: 6

**3390-06-09**
(Glass)
8" Regal Vase - Crystal
Pack Size: 6

**3391-04-09**
(Glass)
9 3/4" Regal Vase - Crystal
Pack Size: 4

**3553-12-09**
(Glass)
8" Bubble Ball - Crystal
Pack Size: 12

**4001-24-09**
(Glass)
7 1/2" Bud Vase - Crystal
Pack Size: 24

**4002-24-09**
(Glass)
7 1/2" Bud Vase - Crystal
Pack Size: 24

**4007-12-09**
(Glass)
9" Flared Vase - Crystal
Pack Size: 12

**4008-12-09**
(Glass)
Garden Collection Asst - Crystal
Pack Size: 12



Home | Privacy Notice | Contact Us | About Us
Copyright © 2012 Syndicate Sales, Inc. All Rights Reserved

-A263-

Manufacturer of Floral Supplies and Floral Foam - Syndicate Sales, Inc.          Page 1 of 1

GLASS | PLASTIC | CREATIVE ACCESSORIES | WEDDING & EVENT | SYMPATHY | CANDLES | AQUAPLUS | AQUAFOAM | SUPPLIES | NATURALS

< Back  Page 10  of 21  Next >  10

VIEW by COLLECTION
What's New
All Occasion
Color
Event
Recycled Glass

VIEW by COLOR
  ASSORTMENTS
  SOLID

VIEW by STYLE
PHOTO GALLERY
VIDEO


**4013-24-09**
(Glass)
4 1/2" Sweetheart Vase - Crystal
Pack Size: 24


**4014-36-09**
(Glass)
Garden Miniature Asst - Crystal
Pack Size: 36


**4015-24-09**
(Glass)
7 1/2" Milk Jug Bud Vase - Crystal
Pack Size: 24


**4016-12-09**
(Glass)
9" Milk Jug Bouquet Vase - Crystal
Pack Size: 12


**4018-12-09**
(Glass)
7" Sweetheart Vase - Crystal
Pack Size: 12


**4021-12-09**
(Glass)
6 1/4" Ginger Vase - Crystal
Pack Size: 12


**4022-12-09**
(Glass)
7 1/4" Ginger Vase - Crystal
Pack Size: 12


**4023-12-09**
(Glass)
9" Trumpet Vase - Crystal
Pack Size: 12



**4024-06-09**
(Glass)
10" Two Dozen Rose Vase - Crystal
Pack Size: 6

**4026-12-09**
(Glass)
8 3/4" Dozen Rose Vase - Crystal
Pack Size: 12



Home | Privacy Notice | Contact Us | About Us
Copyright © 2012 Syndicate Sales, Inc. All Rights Reserved

  

Manufacturer of Floral Supplies and Floral Foam - Syndicate Sales, Inc. Page 1 of 1

home  wholesalers login  retailers login  tools  catalog search

GLASS | PLASTIC | CREATIVE ACCESSORIES | WEDDING & EVENT | SYMPATHY | CANDLES | AQUAPLUS | AQUAFOAM | SUPPLIES | NATURALS

< Back Page 11 of 21 Next > 10

**VIEW by COLLECTION**
What's New
All Occasion
Color
Event
Recycled Glass

**VIEW by COLOR**
ASSORTMENTS
SOLID

**VIEW by STYLE**
PHOTO GALLERY
VIDEO

 **4027-09-09** (Glass) 8" Athena Vase - Crystal Pack Size: 9

 **4030-12-09** (Glass) 8 3/4" Sophia Vase - Crystal Pack Size: 12

 **4034-24-09** (Glass) 9" Fluted Bud Vase - Crystal Pack Size: 24

 **4035-12-09** (Glass) 7" Classic Urn - Crystal Pack Size: 12

 **4036-12-09** (Glass) 8 3/4" Classic Urn - Crystal Pack Size: 12

 **4039-06-09** (Glass) 10" Cut Crystal Vase Asst - Crystal Pack Size: 6

 **4040-12-09** (Glass) 8 1/2" Flared Vase - Crystal Pack Size: 12

 **4041-06-09** (Glass) 10 3/8" Flared Vase - Crystal Pack Size: 6

 **4042-06-09** (Glass) 10 5/8" Classic Urn - Crystal Pack Size: 6

 **4045-12-09** (Glass) 8" Jordan Vase - Crystal Pack Size: 12

   

Home | Privacy Notice | Contact Us | About Us
Copyright © 2012 Syndicate Sales, Inc. All Rights Reserved

Manufacturer of Floral Supplies and Floral Foam - Syndicate Sales, Inc.                    Page 1 of 1

GLASS | PLASTIC | CREATIVE ACCESSORIES | WEDDING & EVENT | SYMPATHY | CANDLES | AQUAPLUS | AQUAFOAM | SUPPLIES | NATURALS

VIEW by COLLECTION
What's New
All Occasion
Color
Event
Recycled Glass

VIEW by COLOR
  ASSORTMENTS
  SOLID

VIEW by STYLE
PHOTO GALLERY
VIDEO

< Back  Page 12  of 21  Next >  10 [GO]



4046-12-09
(Glass)
8 3/4" Tropical Garden Vase - Crystal
Pack Size: 12



4047-06-09
(Glass)
10" Tropical Garden Vase - Crystal
Pack Size: 6



4048-12-09
(Glass)
8" Milk Jug Vase - Crystal
Pack Size: 12



4049-12-09
(Glass)
9" Jordan Vase - Crystal
Pack Size: 12



4055-36-09
(Glass)
5 1/2" Fluted Ivy Bowl - Crystal
Pack Size: 36



4060-12-09
(Glass)
6 3/4" Bella Vase - Crystal
Pack Size: 12



4061-06-09
(Glass)
10 5/8" Bella Vase - Crystal
Pack Size: 6



4063-24-09
(Glass)
6" Bud Vase Asst. - Crystal
Pack Size: 24



4064-24-09
(Glass)
6" Swirl Bud Vase - Crystal
Pack Size: 24



4072-12-09
(Glass)
8 1/2" Rose Vase Asst. - Crystal
Pack Size: 12
Random Pack

Syndicate
sales inc.

Home | Privacy Notice | Contact Us | About Us
Copyright © 2012 Syndicate Sales, Inc. All Rights Reserved

Manufacturer of Floral Supplies and Floral Foam - Syndicate Sales, Inc.                    Page 1 of 1

GLASS | PLASTIC | CREATIVE ACCESSORIES | WEDDING & EVENT | SYMPATHY | CANDLES | AQUAPLUS | AQUAFOAM | SUPPLIES | NATURALS

VIEW by COLLECTION
What's New
All Occasion                < Back Page 13    of 21 Next > 10
Color
Event

**4076-24-09**
(Glass)
9" Bud Vase - Crystal
Pack Size: 24

**4077-24-09**
(Glass)
9" Bouquet Vase - Crystal
Pack Size: 24

Recycled Glass

VIEW by COLOR
ASSORTMENTS
SOLID

**4078-12-09**
(Glass)
6 1/2" Rose Vase - Crystal
Pack Size: 12



**4079-12-09**
(Glass)
5 1/2" Rose Vase - Crystal
Pack Size: 12



VIEW by STYLE
PHOTO GALLERY
VIDEO

**4086-24-09**
(Glass)
6 1/2" Rose Vase Asst - Crystal
Pack Size: 24



**4087-24-09**
(Glass)
9 3/4" Rose Vase Asst - Crystal
Pack Size: 24



**4088-24-09**
(Glass)
6 1/2" Rose Vase Asst - Crystal
Pack Size: 24

**4089-12-09**
(Glass)
9 3/4" Rose Vase Asst - Crystal
Pack Size: 12

**4090-12-09**
(Glass)
9 3/4" Rose Vase Assortment - Crystal
Pack Size: 12

**4093-12-09**
(Glass)
6 1/2" Rose Vase Assortment - Crystal
Pack Size: 12






Syndicate
sales inc.

Home | Privacy Notice | Contact Us | About Us
Copyright © 2012 Syndicate Sales, Inc. All Rights Reserved

Manufacturer of Floral Supplies and Floral Foam - Syndicate Sales, Inc.    Page 1 of 1

home   wholesalers login   retailers login   tools   catalog search

GLASS | PLASTIC | CREATIVE ACCESSORIES | WEDDING & EVENT | SYMPATHY | CANDLES | AQUAPLUS | AQUAFOAM | SUPPLIES | NATURALS

< Back  Page 14  of 21  Next >  10

**VIEW by COLLECTION**
What's New
All Occasion
Color
Event
Recycled Glass

**VIEW by COLOR**
ASSORTMENTS
SOLID

**VIEW by STYLE**
PHOTO GALLERY
VIDEO

**4094-12-09**
(Glass)
9 3/4" Rose Vase Assortment - Crystal
Pack Size: 12


**4098-48-09**
(Glass)
9" Bud Vase Asst - Crystal
Pack Size: 48


**4099-12-09**
(Glass)
8" Rose Vase - Crystal
Pack Size: 12


**4100-24-09**
(Glass)
3 1/2" Gathering Votive - Crystal
Pack Size: 24


**4101-24-09**
(Glass)
4 1/4" Gathering Vase - Crystal
Pack Size: 24


**4102-12-09**
(Glass)
6 1/2" Gathering Vase - Crystal
Pack Size: 12


**4103-06-09**
(Glass)
10 5/8" Diva Vase - Crystal
Pack Size: 6


**4104-12-09**
(Glass)
8" Slender Gathering Vase - Crystal
Pack Size: 12

**4105-09-09**
(Glass)
9 3/8" Footed Gathering Vase - Crystal
Pack Size: 9

**4108-12-09**
(Glass)
9" Celebrity Vase - Crystal
Pack Size: 12


Syndicate
sales inc.

Home | Privacy Notice | Contact Us | About Us
Copyright © 2012 Syndicate Sales, Inc. All Rights Reserved

  

Manufacturer of Floral Supplies and Floral Foam - Syndicate Sales, Inc.          Page 1 of 1

GLASS | PLASTIC | CREATIVE ACCESSORIES | WEDDING & EVENT | SYMPATHY | CANDLES | AQUAPLUS | AQUAFOAM | SUPPLIES | NATURALS

< Back Page 16   of 21 Next > 10

VIEW by COLLECTION
What's New
All Occasion
Color
Event
Recycled Glass

VIEW by COLOR
ASSORTMENTS
SOLID

VIEW by STYLE
PHOTO GALLERY
VIDEO



**4132-12-09**
(Glass)
4 3/4" Pillar Vase - Crystal
Pack Size: 12

**4133-12-09**
(Glass)
6 1/8" Pillar Vase - Crystal
Pack Size: 12

**4135-09-09**
(Glass)
9" Pillar Vase - Crystal
Pack Size: 9

**4149-06-09**
(Glass)
10 5/8" Jordan Vase - Crystal
Pack Size: 6




**4150-12-09**
(Glass)
9" Rose Vase - Crystal
Pack Size: 12

**4151-06-09**
(Glass)
10 5/8" Rose Vase - Crystal
Pack Size: 6




**4175-04-09U**
(Glass)
10 1/2" Romanesque Vase - Crystal
Pack Size: 4

**4175-09-09**
(Glass)
10 1/2" Romanesque Vase - Crystal
Pack Size: 9

**4206-12-09**
(Glass)
9 3/4" Garden Rose Vase - Crystal
Pack Size: 12

**4210-12-09**
(Glass)
8 1/2" Garden Rose Vase - Crystal
Pack Size: 12



Syndicate
sales inc.

Home | Privacy Notice | Contact Us | About Us
Copyright © 2012 Syndicate Sales, Inc. All Rights Reserved

Manufacturer of Floral Supplies and Floral Foam - Syndicate Sales, Inc.                    Page 1 of 1

GLASS | PLASTIC | CREATIVE ACCESSORIES | WEDDING & EVENT | SYMPATHY | CANDLES | AQUAPLUS | AQUAFOAM | SUPPLIES | NATURALS

< Back  Page 21   of 21  10

**VIEW by COLLECTION**
What's New
All Occasion
Color
Event
Recycled Glass

**VIEW by COLOR**
ASSORTMENTS
SOLID

**VIEW by STYLE**
PHOTO GALLERY
VIDEO



**9552649-04-09**
(Glass)
8" Bubble Ball - Crystal
Pack Size: 4

**9860112-12-09**
(Glass)
8" Sabrina Bud Vase - Crystal
Pack Size: 12

**30192**
(Glass)
9" Classico Bud Vase - Crystal
Pack Size: 6



Home | Privacy Notice | Contact Us | About Us
Copyright © 2012 Syndicate Sales, Inc. All Rights Reserved



-A270-

**HQ 954933**
June 26, 1994
CLA-2 CO:R:C:M 954933 MMC
CATEGORY: Classification
TARIFF NO.: 7010.90.50
Mr. Dennis Heck, Director Trade Services Tower Group International, Inc.

5420 West 104th Street Los Angeles, CA 90045
RE: Multi-faceted (octagonal and hexagonal) shaped glass containers; U.S. Additional Note 1(a); EN 70.10; **HRL 087359**
Dear Mr. Heck:

This is in response to your letter of August 27, 1993, on behalf of H & H Glass Inc., requesting a ruling regarding the classification of various multi-faceted (hexagonal and octagonal) shaped glass containers under the Harmonized Tariff Schedule of the United States (HTSUS). Samples and product brochures were submitted for our review.

According to that letter and your letter of January 24, 1994, several styles of these glass containers are the subject of pending protests. Section 177.1(a)(1) of the Customs Regulations [19 U.S.C. 177.1(a)(1)], states, in pertinent part, that:

...Generally, a ruling may be requested under the provisions of this part only with respect to prospective transactions--that is, transactions which are not already pending before a Customs Service office by reason of arrival, entry, or otherwise.

Therefore, all currently protested styles will be handled in accordance with the protest procedures set forth in Part 174 of the Customs Regulations [19 CFR Part 174]. This ruling will apply to the octagonal and hexagonal shaped glass containers which are not subject to pending protests.
FACTS:

The articles in question are various styles of multi-faceted (hexagonal and octagonal shaped) glass containers. You state that they are made of ordinary disposable recyclable glass, have standard glass industry finishes and were produced by an Automated Individual Section Container Forming Machine, which uses a variety of stock molds to produce containers by pressure and blown compressed air.

You further state that the containers are sold by the importer to various distributors who then sell the containers to food packers. The food packers exclusively use the containers to package, convey, market and sell jams, jellies, honey, sauces, mustards, salsa and other food products. The containers, which are very inexpensive, are not sold to household consumers until filled.

The containers are described as follows:

1. CP Series Octagonal: 2. GC Series Octagonal:

ITEM CAPACITY ITEM CAPACITY CP-04 32.00ml GC-165 236.56ml
3. RP Series Hexagonal:

Customs Rulings Online Search System (CROSS) Document Preview      http://rulings.cbp.gov/detail.asp?ru=954933&ac=pr

ITEM CAPACITY RP-25 118.28ml RP-26 45.00ml RP-27 55.00ml RP-28 110.00ml RP-29 190.00ml RP-30 354.84ml
ISSUE:

Are the subject octagonal and hexagonal shaped glass containers classifiable as containers for the conveyance or packing of goods?
LAW AND ANALYSIS:

The classification of merchandise under the HTSUS is governed by the General Rules of Interpretation (GRI's). GRI 1, HTSUS, states, in pertinent part, that for legal purposes, classification shall be determined according to the terms of the headings and any relative section or chapter notes. Heading 7010, HTSUS, provides for [c]arboys, bottles, flasks, jars, pots, vials, ampoules and other containers, of glass, of a kind used for the conveyance or packing of goods; preserving jars of glass; stoppers, lids and other closures, of glass.

This is a use provision and as such, according to Additional U.S. Note 1(a), HTSUS, [i]n the absence of special language or context which otherwise requires-- a tariff classification controlled by use (other than actual use) is to be determined in accordance with the use in the United States at, or immediately prior to, the date of importation, of goods of that class or kind to which the imported goods belong, and the controlling use is the principal use. Therefore, the principal use of the articles at the time of importation in the United States, will determine the article's classification.

In understanding the language of the HTSUS, the Harmonized Commodity Description and Coding System Explanatory Notes (ENs) may be consulted. The ENs, although not dispositive nor legally binding, provide a commentary on the scope of each heading of the HTSUS and are generally indicative of the proper interpretation of these headings. See T.D. 89-80, 54 Fed. Reg. 35127, 35128, (August 23, 1989). EN 70.10, pgs. 933-34 states, in pertinent part, that:
[t]his heading covers all glass containers of the kinds commonly used commercially for the conveyance or packing of liquids or of solid products (powders, granules, etc.).
[t]hese containers remain in this heading even if they are ground, cut, sand-blasted, etched or engraved, or decorated (this applies, in particular, to certain perfume or liqueur bottles), banded, wickered or otherwise trimmed with various materials (wicker, straw, raffia, metal, etc.); they may also have tumbler-caps fitted to the neck. They may be fitted with drop measuring devices or may be graduated, provided that they are not of a kind used as laboratory glassware.

They include...

(B) Jars, pots and similar containers for the conveyance or packing of certain foodstuffs (condiments, sauces, fruit, preserves, honey, etc.)...

These articles are usually made of ordinary glass (colourless or tinted) by pressure in a mould usually followed by blowing with compressed air. They generally have a large opening, a short neck (if any) and as a rule, a lip or flange to hold the lid or cap. Some of these containers, however may be closed by corks or screw stoppers...

In Headquarters Ruling Letter (HRL) 087359, dated August 8, 1990, Customs created a scope for the class of glass containers commercially used to convey solid or liquid products. The ruling stated, in

pertinent part, that:
the key phrase in this instance is "commonly used commercially for the conveyance" of liquids. The root word of "commercially" is commerce which is described as the exchange or buying and selling of commodities. Webster's Third New International Dictionary, (1986) and The Random House Dictionary of the English Language, (1983). The root word of "conveyance" is convey which is described as to carry, bring or take from one place to another; transport; bear. The Random House Dictionary of the English Language, (1983) and Webster's Third New International Dictionary, (1986).

Therefore, for a glass container to be classifiable under heading 7010, HTSUS, as a container for the conveyance or packing of goods, it must be part of the exchange or buying and selling of commodities and it must be used to convey a product to a consumer who uses the product and then discards the container.

We are of the opinion that the distribution of the containers from the importer to distributors who then sell all of the containers to various food packers indicates that the containers are used to commercially convey food stuffs to a consumer. Additionally, the containers' lack of decoration, or uncommon lid indicate that they are the type of containers that, when emptied, will be discarded by the consumer. Finally, the containers are made of ordinary glass by pressure in a mold, have a large opening, a short neck, and a flange. Therefore, the containers are classifiable in heading 7010, HTSUS, specifically subheading 7010.90.50, HTSUS.
HOLDING:

The subject octagonal and hexagonal shaped containers are classifiable in subheading 7010.90.50, HTSUS, as containers for conveyance or packing of goods.


Sincerely,
John Durant, Director Commercial Rulings



Print this document

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that, on this the 4th day of March 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered users:

Edward F. Kenny
Barbara S. Williams
DEPARTMENT OF JUSTICE
INTERNATIONAL TRADE FIELD OFFICE
26 Federal Plaza
Suite 346
New York, NY 10278
(212) 264-0480

*Counsel for Appellee*

I further certify that, upon acceptance and request from the Court, the required paper copies of the foregoing will be deposited with United Parcel Service for delivery to the Clerk, UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT, 717 Madison Place, N.W., Washington, D.C. 20439.

The necessary filing and service were performed in accordance with the instructions given to me by counsel in this case.

/s/ Adrienne R. Acra-Passehl
Adrienne R. Acra-Passehl
GIBSON MOORE APPELLATE SERVICES
421 East Franklin Street, Suite 230
Richmond, VA 23219